**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **GV Hospital Management, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Green Valley Hospital** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-5098773** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **4455 S. I-19 Frontage Rd.** <br> **Green Valley, AZ 85622** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Pima** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **http://www.greenvalleyhospital.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

**7.** **Describe debtor's business**    A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__6221__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

| | Debtor | **See Attachment** | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

Case 4:17-bk-03351-SHG    Doc 1    Filed 04/03/17    Entered 04/03/17 15:48:18    Desc
Main Document     Page 2 of 28

**11.** **Why is the case filed in this district?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____

  Contact name _____

  Phone _____

---

██  **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.

- ☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☑ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15.** **Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☑ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16.** **Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☑ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

▮    **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
    **of authorized**
    **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 3, 2017**
               MM / DD / YYYY

**X** **/s/ Grant Lyon**                                          **Grant Lyon**
     Signature of authorized representative of debtor              Printed name

Title    **Chairman of the Board**

**18. Signature of attorney**

**X** **/s/ S. Cary Forrester**                          Date   **April 3, 2017**
     Signature of attorney for debtor                           MM / DD / YYYY

**S. Cary Forrester**
Printed name

**Forrester & Worth, PLLC**
Firm name

**3636 N. Central Ave., Ste. 700**
**Phoenix, AZ 85012-1927**
Number, Street, City, State & ZIP Code

Contact phone   **(602) 258-2729**        Email address _____

**006342**
Bar number and State

| Debtor | **GV Hospital Management, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number (*if known*) _____ Chapter **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Green Valley Hospital, LLC** | | Relationship to you | **Parent** |
| District | **Arizona** | When _____ | Case number, if known | |
| Debtor | **GV II Holdings, LLC** | | Relationship to you | **Affiliate** |
| District | **Arizona** | When _____ | Case number, if known | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **GV Hospital Management, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AETNA FUNDING ADVANTAGE DEPARTMENT F953 2850 SHADELANDS DR, STE 200 Walnut Creek, CA 94598** | | | | | | $231,450.27 |
| **ARIZONA DEPT OF REVENUE 1600 W MONROE ST Phoenix, AZ 85007-2650** | oicprocessing@az dor.gov (602) 716-7806 | | | | | $180,000.00 |
| **ARIZONA HEALTH CARE COST CONTAINMENT SYSTEM ADMIN 801 E JEFFERSON ST Phoenix, AZ 85034** | HospitalAssessme ntProject@azahccc s.gov 602-417-4000 | | | | | $600,000.00 |
| **AZ INPATIENT MEDICINE ASSOC 7383 E TANQUE VERDE RD Tucson, AZ 85715** | | | | | | $162,600.00 |
| **BETH FORD PIMA COUNTY TREASURER PO BOX 29011 Phoenix, AZ 85038** | towebmaster@pim a.gov (520) 724-8341 | | | | | $280,792.91 |
| **CAREFUSION SOLUTIONS 2200 PYXIS PRODUCTS 25082 NETWORK PLACE Chicago, IL 60673** | | | | | | $153,134.52 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES 7500 SECURITY BLVD BALTIMORE, MD 21244 | | | | | | $1,540,109.00 |
| CERNER CORPORATION 2800 ROCKCREEK PARKWAY Kansas City, MO 64117 | MNaughton@cerner.com 8162211024 | | | | | $2,182,818.78 |
| GE HEALTHCARE PO BOX 96483 Chicago, IL 60693 | Christopherholm@ge.com 8003452700 | | | | | $347,827.15 |
| GE MEDICAL SYSTEMS INFORMATION TECHNOLOGIES 5517 COLLECTIONS CTR DR Chicago, IL 60693 | Christopherholm@ge.com 8003452700 | | | | | $350,398.72 |
| GVH MOB 2 LLC 9237 E VIA DE VENTURA SUITE 110 Scottsdale, AZ 85258 | glyon@krysglobalusa.com 4809908136 | | | | | $187,100.51 |
| INTERNAL REVENUE SERVICE / UNITED STATES TREASURY Cincinnati, OH 45999-0039 | 800-829-4933 | | | | | $1,719,357.00 |
| M*MODAL SERVICES LTD 5000 MERIDIAN BLVD SUITE 200 Franklin, TN 37067 | brandon.helton@mmodal.com 267-940-5637 | | | | | $277,527.10 |
| MCA FINANCIAL GROUP LTD 4909 N 44TH ST Phoenix, AZ 85018 | maaron@mca-financial.com 602.710.2500 | | | | | $255,556.86 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NORTHWEST MEDICAL CENTER/ SHARED SERVICE CENTER PO BOX 848444 Dallas, TX 75284-7226 | | | | | | $169,942.95 |
| PIMA HEART PHYSICIANS PC 3375 N CAMPBELL AVE Tucson, AZ 85719 | David.Malloy@pimaheart.com 520-838-3540 | | | | | $305,000.00 |
| PIMA VASCULAR PHYSICIANS 3375 N CAMPBELL Tucson, AZ 85719 | info@pimavascular.com 5203200717 | | | | | $422,520.00 |
| PROSCRIBE LLC 16414 SAN PEDRO SUITE 525 San Antonio, TX 78232 | info@proscribemd.com 210-545-2500 | | | | | $186,487.02 |
| PULMONARY ASSOC OF STHN ARIZONA / PASA 1951 N WILMOT RD, BUILDING 4 Tucson, AZ 85712 | info@pasatucson.com 5203181114 | | | | | $259,980.00 |
| TUCSON ELECTRIC POWER PO BOX 3033 Tucson, AZ 85702-3033 | 5206237711 | | | | | $179,793.33 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

AAF INTERNATIONAL
9920 CORPORATE CAMPUS DRIVE
SUITE 2200
LOUISVILLE, KY 42235
.

ADP COMMERICAL LEASING LLC
ONE ADP BLVD
ROSELAND, NJ 07068

GV Hospital Management, LLC -
ALLEN, MARTA
888 W CAMINO CAPRIA
SAHUARITA, AZ 85629

AARON SAXTON
2575 W. CRISWELL CT
TUCSON, AZ 85745

ADP LLC
ONE ADP DRIVE
MAIL STOP 433
ROSELAND, NJ 07068

ALVAREZ, ABEL G
19190 S ALPHA AVE
APT# 11101
GREEN VALLEY, AZ 85614

AB STAFFING SOLUTIONS
3451 S MERCY RD, STE 102
GILBERT, AZ 85297

AESCULAP INC
824 12TH AVE
BETHLEHEM, PA 18018

ALVAREZ, FELIX
14393 S VIA DEL MORO
SAHUARITA, AZ 85629

ABBOTT LABORATORIES
POINT OF CARE
100 ABBOTT PARK ROAD
NORTH CHICAGO, IL 60064

AETNA FUNDING ADVANTAGE
DEPARTMENT F953
2850 SHADELANDS DR, STE 200
WALNUT CREEK, CA 94598

ALVAREZ, JESUS
399 POSTON ST
RIO RICO, AZ 85648

ABBOTT LABORATORIES INC
ABBOT NUTRITION
75 REMITTANCE DRIVE, STE 1310
CHICAGO, IL 60675

AFCO CREDIT CORPORATION
AND MARSH USA INC
14 WALL ST, STE 8A-19
NEW YORK, NY 10005

ALVAREZ, JOSE X
1906 E FRONTAGE RD
TUMACACORI, AZ 85640

ABBOTT VASCULAR INC
42301 ZEVO DR
PO BOX 90118
TEMECULA, CA 92589

AFLAC
1932 WYNNTON RD
COLUMBUS, GA 31999

ALVAREZ, PAMELA S
15870 S LA POSTA
SAHUARITA, AZ 85629

ABILITY NETWORK INC
100 NORTH 6TH STREET
SUITE 900A
MINNEAPOLIS, MN 55403

AGUIRRE, EDITH MARIELA
871 DAMON CT
RIO RICO, AZ 85648

AMERICAN RED CROSS
2025 E STREET, NW
WASHINGTON, DC 20006-5009

ABRAMS, LAURA K
1079 W CAMINO FIJO
SAHUARITA, AZ 85629

AIRGAS INC DBA AIRGAS USA LLC
PO BOX 7423
PASADENA, CA 91109-7423

AMERISOURCE BERGEN
DRUG CORP
PO BOX 959
VALLEY FORGE, PA 19481-0959

ACCENT
PO BOX 952366
SAINT LOUIS, MO 63195

AKASH TAGGARSE
1521 E TANGERINE RD
SUITE 329
ORO VALLEY, AZ 85755

AMODEA, TARA L
680 N HIGHLANDS GROVE LN
SAHUARITA, AZ 85629

ACUNA, GUADALUPE
15214 S AVENIDA RANCHO SERENO
SAHUARITA, AZ 85629

ALECIA BROWN
1099 W CALLE DEL LIBRO DORADO
SAHUARITA, AZ 85629

ANAYA, LUCIA D
5442 S CASSIA WAY
TUCSON, AZ 85706

APARICIO, MARIA A
1366 W CALLE LIBRO
DEL RETRATO
SAHUARITA, AZ 85629

APPLEONE EMPLOYMENT SVCS
327 W BROADWAY
GLENDALE, CA 91204

APPLIED MEDICAL DISTRIBUTION
22872 AVENIDA EMPRESA
RANCHO SANTA MARGARITA, CA 92688

ARIZONA DEPT OF REVENUE
1600 W MONROE ST
PHOENIX, AZ 85007-2650

ARIZONA HEALTH CARE COST
CONTAINMENT SYSTEM ADMIN
801 E JEFFERSON ST
PHOENIX, AZ 85034

ARMENTA, CINDY
471 E CALLE SONORA
NOGALES, AZ 85621

ARMENTA, KARENM S
1196 DESERT DAWN DR
RIO RICO, AZ 85648

ARTEMIS REALTY CAPITAL ADVISOR
2525 EAST CAMELBACK ROAD
PHOENIX, AZ 85016

ARTHREX INC
1370 CREEKSIDE BLVD
NAPLES, FL 34108

ASPEN SURGICAL
6945 SOUTHBELT DRIVE SE
CALEDONIA, MI 49316

AYON, ROSA
4148 E COOLBROOKE DR
TUCSON, AZ 85756

AZ INPATIENT MEDICINE ASSOC
7383 E TANQUE VERDE RD
TUCSON, AZ 85715

BACHELIER, MARY JANINE
1644 W POTRERO DR
NOGALES, AZ 85621

BANDA, ALBERTO
1160 HODGES CIR
RIO RICO, AZ 85648

BANDA, ANTHONY
1160 HODGES CIR
RIO RICO, AZ 85648

BANNER HEALTH / ENTECH
7300 W DETROIT ST
CHANDLER, AZ 85226

BARBARA AMYX
6454 S. ABREGO DR
GREEN VALLEY, AZ 85614

BARD
8195 INDUSTRIAL BLVD
COVINGTON, GA 30014

BARD MEDICAL DIVISION
8195 INDUSTRIAL BLVD
COVINGTON, GA 30014

BARNETT, LUIS A
1343 CALLE TUBATANA
RIO RICO, AZ 85648

GV Hospital Management, LLC -
BARNEY, KATHARINE M
262 PASEO MASCOTA
RIO RICO, AZ 85648

BARTER, TAYLOR
1146 E EMPIRE CANYON
SAHUARITA, AZ 85629

BARTHOLOMEW, PAMELA R
4659 W TUMACACORI DR
AMADO, AZ 85645

BAUMANN, JAMIE
1141 W CAMINO HOMBRE VIEJO
SAHUARITA, AZ 85629

BAXTER HEALTHCARE CORP
ONE BAXTER PARKWAY
DEERFIELD, IL 60015

BECERRA, VALERIE
1319 S 8TH AVE
TUCSON, AZ 85713

BELL, MONICA L
18750 S GARRISON HILLS
SAHUARITA, AZ 85629

BELTMANN INTG. LOGISTICS
2480 LONG LAKE ROAD
ROSEVILLE, MN 55113

BENEDIK, CYNTHIA
27020 S COOPERS HOWK RD
AMADO, AZ 85645

BENITEZ WHITE, LYDIA MARIE
356 E RIVER BIRCH PLACE
SAHUARITA, AZ 85629

BERKSHIRE HATHAWAY
HOMESTATE COMPANIES
1314 DOUGLAS STREET
OMAHA, NE 68102

BOSTON SCIENTIFIC CORP
PO BOX 951653
DALLAS, TX 75395

GV Hospital Management, LLC -
CAIN, LACI D
730 W PASEO CELESTIAL
SAHUARITA, AZ 85629

BEST WESTERN
GREEN VALLEY INN
111 S LA CANADA DR
GREEN VALLEY, AZ 85614

BOWERS, ELIZABETH
3585 W CAMINO DE CALIOPE
TUCSON, AZ 85741

CAMACHO, MEAGAN
9681 E SELLAROLE RD
TUCSON, AZ 85730

BETH FORD
PIMA COUNTY TREASURER
PO BOX 29011
PHOENIX, AZ 85038

BRACCO DIAGNOSTICS INC
259 PROSPECT PLAINS ROAD
BUILDING H
MONROE TOWNSHIP, NJ 08831

CAMPBELL, RYAN
2530 E SKYWATCHERS DR
VAIL, AZ 85641

BILLS HOME SERVICE
251 W DUVAL RD
GREEN VALLEY, AZ 85614

BRANDI BRIDE
5750 N TARANTULA TRAIL
TUCSON, AZ 85743

CANETT, ANA LETICIA
1943 W CABERNET DR
TUCSON, AZ 85746

BINGER, CARL W
14211 N CHACO JOURNEY AVE
MARANA, AZ 85658

BRIAN BONILLA
5781 S LADYSLIPPER PLACE
TUCSON, AZ 85747

CANEZ, TEISA L
6741 S VIA DIEGO DE RIVERA
TUCSON, AZ 85757

BIO-RAD LABORATORIES INC
1000 ALFRED NOBEL DR
HERCULES, CA 94547

BROWN, LLOYD E
2000 W EAGLE WAY
AMADO, AZ 85645

CARDINAL HEALTH
7000 CARDINAL PLACE
DUBLIN, OH 43017

BIOMET INC
56 E BELL DR
PO BOX 587
WARSAW, IL 46581

BRUBAKER, NICOLE
466 S HOLCOMB CIRCLE
VAIL, AZ 85641

CAREFUSION 211 INC
22745 SAVI RANCH PARKWAY
PO BOX 87022
YORBA LINDA, CA 92887

BIOTRONIK INC
6024 JEAN ROAD
LAKE OSWEGO, OR 97035

BRYAN MORAN
5714 HOLMES ST
TUCSON, AZ 85711

CAREFUSION SOLUTIONS 2200
PYXIS PRODUCTS
25082 NETWORK PLACE
CHICAGO, IL 60673

BOICE, LAUREN M
1041 W VUELTA DEL YABA
GREEN VALLEY, AZ 85622

BRYAN, JULIE LYNN
6202 W SUGAR PINE TRAIL
TUCSON, AZ 85743

CARLOS GONZALEZ
4246 W CALLE DON CLEMENTE
TUCSON, AZ 85746

BOOTH, KATHY M
2209 S OAK PARK DR
TUCSON, AZ 85710

CACTUS BAY APPAREL
1960 W NORTH LANE
PHOENIX, AZ 85021

CARNEY, JULIE E
3250 N GREGORY DR
TUCSON, AZ 85745

CARRILLO, CELEN
4621 N FAIRVIEW AVE
#65
TUCSON, AZ 85705

CHANG-JIMENEZ, LIZBETH ARELY
4835 S HUELVA LN
TUCSON, AZ 85746

GV Hospital Management, LLC -
CONKLIN, KATHLEEN
386 S LA CAADA DR
B
GREEN VALLEY, AZ 85614

CARRILLO, JOSEPH
5831 S OAKLAND DR
TUCSON, AZ 85746

CHAVEZ, CINDY
3157 W ALASKA
TUCSON, AZ 85746

CONROW, SHIRLEY
10844 S HEARTBREAK RIDGE PL
VAIL, AZ 85641

CASTILLO, JENNIFER
5355 S VIA GALAPAGOS
TUCSON, AZ 85706

CHAVEZ, GABRIEL
3157 W ALASKA ST
TUCSON, AZ 85746

COOK MEDICAL LLC
PO BOX 1608
BLOOMINGTON, IN 47402

CASTRO, MARNIE K
PO BOX 8070
TUMACACORI, AZ 85640

CHAVEZ, MARIE
1539 N PACAN WAY
GREEN VALLEY, AZ 85614

COOPER SURGICAL INC
95 CORPORATE DR
TRUMBULL, CT 06611

CAVAZOS, LETICIA BARRAZA
893 E ASHBURN MOUTAIN DR
SAHUARITA, AZ 85629

CHAVEZ, ROGER D
3157 W ALASKA
TUCSON, AZ 85746

CORN, RANDALL L
3730 N CAMINO LEAMARIA
TUCSON, AZ 85719

CECIL, FRANCES S
2500 E ENSIGN WAY
GREEN VALLEY, AZ 85614

CHAVEZ, TERESA M
60 W STONE LOOP 2115
TUCSON, AZ 85704

COTA, SANDRA L
426 AMINO BRAVO
NOGALES, AZ 85621

CENTERS FOR MEDICARE
AND MEDICAID SERVICES
7500 SECURITY BLVD
BALTIMORE, MD 21244

CITADEL OUTSOURCE GROUP
162 IMPERIAL BLVD
HENDERSONVILLE, TN 37075

COTA, SUSANA K
9029 E SUGAR ST
TUCSON, AZ 85747

CENTRAL ALARM SECURITY
PO BOX 5506
TUCSON, AZ 85703

COCIO, DINO B
2610 W SANTA LOUISA
TUCSON, AZ 85746

COVIDIEN LP
15 HAMPSHIRE ST
MANSFIELD, MA 02048

CENTURY LINK LLC
100 CENTURYLINK DR
MONROE, LA 71203

COMPLETE LANDSCAPING INC
PO BOX 37227
TUCSON, AZ 85740

COX COMMUNICATIONS AZ
1400 LAKE HEARN DR
ATLANTA, GA 30319

CERNER CORPORATION
2800 ROCKCREEK PARKWAY
KANSAS CITY, MO 64117

COMPLETE MEDICAL GAS LLC
30504 W PORTLAND ST
BUCKEYE, AZ 85396

CRANDLEMIRE, JENNIFER
14347 S CAMINO EL GALAN
SAHUARITA, AZ 85629

CREEKRIDGE CAPITAL LLC
7808 CREEDRIDGE CIRCLE
SUITE 250
EDINA, MN 55439

CROUCH, RICHARD A
423 W CALLE ANTONIA
TUCSON, AZ 85706

CRUZ, VANESSA M
4538 S PASEO RIO BRAVO
TUCSON, AZ 85714

CTS - CORPORATE
TECHNOLOGY SOLUTIONS LLC
1971 E 5TH ST, STE 111
TEMPE, AZ 85281

CUMMINGS, JULIA K
927 W VIA DE GALA
SAHUARITA, AZ 85629

CURRIER, AMANDA J
974 N DARLENE DR
VAIL, AZ 85641

CUSTOM X-RAY SERVICE INC
2120 W ENCANTO BLVD
PHOENIX, AZ 85009

CUTRONA, DARLENE A
581 N EASTER LILY LN
GREEN VALLEY, AZ 85614

DA COSTA, SORAYA
265 W LA CANOA
GREEN VALLEY, AZ 85614

DATEX OHMEDA INC
PO BOX 641936
PITTSBURGH, PA 15264

DEAVER, RAMONA Q
PO BOX 132
GREEN VALLEY, AZ 85622

DELL MARKETING LP
C/O DELL USA LP
PO BOX 802816
CHICAGO, IL 60680-2816

DESART, DORIS T
2162 W SPEEDWAY BLVD
APT# 4203
TUCSON, AZ 85745

DIAGNOSTIC LABORATORIES
AND XRAY
2820 N ONTARIO ST
BURBANK, CA 91504-2015

DIAZ, ANGELICA M
251 W 38TH ST
#2102
TUCSON, AZ 85713

DLSS FOR PROLASTIN DIRECT
2410 LILLYVALE AVE
LOS ANGELES, CA 90032

DONOHUE, THOMAS
908 E SYLVESTER SPRING PL
GREEN VALLEY, AZ 85614

DOZIER, ANA
2756 W SANDBROOK LN
TUCSON, AZ 85741

DR ALEX VERHOOGEN, MD
657 W GREENVIEW PLACE
GREEN VALLEY, AZ 85614

DR CHRISTOPHER Q MAY
4005 N 45TH ST
PHOENIX, AZ 85018

GV Hospital Management, LLC -
DURAZO, MONICA
6773 S MISSIONDALE RD
TUCSON, AZ 85756

DURGAN, PENNY E
580 N RUGGED CANYON DR
GREEN VALLEY, AZ 85614

ECKSTEIN, SANDRA L
2673 S TREE GABLES DR
GREEN VALLEY, AZ 85614

EDWARDS, JENNY S
145 CAMINO LIMON VERDE
SAHUARITA, AZ 85629

EKDAHL, ERIC
15381 S CAMINO LAGUNA CLARA
SAHUARITA, AZ 85629

ELIAS, LETICIA R
7957 E COLETTE CIRCLE
#189
TUCSON, AZ 85710

ELITE CARE LLC
2153 E CEDAR ST
SUITE 1
TEMPE, AZ 85281

ELLIOTT, ROBERT A
133 W CALLE PASO SUAVE
SAHUARITA, AZ 85629

EMMANUEL VALDEZ NAVARRO
300 W VIA ALAMOS APT 313
GREEN VALLEY, AZ 85614

EMPIRE SOUTHWEST LLC
PO BOX 29879
PHOENIX, AZ 85038

ENCINAS, FROYLAN JESUS
345 E CAMINO RANCHO SEGURO
SAHUARITA, AZ 85629

FISHER HEALTHCARE
9999 VETERANS MEMORIAL DR
HOUSTON, TX 77038

GV Hospital Management, LLC -
FUENTES, CATALINA
16410 AVENIDA CINCO
SAHUARITA, AZ 85629

ENRIQUEZ, CLAUDIA L
7063 S PROVIDENCE DR
TUCSON, AZ 85757

FLAVIN, SHEILA M
5769 W MIDNIGHT CHORUS RD
TUCSON, AZ 85735

FUJIFILM MEDICAL SYSTEMS US
419 WEST AVENUE
STAMFORD, CT 06902

ESTRADA, MARIA DELIA
153 CAMINO MARICOPA
RIO RICO, AZ 85648

FLORES, ASHANTA A
110 E ORACLE OAK ST
SAHUARITA, AZ 85629

GALAVIZ, FERNANDO
10431 E RITA RANCH CROSSINGC
TUCSON, AZ 85747

ETHICON/JOHNSON & JOHNSON
HEALTH CARE SYSTEMS INC
425 HOES LANE, PO BOX 6800
PISCATAWAY, NJ 08855-6800

FLORES, SANDY
112 W CAMINO RIO CEBOLLA
SAHUARITA, AZ 85629

GALLO, ERIKA
5525 S MISSION RD
APT# 11106
TUCSON, AZ 85746

EVANS, RAWLEY
546 N CARINA CIRCLE
BENSON, AZ 85602

FOOTHILLS PATHOLOGY PC
6200 N LA CHOLLA BLVD
TUCSON, AZ 85741

GALVAN, LUIS S
833 W CALLE COLADO
TUCSON, AZ 85756

FAIRBANKS, CATHARINE B
1505 W HIDDEN CREST COURT
GREEN VALLEY, AZ 85622

FOSTER, GAIL P
1823 W 36TH ST
TUCSON, AZ 85713

GARAYZAR, JORGE
285 E RIVER BIRCH PL
SAHUARITA, AZ 85629

FARRIER, GAYLEEN M
759 W RIO ALTAR
GREEN VALLEY, AZ 85614

FOUNTAIN, LARRY
MOUNTAIN VIEW RV RANCH
HCR 65, BOX 380
TUMACACORI, AZ 85640

GARCIA, DIEGO
113 PISCIS CT
RIO RICO, AZ 85648

FAVORITE HEALTHCARE
STAFFING INC
PO BOX 803356
KANSAS CITY, MO 64180-3356

FREER, KARI M
11832 N 22ND ST
PHOENIX, AZ 85028

GARCIA, MONIKA
15211 S CAMINO
GLORIETA ALEGRE
SAHUARITA, AZ 85629

FEDERAL EXPRESS CORP
PO BOX 94515
PALATINE, IL 60094-4515

FRESNIUS
920 WINTER ST
WALTHAM, MA 02451

GATES, LINDA K
1624 N RIO MAYO
GREEN VALLEY, AZ 85614

FIRST INSURANCE FUNDING
450 SKOKIE BLVD
SUITE 1000
NORTHBROOK, IL 60062

FU, YIHJONG
4202 E SHADOW BRANCH DR
TUCSON, AZ 85756

GE HEALTHCARE
PO BOX 96483
CHICAGO, IL 60693

GE HEALTHCARE IITS
USA CORP
40 IDX DRIVE
SOUTH BURLINGTON, VT 05403

GILBERT, MICHAEL
17048 S PIMA VISTA DR
VAIL, AZ 85641

GV Hospital Management, LLC -
GRVH HEALTHNET AZ REFUNDS
PO BOX 749801
LOS ANGELES, CA 90074

GE MED SYSTEMS ULTRASOUND
PRIMARY CARE DIAGNOSTICS
75 REMITTANCE DR, STE 1080
CHICAGO, IL 60675-1080

GOMEZ, YVONNE DENISE
12460 N TARE LN
MARANA, AZ 85653

GUARDIAN
7 HANOVER SQUARE
NEW YORK, NY 10004-2616

GE MEDICAL SYSTEMS
INFORMATION TECHNOLOGIES
5517 COLLECTIONS CTR DR
CHICAGO, IL 60693

GONZALEZ, MARCELLA
336 S PASEO LOBO
B
GREEN VALLEY, AZ 85614

GUERRERO, SANDRA
649 W CALLE ANTONIA
TUCSON, AZ 85706

GENTLE, ADDI
2990 W CASITA ENRICA
TUCSON, AZ 85741

GRADILLAS, MARISELA
871 CIRCULO GUERRERO
RIO RICO, AZ 85648

GUILLERMO, EDGAR J
840 E COTTONWOOD
CANYON PLACE
SAHUARITA, AZ 85629

GEORGE FIGUEROA
2149 W ROUNDWOOD PLACE
TUCSON, AZ 85745

GRADO, ARIANA L
7947 W SNAKE EAGLE CT
TUCSON, AZ 85757

GUST ROSENFELD PLC
1 S CHURCH AVE, STE 1900
TUCSON, AZ 85701

GERRITSEN, LINDSAY
218 E PLACITA LAGO DEL MAGO
SAHUARITA, AZ 85629

GREEN VALLEY HOSPITAL, LLC
4455 S. I-19 FRONTAGE RD.
GREEN VALLEY, AZ 85622

GUTIERREZ, MARIA M
1318 E NEVADA DR
TUCSON, AZ 85706

GERTZ, ANN MARY
1440 N GOLDENEYE WAY
GREEN VALLEY, AZ 85614

GREEN VALLEY MED INVESTMENTS
2111 E HIGHLAND AVE
PHOENIX, AZ 85016

GUTIERREZ, OSCAR
322 E VIA PUENTE LINDO
SAHUARITA, AZ 85629

GHALI, SARA
794 W GOLDFINCH WAY
CHANDLER, AZ 85286

GREEN VALLEY NEWS AND SUN
PO BOX 567
GREEN VALLEY, AZ 85622

GUZMAN, SUSANA
9930 W GROSS AVE
TOLLESON, AZ 85353

GIBSON'S OFFICE SUPPLY
4555 E BROADWAY BLVD
TUCSON, AZ 85711

GREEN VALLEY TRUE VALUE
220 W CONTINENTAL
GREEN VALLEY, AZ 85614

GVH MOB 2 LLC
9237 E VIA DE VENTURA
SUITE 110
SCOTTSDALE, AZ 85258

GILBERT R GARCIA
1042 W CALLE DEL LIBRO
SAHUARITA, AZ 85629

GREEN VALLEY WATER DISTRICT
3290 S CAMINO DEL SOL
SUITE 100
GREEN VALLEY, AZ 85622

HAMEROFF LAW FIRM PC
3443 E FT LOWELL RD
SUITE 121
TUCSON, AZ 85716

HAMEROFF LAW GROUP PC
3443 E FT LOWELL RD
SUITE 101
TUCSON, AZ 85716

HEALTHCARE SELECT LLC
34080 GOLDEN LANTERN
SUITE 301
DANA POINT, CA 92629

GV Hospital Management, LLC -
HOUSE, SUSAN
4752 W GULCH DR
ELOY, AZ 85131

HAMRE, KYLENE
9535 E PLACITA ELEMENTAL
TUCSON, AZ 85747

HEER, DIONE J
1621 S SAN RAY
GREEN VALLEY, AZ 85614

HOWELL, JAMIE S
8285 S VIA DEL PALACIO
TUCSON, AZ 85747

HANGER PROSTHETICS
& ORTHODICS WEST INC
PO BOX 650846
DALLAS, TX 75265-0846

HEID, KIMBERLY K
2173 W GRAMERCY DR
GREEN VALLEY, AZ 85622

HUARAQUE, COLUMBA
911 W 25TH ST
TUCSON, AZ 85713

HANSON, TODD
3320 N WEBSTER PL
TUCSON, AZ 85750

HEINZ, ELAINE T
3399 N CAMINO RIO COLORADO
TUCSON, AZ 85712

HUMANSCALE CORPORATION
220 CIRCLE DRIVE NORTH
PISCATAWAY, NJ 08854

HARRIS, BRITTANY
525 N TREE MIST LN
SAHUARITA, AZ 85629

HEMBREE, HOSANNA
821 E JOSEPHINE CANYON DR
GREEN VALLEY, AZ 85614

HUNT, STEPHANIE A
6986 S LADYS THUMB LN
TUCSON, AZ 85756

HATFIELD, KELLY M
922 SHERIFF DRAW LN
SAHUARITA, AZ 85629

HERNANDEZ, EMILIO
7036 SOUTH MISSION SPRINGS DR
TUCSON, AZ 85757

HUTCHISON, NADINE M
1931 N PLACITA DE JUNO
GREEN VALLEY, AZ 85614

HAWKINS, ANN MARIE
1503 W BALTUSROL DR
GREEN VALLEY, AZ 85622

HERNANDEZ, LARYSSA E
974 CALLE ROBALO
RIO RICO, AZ 85648

IMMUCOR INC
3130 GATEWAY DRIVE
NORCROSS, GA 30071

HAWTHORNE, SOWAN
157 WEST CALLE GUIJA
SAHUARITA, AZ 85629

HINKEL, LIANA K
398 W CORTE CALZA
SAHUARITA, AZ 85629

INNOVATIVE MEDICAL SYSTEMS
7201 N 7TH STREET
PHOENIX, AZ 85020

HEALTH CARE LOGISTICS INC
450 E TOWN ST
PO BOX 400
CIRCLEVILLE, OH 43113-0400

HMP COMMUNICATIONS LLC
70 E SWEDESFORD RD
SUITE 100
MALVERN, PA 19355

INTEGRA LIFESCIENCES
SALES LLC
311 ENTERPRISE DR
PLAINSBORO, NJ 08536

HEALTH TEMP
6402 E SUPERSTITION SPRINGS
SUITE 203
MESA, AZ 85206

HOLOGIC (MA) LLC
250 CAMPUS DR
MARLBOROUGH, MA 01752

INTELLICORP RECORDS INC
3000 AUBURN DRIVE
SUITE 410
BEACHWOOD, OH 44122

INTELLIQUICK DELIVERY INC
4022 S 20TH ST
PHOENIX, AZ 85040

JACOBSON, RAMONA S
871 E VAULT MINE CT
GREEN VALLEY, AZ 85614

GV Hospital Management, LLC -
KAN-DI-KI, LLC, C/O SCOTT WEIN
NUSSBAUM GILLIS & DINNER PC
14850 N. SCOTTSDALE RD STE 4
SCOTTSDALE, AZ 85254

INTERNAL REVENUE SERVICE /
UNITED STATES TREASURY
CINCINNATI, OH 45999-0039

JACQULYN EYRICH
13923 S. CAMINO EL BECERRO
SAHUARITA, AZ 85629

KANE, KELLY A
111 CAMINO JOSEFINA
RIO RICO, AZ 85648

INTERNAL REVENUE SERVICE /
UNITED STATES TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0039

JAMES M DARRAGH III
3250 SUN CLOUD PLACE
TUCSON, AZ 85718

KAPP, LUCINDA D
698 W FLAMING ARROW DR
SAHUARITA, AZ 85629

INTL COLLECTIONS SYSTEMS
2761 N COUNTRY CLUB RD
SUITE 100
TUCSON, AZ 85716

JAMES, JENNIFER L
9289 N YORKSHIRE CT
TUCSON, AZ 85742

KARL STORZ ENDOSCOPY
2151 E GRAND AVE
EL SEGUNDO, CA 90245

IPORT COMMUNICATIONS INC
1590 W ALGONQUIN RD
#166
HOFFMAN ESTATES, IL 60192

JANSEN, LESLIE M
6076 S GALIURO DR
TUCSON, AZ 85706

KCI USA INC
12930 W INTERSTATE 10
SAN ANTONIO, TX 78249

IRADIMED CORPORATION
PO BOX 102590
ATLANTA, GA 30368

JIRAN, COLLEEN
14692 S SUMAC DR
SAHUARITA, AZ 85629

KELLY, SHAYNE MICHAEL
2601 W AIDEN ST
TUCSON, AZ 85745

IRON MOUNTAIN INC
1 FEDERAL ST
7TH FLOOR
BOSTON, MA 02110

JOE VINCENT FOTE
119 CRABBLE MILL DR
BLUFFTON, SC 29909

KENNGOTT, DARRYL A
335 VIA PANTERA
RIO RICO, AZ 85648

ITULE, FRANCIELA P
14405 S CAMINO GUADAL
SAHUARITA, AZ 85629

JOHN LYNCH & ASSOCIATES
6884 W BRILES RD
PEORIA, AZ 85383

KERWIN, KRISTIN M
9927 S CAMINO DE LA CALINDA
VAIL, AZ 85641

JACKMAN, KIM
1728 W CALLE DEL QUERIDO
SAHUARITA, AZ 85629

JOHNSON, LISA S
13851 E SAGE HILLS DR
VAIL, AZ 85641

KIRBY FARNSWORTH DBA
SIMPLY DIRECT HEALTH
10609 W VIA MONTOYA DR
PEORIA, AZ 85383

JACKSON, GAIL E
88 W CAMINO RANCHO FELICE
SAHUARITA, AZ 85629

JUERGENSEN, CARLA L
4115 WEST AERIE DR
APT# 58
TUCSON, AZ 85741

KISLEK, DAWN E
1059 E EMPIRE CANYON LN
SAHUARITA, AZ 85629

KOWREN, ERIC
7806 S SENTINAL STONE DR
TUCSON, AZ 85756

LEIFELD, JANELLE
2070 N BITTER CHERRY DR
TUCSON, AZ 85715

GV Hospital Management, LLC -
LOPEZ, MARIA R
1256 CALLE PICO GORDO
RIO RICO, AZ 85648

KUHN, BELEM G
1549 W PLACITA LLUVIA DE ORO
SAHUARITA, AZ 85629

LEON, MELISSA
6755 S PARLIAMENT
TUCSON, AZ 85756

M*MODAL SERVICES LTD
5000 MERIDIAN BLVD
SUITE 200
FRANKLIN, TN 37067

KUZNICKI, TRACY L
7928-89 E COLLETTE CR
TUCSON, AZ 85710

LEON, RAUL W
1023 OIL CT
RIO RICO, AZ 85648

MAINE, JEANINE M
850 W VIA DE GALA
SAHUARITA, AZ 85629

LABSCO
1951 BISHOP LN
SUITE 300
LOUISVILLE, KY 40218

LEXMARK ENTERPRISE SOFTWARE
8900 RENNER BLVD
LENEXA, KS 66219

MAQUET MEDICAL
SYSTEMS USA
45 BARBOUR POND DR
WAYNE, NJ 07470

LAFLIN, CHARLENE R
17815 S POWDER RIVER TR
SAHUARITA, AZ 85629

LILBURN, ANN
504 W BAZILLE WAY
GREEN VALLEY, AZ 85614

MARCELLA GONZALEZ
336 S PASEO LOBO #B
GREEN VALLEY, AZ 85614

LANDAUER INC
2 SCIENCE RD
GLENWOOD, IL 60425

LINDER, JOAN M
246 W CALLE DEL ESTRIBO
SAHUARITA, AZ 85629

MARIA ROBINSON
535S PASEO LAZO CIR
GREEN VALLEY, AZ 85614

LAPIERRE, JANELL
8030 E LAKESIDE PKWY
#1105
TUCSON, AZ 85730

LOOMIS ARMORED US LLC
DEPT 0757
PO BOX 120001
DALLAS, TX 75312

MARQUEZ, SANDRA
22 W CALLE TIERRA SERENA
SAHUARITA, AZ 85629

LARRY FOUNTAIN
MOUNTAIN VIEW RV RANCH
HCR 65 BOX 380
TUMACACORI, AZ 85640

LOPEZ, AUBRYANNA N
539 W CAMINO SORPRESA
SAHUARITA, AZ 85629

MARTINEZ, ARMANDO F
3035 HELMETPEAK
SAHUARITA, AZ 85629

LEDFORD, PAMELA R
8340 N FRESHWATER LN
TUCSON, AZ 85741

LOPEZ, MARCO ANTONIO
1256 CALLE PICO GORDO
RIO RICO, AZ 85648

MARTINEZ, CHARLEY V
3394 W EVENING STAR CT
TUCSON, AZ 85741

LEHR, CYNTHIA JO
1511 S SANTA BELIA
GREEN VALLEY, AZ 85614

LOPEZ, MARIA CONCEPCION
181 E HUDGINS ST
NOGALES, AZ 85621

MARTINEZ, JOSHUA
1154 HODGES CIRCLE
RIO RICO, AZ 85648

MARTINEZ, LADISLAO
2301 E CALLE PELICANO
TUCSON, AZ 85706

MCKESSON HEALTH SOLUTIONS
5995 WINDWARD PARKWAY
ALPHARETTA, GA 30005

GV Hospital Management, LLC -
MEDINA, HILDA E
812 N WESTERN AVE TRKR 18
NOGALES, AZ 85621

MARTY, JOSEPH
560 W CAMINO SORPRESA
SAHUARITA, AZ 85629

MCKESSON MEDICAL-SURGICAL
9954 MARYLAND DRIVE
SUITE 4000
RICHMOND, VA 23233

MEDIVATORS INC
14605 28TH AVE NORTH
MINNEAPOLIS, MN 55447

MARXER, JAMES D
PO BOX 1028
GREEN VALLEY, AZ 85622

MCMICHAEL, BARBARA E
3720 S NEAL AVE
TUCSON, AZ 85735

MEDLINE INDUSTRIES INC
ONE MEDLINE PL
MUNDELEIN, IL 60060

MASIMO AMERICAS INC
52 DISCOVERY
IRVINE, CA 92618

MCMULLEN, PATRICK
4293 W TOMBALO TRAIL
TUCSON, AZ 85745

MEDPARTNERS HIM
PO BOX 4729
WINTER PARK, FL 32793

MCA FINANCIAL GROUP LTD
4909 N 44TH ST
PHOENIX, AZ 85018

MECHLING, BRIANA ELIZABETH
14353 S CAMINO VALLADO
SAHUARITA, AZ 85629

MEDRANO, MICHELLE
1434 CALLE MORELIA
RIO RICO, AZ 85648

MCCONNELL ORTHOPEDIC
MANUFACTURING INC
2484 INTERSTATE 30 EAST
GREENVILLE, TX 75402

MED ASSETS INC
PO BOX 405652
ATLANTA, GA 30384

MEDTOX DIAGNOSTICS, INC
PO BOX 60575
CHARLOTTE, NC 28260

MCCORMICK, CHRISTINE
8105 E MOONSTONE DR
TUCSON, AZ 85750

MED ONE CAPITAL FUNDING LLC
10712 SOUTH 1300 EAST
SANDY, UT 84094

MEDTRONIC USA
710 MEDTRONIC PARKWAY
MINNEAPOLIS, MN 55432

MCDURFEE, MATTHEW A
11 W FORREST FEEZOR
VAIL, AZ 85641

MEDI-DOSE INC
70 INDUSTRIAL DR
IVYLAND, PA 18974

MEJIA, JOHN
1724 W PLACITA DEL ZOCALO
SAHUARITA, AZ 85629

MCGRATH, JASON S
11134 N POMEGRANATE DR
TUCSON, AZ 85737

MEDICAL COMPONENTS INC
5570 W 1730S
SUITE 400
SALT LAKE CITY, UT 84104

MELISSA LEON
6755 S PALIAMENT DR
TUCSON, AZ 85756

MCHONE, ELAINE
16651 S GRAYTHORN VIEW PL
VAIL, AZ 85641

MEDICAL DIAGNOSTIC
IMAGING GROUP
PO BOX 67641
LAS VEGAS, NV 89193

MERCADO, FRANCISCO JAVIER
5340 W ARIVACA RD
AMADO, AZ 85645

MERIT MEDICAL SYSTEMS INC
1600 W MERIT PARKWAY
SOUTH JORDAN, UT 84095

MOORE, JOHN G
1401 PECAN HOLLOW TRL
MCKINNEY, TX 75070

GV Hospital Management, LLC -
NATIONAL RESEARCH CORP
1245 Q STREET
LINCOLN, NE 68508

MEUSH, CATHERINE D
93 S BURRO CANYON PL
SAHUARITA, AZ 85629

MORAN, BRYAN ANTHONY
5714 HOMES ST
TUCSON, AZ 85711

NAUGHTON'S CORP
1140 W PRINCE RD
TUCSON, AZ 85705

MGS-MEDICAL GAS SRVCS INC
1733 W PARKSIDE LANE
SUITE B
PHOENIX, AZ 85027

MORENO, FRANCISCO
1173 AVENIDA GANDARA
RIO RICO, AZ 85648

NAVARRO, MARK A
1103 PANDA CT
RIO RICO, AZ 85648

MILLER, BETHANIE ROSE
5456 E BELLEVUE
TUCSON, AZ 85712

MORENO, MARIA
757 W CALLE CASTILE
TUCSON, AZ 85756

NAVARRO, RAMON G
871 CIRCULO GUERERO
RIO RICO, AZ 85648

MILLS, RENE
14455 S CAMINO TABANO
SAHUARITA, AZ 85629

MORENO, SUZETTE
1039 W VIA ZAHARA DEL SOL
TUCSON, AZ 85748

NAVEX GLOBAL INC
6000 MEADOWS RD
SUITE 200
LAKE OSWEGO, OR 97035

MISSION LINEN & UNIFORM SVS
PO BOX 1299
SANTA BARBARA, CA 93102-1299

MORGAN, CAROL
2348 W KEN MORGAN PL
VAIL, AZ 85641

NEWBERRY, ROBERT L
1221 N PASEO DEL CERVATO
GREEN VALLEY, AZ 85614

MONJARAS, CHRISTINA I
963 E ASHBURN
SAHUARITA, AZ 85629

MOTOROLA SOLUTIONS INC
1301 E ALGONQUIN RD
SCHAUMBURG, IL 60196

NICKELS, YOJNG
7824 E JACK OAK RD
TUCSON, AZ 85756

MONS, LAUREL M
4450 N LIGHTNING RIDGE TRL
TUCSON, AZ 85745

MURPHY, KATHLEEN
2174 W CACTUS RUN DR
GREEN VALLEY, AZ 85622

NIMS INC
708 W VUELTA BURIL
SAHUARITA, AZ 85629

MONTOYA, VANESSA
4962 W VOLTARES LN
AMADO, AZ 85645

MURRIETTA, ASHLEY K
7751 W SAN JOAQUIN PL
TUCSON, AZ 85735

NORIDIAN HEALTHCARE
SOLUTIONS LLC
PO BOX 6731
FARGO, ND 68108-6731

MOORE, GREGORY S
2704 E 6TH
UNIT B
TUCSON, AZ 85716

NANCY HEDDEN
993 E BALDY SPRING PL
GREEN VALLEY, AZ 85614

NORTHWEST MEDICAL CENTER/
SHARED SERVICE CENTER
PO BOX 848444
DALLAS, TX 75284-7226

NOSEK, TAMI
4820 S DESERT SUNSET DR
GREEN VALLEY, AZ 85622

PAUL, MARK
3600 W ORANGE GROVE
#233
TUCSON, AZ 85741

GV Hospital Management, LLC -
PIAR, NANCY
6560 W EMJAY
TUCSON, AZ 85735

NOWAK, PAUL E
5725 E 35TH ST
TUCSON, AZ 85711

PAULEY, ANNA V
1715 ESTERO CORTE
RIO RICO, AZ 85648

PIMA COUNTY HEALTH DEPT /
3950 S COUNTRY CLUB RD
SUITE 2301
TUCSON, AZ 85714

NTHRIVE INC
200 NORTH POINT CENTER EAST
SUITE 600
ALPHARETTA, GA 30022

PAYFLEX / AETNA CONSUMER
FINANCIAL SOLUTIONS (ACFS)
10802 FARNAM DR, STE 100
OMAHA, NE 68154

PIMA HEART PHYSICIANS PC
3375 N CAMPBELL AVE
TUCSON, AZ 85719

OBESO, MELISSA N
2826 W JACINTO ST
TUCSON, AZ 85745

PDC HEALTHCARE
27770 N ENTERTAINMENT DR
SUITE 200
VALENCIA, CA 91355

PIMA VASCULAR PHYSICIANS
3375 N CAMPBELL
TUCSON, AZ 85719

OEC MEDICAL SYSTEMS INC
2984 COLLECTIONS CENTER DR
CHICAGO, IL 60693

PECK, LEROY
5016 E 2ND ST
TUCSON, AZ 85711

PLATT, GARY
1240 E WATER ST
TUCSON, AZ 85719

OLYMPUS AMERICA INC
DBA OLYMPUS FINANCIAL SVCS
PO BOX 200183
PITTSBURGH, PA 15251-0183

PENDER, LAURA
2840 S CAMINO GODOY
GREEN VALLEY, AZ 85622

POSADA, MARLON
3500 W ORANGE GROVE RD
APT# 16101
TUCSON, AZ 85741

ORTIZ, FAUSTO A
300 W VIA ALAMOS
#403
GREEN VALLEY, AZ 85614

PEREZ, CHRISTINA
861 W CALLE ARROYO NORTE
GREEN VALLEY, AZ 85614

PREBISH, ASHLEY ELIZABETH
14709 S SUMAC DR
SAHUARITA, AZ 85629

PALACIOS, NICOLE C
8750 N CHINABERRY WAY
TUCSON, AZ 85742

PHELPS, SYDNEY
2440 VIEJO DR
LAKE HAVASU CITY, AZ 86406

PREBISH, KEVIN
14709 SUMAC DR
SAHUARITA, AZ 85629

PATHLAB INC
77 CALLE PORTAL
SUITE B260-A
SIERRA VISTA, AZ 85635

PHILIPS HEALTHCARE
C/O CORPORATE TAX DEPT
3000 MINUTEMAN RD
ANDOVER, MA 01810

PRETTYMAN, JANE MARIE
1000 E HARSHAW LAND LN
SAHUARITA, AZ 85629

PATRICIA BRUNER
4895 S GLORIA VIEW CT
GREEN VALLEY, AZ 85622

PHOENIX METRO ACUTES /
FRESENIUS MEDICAL CARE
1940 LODGE RD
KENNESAW, GA 30144

PROCSAL, NAHLA A
4663 W CALATRAVA LN
TUCSON, AZ 85742

PROSCRIBE LLC
16414 SAN PEDRO
SUITE 525
SAN ANTONIO, TX 78232

REINHART, GREG J
2991 E CALLE BACARDI
VAIL, AZ 85641

GV Hospital Management, LLC -
ROBINSON, TERRI L
2321 W CALLE BALAUSTRE
GREEN VALLEY, AZ 85622

PROVOST, JOANN T
7025 W RESTHAVEN PL
TUCSON, AZ 85757

RHINO MEDICAL SERVICES
2000 E LAMAR BLVD
SUITE 250
ARLINGTON, TX 76006

ROBLES, TANIA
962 VIA PUEBLA
RIO RICO, AZ 85648

PULMONARY ASSOC OF STHN
ARIZONA / PASA
1951 N WILMOT RD, BUILDING 4
TUCSON, AZ 85712

RICHARD WOLF MEDICAL
INSTRUMENTS CORP
353 CORPORATE WOODS PKWY
VERNON HILLS, IL 60061

ROCKEFELLER, ILONA H
130 W PASEO ADOBE
GREEN VALLEY, AZ 85614

QUARLES & BRADY LLP
TWO NORTH CENTRAL AVENUE
PHOENIX, AZ 85004-2391

RIEHLE, BRANDEE
238 W CALLE BAYETA
SAHUARITA, AZ 85629

RODRIGUEZ, ADRIAL
281 POCO CT
RIO RICO, AZ 85648

QUESINBERRY, AMY
10700 N LA RESERVE DR
#18105
TUCSON, AZ 85737

RINDERER, MARY C
1343 N PASEO DE GOLF
GREEN VALLEY, AZ 85614

RODRIGUEZ, CLARISSA V
6007 S MARSTELLAR RD
TUCSON, AZ 85735

QUEST HEALTHCARE SOLUTIONS LLC
6 CONCOURSE PARKWAY
SUITE 2250
ATLANTA, GA 30328

RIVERA, CARLOS A
11321 E SQUASH BLOSSOM LOOP
TUCSON, AZ 85747

RODRIGUEZ, MELISSA
PO BOX 962
AMADO, AZ 85645

RAMIREZ, DONNY
1461 W BRONTE PL
TUCSON, AZ 85746

RIVERA, CHRISTA M
4900 W PASEO DON CARLOS
TUCSON, AZ 85757

ROGUCKI, JOANNE
669 W CAMINO DEL BONDADOSO
GREEN VALLEY, AZ 85614

RAMOS, AIMEE
221 W CALLE BOLITA
SAHUARITA, AZ 85629

ROBERTS, KARA
3259 E ANIKA DR
GILBERT, AZ 85298

ROMERO, BETHANIE
957 E SHERIFFS DRAW LN
SAHUARITA, AZ 85629

RAMSEY, MADELINE A
PO BOX 465
GREEN VALLEY, AZ 85622

ROBERTSON, COLIN
7476 N CAMINO DE LA TIERRA
TUCSON, AZ 85741

ROMERO, ENRIQUE
9733 E OLD MISSION CT
TUCSON, AZ 85748

RECLOSADO, PAMELA
18 W CALLE SAUCO
SAHUARITA, AZ 85629

ROBINSON, MARIA D
535 S PASEO LAZO CIR
GREEN VALLEY, AZ 85614

ROMERO, GUILLERMO VIRGEN
3675 S LIBERTY AVE
TUCSON, AZ 85713

ROMO, DIANA
1113 ENCAJE CT
RIO RICO, AZ 85648

ROSS, CAROL ANN
399 N OLD CAMP LN
SAHUARITA, AZ 85629

ROUSH, AUSTIN M
1061 E STROYHOLD CANYON
SAHUARITA, AZ 85629

RUSCETTA, KATHLEEN L
PO BOX 946
GREEN VALLEY, AZ 85622

RUSSELL, CHERYL
1645 W VALENCIA RD
TUCSON, AZ 85746

RYAN LLC
PO BOX 848351
DALLAS, TX 75284-8351

SAFETY COMPLIANCE
PUBLICATION INC
3600 S STATE RD 7, SUITE 204
HOLLYWOOD, FL 33023

SALAZAR, JESUS A
984 CIRCULO GOLONDRINA
RIO RICO, AZ 85648

SALT WORKS
PO BOX 22273
MESA, AZ 85277

SALWEI, SHAWN PATRICK
6710 E ROSEWOOD CIR
TUCSON, AZ 85710

SANCHEZ, ADALBERTO
4455 W LUTZ RD
SAHUARITA, AZ 85629

SANCHEZ, CHRISTA
1719 W CALLE DEL QUERIDO
SAHUARITA, AZ 85629

SANCHEZ, JANEL
7730 E BROADWAY BLVD
APT# 920
TUCSON, AZ 85710

SAXTON, AARON
2575 W CRISWELL CT
TUCSON, AZ 85745

SCHLEGELMILCH, JOAN
610 W MOORWOOD ST
GREEN VALLEY, AZ 85614

SCHMIDT WESTERGARD & CO PLLC
77 WEST UNIVERSITY DRIVE
MESA, AZ 85201

SCHOLES, TERESA A
PO BOX 1374
GREEN VALLEY, AZ 85622

SCM SPECIALTY FINANCE OPPORTUN
2 GREENWICH PLAZA
GREENWICH, CT 06830

SEAMLESS CARE INC
1040 NORTHGATE STREET
SUITE B
RIVERSIDE, CA 92507

SEPULVEDA, FRANCISCO GILBERTO
6619 W HORBIN RIDGE WAY
TUCSON, AZ 85757

GV Hospital Management, LLC -
SHAFER, JOHNATHAN
315 W CALLE MINGO
GREEN VALLEY, AZ 85614

SHAREEF, SYED R
3300 N PASEO DE LOS RIOS
APT# 8106
TUCSON, AZ 85712

SHEILA FLAVIN
5769 W MIDNIGHT CHORUS RD
TUCSON, AZ 85735

SHUFELDT CONSULTING LLC
7332 BUTHERUS #1
HANGER 1
SCOTTSDALE, AZ 85267

SHULTZ, KENNETH L
1432 W CALLE DEL MITO
SAHUARITA, AZ 85629

SIEMENS HEALTHCARE
DIAGNOSTICS
511 BENEDICT AVE
TARRYTOWN, NY 10591

SIMON, LIESELOTTE
1183 W CALLE QUERIDA
SAHUARITA, AZ 85629

SIMON, NANCY J
1252 E LOWER MINE LN
TUCSON, AZ 85718

SINN, WILLIAM
13238 E ALLEY SPRING
VAIL, AZ 85641

SKYTRON
5085 CORPORATE EXCHANGE
BLVD SE
GRAND RAPIDS, MI 49512

SMITH & NEPHEW ORTHO
PO BOX 933782
ATLANTA, GA 31193

SOUTHERN AZ ANESTHESIA
SERVICES PC
3390 N CAMPBELL AVE, SUITE 110
TUCSON, AZ 85719

GV Hospital Management, LLC -
STERIS CORP
5960 HEISLEY RD
MENTOR, OH 44060

SMITH'S MEDICAL ASD INC
10 BOWMAN DR
KEENE, NH 03431

SOUTHERN AZ GASTROENTEROLOGY
395 N SILVERBELL
SUITE 255
TUCSON, AZ 85745

STEWART, KATIE RENEE
6651 N CAMPBELL AVE
STE 235
TUCSON, AZ 85718

SMITH, DANIELLE A
11439 N SILVER PHEASANT LOOP
TUCSON, AZ 85737

SOUTHWEST ACCESS & VIDEO
5155 EAST WASHINGTON ST
PHOENIX, AZ 85034

STRAWN, WILLIAM
4317 N 4TH AVE
TUCSON, AZ 85705

SMITH, MONA R
12342 E BARRY BAKER PLACE
TUCSON, AZ 85749

SOUTHWEST GAS CORP
5241  SPRING MOUNTAIN ROAD
LAS VEGAS, NV 89150-0002

STRYKER ENDOSCOPY
5900 OPTICAL CT
MENTOR, OH 44060

SMITH, PLATINUM
1496 GERARDO CT
RIO RICO, AZ 85648

SSB SOLUTIONS INC
1 PELICAN HILL CIRCLE
NEWPORT COAST, CA 92657

STRYKER ORTHOPAEDICS
9015 E PIMA CENTER PKWY
SUITE 3
SCOTTSDALE, AZ 85258

SMITH, TIFFANY RENE
3723 E DREXEL MANOR STRA
TUCSON, AZ 85706

ST JUDE MEDICAL SC INC
ONE ST JUDE MEDICAL DRIVE
SAINT PAUL, MN 55117

SULERUD, DIANNA K
617 W RIO SAN PEDRO DR
GREEN VALLEY, AZ 85614

SOMOZA, JUAN C
993 CALLE COYOTA
RIO RICO, AZ 85648

STAHN, NATHANEL
4549 E 18TH ST
TUCSON, AZ 85711

SWATZELL-KREIG, CHERI A
18147 S WHEATLAND WAY
SAHUARITA, AZ 85629

SONORA QUEST LABORATORIES LLC
1255 W WASHINGTON ST
TEMPE, AZ 85281

STANLEY INNERSPACE HEALTHCARE
130 TURNER ST
BUILDING 3
WALTHAM, MA 02453

SWENDRZYNSKI, ROBERT G
3781 S VIA DE LA URRACA
GREEN VALLEY, AZ 85622

SOOMRO, ABDUL
1920 W SUNSET DRIVE
NOGALES, AZ 85621

STAPLES ADVANTAGE
DEPT LA
PO BOX 83689
CHICAGO, IL 60696

SYSMEX AMERICA INC
577 APTAKISIC ROAD
LINCOLNSHIRE, IL 60069

SOTO, NICOLAS
2448 W CHRIS OLIVER WAY
TUCSON, AZ 85705

STELLA, JEANMARIE
196 W CALLE MONCAYO
SAHUARITA, AZ 85629

TABARANGAO, EDDIE BELLEZA
4280 E SIERRA MADRE AVE
GILBERT, AZ 85296

TAMI FRANK
15082 S THEODORE ROOSEVELT
WAY
SAHUARITA, AZ 85629

TITAN HEALTH MGMT SOLUTIONS INC
2500 N PANTANO RD
SUITE 120
TUCSON, AZ 85715

GV Hospital Management, LLC -
UHS - UNIVERSAL HEALTH SRVC
6625 WEST 78TH STREET
SUITE 300
MINNEAPOLIS, MN 55439

TAUTOLO, LOIMATA
6287 S EAGLES TALON PKWY
TUCSON, AZ 85757

TODD ASSOCIATES INC
23825 COMMERCE PARK
SUITE A
BEACHWOOD, OH 44122

UNITED BEVERAGE GAS
4550 S COUNTRY CLUB
TUCSON, AZ 85714

TCR - TOTAL CREDIT
RECOVERY
8668 SPRING MOUNTAIN
LAS VEGAS, NV 89117

TOMETCZAK, MICHAEL W
121 W EL INDIO
GREEN VALLEY, AZ 85614

UNITED FIRE EQUIPMENT CO
355 N 4TH AVE
TUCSON, AZ 85705

TD INDUSTRIES INC
PO BOX 300008
DALLAS, TX 75303-0008

TORNIER INC
10801 NESBITT AVE SOUTH
MINNEAPOLIS, MN 55437

UNIVERSAL BACKGROUND
SCREENING
PO BOX 5920
SCOTTSDALE, AZ 85261

TELEFLEX MEDICAL
550 E SWEDESFORD ROAD
SUITE 400
WAYNE, PA 19087

TRE REIMBURSEMENT
CONSULTING INC
2008 E PALMAIRE AVE
PHOENIX, AZ 85020

URIAS, JOSE S
2420 N PALO HACHA DR
TUCSON, AZ 85745

TERUMO MEDICAL CORP
2101 COTTONTAIL LANE
SOMERSET, NJ 08873

TRISTAN T BERRY
5740 N CAMINO PADRE ISIDORO
TUCSON, AZ 85718

URREA, JASON C
478 E VIA PUENTE DE LAS ROSA
SAHUARITA, AZ 85629

THOMAS DURHAM
8867 E 27TH PLACE
TUCSON, AZ 85710

TUCSON ELECTRIC POWER
PO BOX 3033
TUCSON, AZ 85702-3033

US BANK EQUIPMENT FINANCE
1310 MADRID ST
SUITE 101
MARSHALL, MN 56258

THORKELSON, KRISTA L
6120 S DEL MORAL 11-A
TUCSON, AZ 85706

TUCSON ORTHOPAEDIC INSTITUTE PC
PO BOX 31630
TUCSON, AZ 85751

VAGABOND INN EXECUTIVE
19200 S 1-19 FRONTAGE RD
GREEN VALLEY, AZ 85614

THREATT, APRIL DESHA
9222 N GOLDEN FINCH AVE
TUCSON, AZ 85742

TUCSON PRESSURE WASHING LLC
4237 W DIAMOND BUTTE CT
TUCSON, AZ 85745

VALENCIA, ANNA I
875 CIRCULO GUERRERO
RIO RICO, AZ 85648

THYSSENKRUPP ELEVATOR CORP
PO BOX 933004
ATLANTA, GA 31193

TZ MEDICAL INC
17750 SW UPPER BOONES FERRY RD
SUITE 150
PORTLAND, OR 97224

VALENCIA, KARINA
14463 S CAMINO TIERRA LUNA
SAHUARITA, AZ 85629

VALENZUELA, CHRISTINE M
9222 N GOLDEN FINCH AVE
TUCSON, AZ 85742

WASTE MGMT PHOENIX
COLLECTIONS
PO BOX 660345
DALLAS, TX 75266

GV Hospital Management, LLC -
WOOD, CHRISTI C
4701 W SANTA MARIA DR
AMADO, AZ 85645

VALENZUELA, DANIELLA
1421 CALLE TORDO
APT A
RIO RICO, AZ 85648

WATTS, RONALD
941 W ESTRADA
TUCSON, AZ 85745

WRIGHT, JAMES A
17 W CAMINO RANCHO VIEJO
SAHUARITA, AZ 85629

VASCULAR SOLUTIONS INC
6464 SYCAMORE COURT NORTH
OSSEO, MN 55369

WAXIE SANITARY SUPPLY
PO BOX 60227
LOS ANGELES, CA 90060-0227

WRIGHT, STEVEN
2802 N MAGNOLIA
TUCSON, AZ 85712

VELARDE, AILEEN K
300 W GOLD HILL RD
#17
NOGALES, AZ 85621

WEST, DARLA
15932 S AVE VILLA GRATA SALVAJE
SAHUARITA, AZ 85629

WUOLLET, JASON L
149 N ABREGO DR
GREEN VALLEY, AZ 85614

VELASCO, ABEL
432 CIBUTA CT
#4
RIO RICO, AZ 85648

WEST, DONNA MARIE
PO BOX 641
AMADO, AZ 85645

XS SUPPLY LLC
10360 72ND STREET
UNIT 820
SEMINOLE, FL 33777

VELASCO, AURELIO
1857 CIRCULO GLORIETA
RIO RICO, AZ 85648

WESTERN STATES FIRE PROTECTION
4346 E ELWOOD ST
SUITE 100
PHOENIX, AZ 85040

ZETTLEMOYER, LOIS ANNE
1020 W PLACITA VARGAS
GREEN VALLEY, AZ 85614

VELEZ, HECTOR
2606 N SAN LORENZO DR
APT A
NOGALES, AZ 85621

WILLIS, MICHELLE G
8151 S SUNNY SKY PL
TUCSON, AZ 85747

ZIMMER SOUTHWEST INC
8455 N 90TH STREET
SUITE 150-116
SCOTTSDALE, AZ 85258

VERTICAL COMMUNICATIONS
3900 FREEDOM CIRCLE, STE 110
SANTA CLARA, CA 95054

WILSON, CHRISTY L
461 W CALLE LAS TUNAS
SAHUARITA, AZ 85629

ZOHO CORP - MANAGE ENGINE
4141 HACIENDA DR
PLEASANTON, CA 94588

WARD, KIMBERLEY D
1950 E DESERT LARK PASS
GREEN VALLEY, AZ 85614

WILT, MISTA KAY
232  W PLACITA SINFIN
GREEN VALLEY, AZ 85614

ZOLL MEDICAL CORPORATION
269 MILL ROAD
CHELMSFORD, MA 01824

WASTE MGMT OF ARIZONA
TUCSON HAULING
1001 FANNIN, SUITE 4000
HOUSTON, TX 77055

WOLFF, ETHAN D
7021 S BLUE EYES DR
TUCSON, AZ 85756

ZUNIGA, MARCELLA
256 CAMINO APOLENA
RIO RICO, AZ 85648

GV Hospital Management, LLC -
ZWEIG,  SHIRLEY  M
8011  N  WAYWARD  STAR  DR
TUCSON, AZ 85743

# United States Bankruptcy Court
## District of Arizona

In re   <u>GV Hospital Management, LLC</u>

                                           Debtor(s)

Case No. _____

Chapter    <u>11</u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>GV Hospital Management, LLC</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Green Valley Hospital, LLC
4455 S. I-19 Frontage Rd.
Green Valley, AZ 85622**

☐ None [*Check if applicable*]

<u>April 3, 2017</u>

Date

<u>/s/ S. Cary Forrester</u>

**S. Cary Forrester 006342**

Signature of Attorney or Litigant

Counsel for    <u>GV Hospital Management, LLC</u>

**Forrester & Worth, PLLC

3636 N. Central Ave., Ste. 700
Phoenix, AZ 85012-1927
(602) 258-2729 Fax:(602) 271-4300**