Debtor name    **GV Hospital Management, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    **4:17-bk-03351**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 19, 2017**      *X* **/s/ Grant Lyon**
                                        Signature of individual signing on behalf of debtor

                                        **Grant Lyon**
                                        Printed name

                                        **Chairman of the Board**
                                        Position or relationship to debtor

Debtor name **GV Hospital Management, LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **4:17-bk-03351**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $    **47,400,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $    **5,038,644.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $    **52,438,644.00**

---

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $    **75,142,098.70**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $    **1,969,911.20**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$    **11,169,623.96**

4.   Total liabilities ........................................................................................
    Lines 2 + 3a + 3b              $    **88,281,633.86**

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | **Cash on hand** | | **$535.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Chase Bank** | **Operating Account** | **9010** | **$10,003.00** |
| 3.2. | **Compass Bank** | **Operating Account** | **7836** | **$8,448.00** |
| 3.3. | **Chase Bank** | **Payroll Account** | **6580** | **$0.00** |
| 3.4. | **Compass Bank** **Account nos.: 0712, 8484, 0768** | **Lockbox Bank Account** | | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   **$18,986.00**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    7.1.  **Security Deposits for utilities and vendor**                    $358,146.00

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    8.1.  **Prepaid Maintenance Contract**                                 $16,763.00

    8.2.  **Prepaid other**                                                $124,494.00

9.  **Total of Part 2.**                                            | $499,403.00 |
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

     11a. 90 days old or less:   **2,080,830.00**   -   **0.00**   = ....   $2,080,830.00
                                 face amount            doubtful or uncollectible accounts

     11b. Over 90 days old:      **1,014,558.00**   -   **0.00**   = ....   $1,014,558.00
                                 face amount            doubtful or uncollectible accounts

12.  **Total of Part 3.**                                           | $3,095,388.00 |
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

19.     **Raw materials**

20.     **Work in progress**

21.     **Finished goods, including goods held for resale**

22.     **Other inventory or supplies**

| | | | | |
|---|---|---|---|---|
| **Medical Supplies** | | $897,472.00 | Recent cost | $897,472.00 |
| **Food and Restaurant Supplies** | | $66,663.00 | Recent cost | $66,663.00 |
| **Gift Shop Inventory** | | $5,554.00 | Recent cost | $5,554.00 |

23.     **Total of Part 5.**

      Add lines 19 through 22. Copy the total to line 84.      **$969,689.00**

24.     **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value     **77605.82**   Valuation method   **Recent cost**   Current Value     **0**

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No. Go to Part 8.
    ☐ Yes Fill in the information below.

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No. Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:**     **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **Hospital, Hospital Improvements, Land, Land Improvements** | Fee simple | $49,285,076.00 | Liquidation | $47,400,000.00 |

56. **Total of Part 9.**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

                 **$47,400,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☐ No
     ■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ☐ No
     ■ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No. Go to Part 11.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties**<br>     **ADHS Hospital License - H7155** | Unknown | | Unknown |
|      **National Provider Identifier Standard (NPI) Number: 1295125078** | Unknown | | Unknown |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66. **Total of Part 10.**

     Add lines 60 through 65. Copy the total to line 89.

                 **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
     ☐ No
     ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable** Description (include name of obligor) |  |
| 72.    **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) |  |
| 73.    **Interests in insurance policies or annuities** |  |
| **Interest in Insurance Policies or Annuities** | $335,828.00 |
| **Intercompany liability** | $119,350.00 |

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| 78. **Total of Part 11.** | $455,178.00 |
|---|---|

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $18,986.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $499,403.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,095,388.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $969,689.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $47,400,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $455,178.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,038,644.00 | + 91b. $47,400,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $52,438,644.00 |

**GVHM PURCHASE ORDERS - NON-COD SUPPLY ORDERS RECEIVED WITHIN 20 BUSINESS DAYS OF FILING**

| PO# | Vendor | Lines | PO Date | Amount | Dept/Cost Center | Notes | Date Received |
|---|---|---|---|---|---|---|---|
| **2017** | | | | | | | |
| GVH 2523 | Zoll Medical | 1 | 2/2/2017 | $ 2,085.00 | 1000-100 | | 3/20/2017 |
| GVH 2608 | PDC Healthcare | 3 | 2/23/2017 | $ 253.66 | 1000-100 | | 3/6/2017 |
| GVH 2609 | Health Care Logistics | 1 | 2/23/2017 | $ 24.80 | 7170-406 | | 3/6/2017 |
| GVH 2612 | Applied Medical | 1 | 2/24/2017 | $ 720.00 | 1000-101 | | 3/6/2017 |
| GVH 2614 | Gibson's Office Supply | 27 | 3/1/2017 | $ 1,598.85 | various | | 3/6/2017 |
| GVH 2615 | Medtox Diagnostics | 2 | 2/24/2017 | $ 1,099.00 | 7060-340 | | 3/7/2017 |
| GVH 2618 | Labsco | 2 | 2/27/2017 | $ 1,333.50 | 7060-340 | | 3/7/2017 |
| GVH 2621 | Health Care Logistics | 1 | 2/28/2017 | $ 99.20 | 7170-406 | | 3/6/2017 |
| GVH 2623 | Merit Medical | 2 | 2/28/2017 | $ 458.75 | 7091-380 | | 3/9/2017 |
| GVH 2624 | Boston Scientific | 3 | 2/28/2017 | $ 142.50 | 7091-380 | | 3/14/2017 |
| GVH 2625 | Naughton's | 2 | 2/28/2017 | $ 216.16 | 7580-406 | | 3/14/2017 |
| GVH 2629 | Health Care Logistics | 1 | 3/1/2017 | $ 35.40 | 7020-380 | press. bag | 3/7/2017 |
| GVH 2631 | Bio-Rad Laboratories | 1 | 3/1/2017 | $ 248.00 | 7060-340 | | 3/21/2017 |
| GVH 2636 | MediDose | 2 | 3/3/2017 | $ 183.20 | 7170-406 | | 3/9/2017 |
| GVH 2638 | Carefusion 211 | 1 | 3/3/2017 | $ 102.60 | 7180-380 | | 3/8/2017 |
| GVH 2639 | Abbott Vascular | 2 | 3/3/2017 | $ 1,509.00 | 7091-302 | DES DOS 3-2-17 Boulet 70031525 | 3/6/2017 |
| GVH 2640 | Merit Medical | 1 | 3/3/2017 | $ 110.00 | 7091-380 | | 3/7/2017 |
| GVH 2642 | Boston Scientific | 1 | 3/3/2017 | $ 47.50 | 7091-380 | | 3/6/2017 |
| GVH 2646 | Abbott Vascular | 3 | 3/6/2017 | $ 2,859.00 | 7091-302 | | 3/8/2017 |
| GVH 2648 | Vascular Solutions | 1 | 3/6/2017 | $ 417.00 | 7091-380 | | 3/9/2017 |
| GVH 2649 | Boston Scientific | 4 | 3/6/2017 | $ 336.00 | 7091-380 | | 3/8/2017 |
| GVH 2655 | TZ Medical | 1 | 3/7/2017 | $ 250.00 | 7091-380 | | 3/10/2017 |
| GVH 2657 | Abbott Vascular | 2 | 3/7/2017 | $ 2,925.00 | 7091-302 | DES | 3/9/2017 |
| GVH 2659 | Abbott Nutrition | 2 | 3/8/2017 | $ 144.36 | 7600-401 | eta 3-10 | 3/10/2017 |
| GVH 2661 | Boston Scientific | 1 | 3/8/2017 | $ 395.00 | 7091-380 | | 3/9/2017 |
| GVH 2664 | Labsco | 1 | 3/8/2017 | $ 93.38 | 7180-340 | PFT test materials | 3/10/2017 |
| GVH 2665 | Health Care Logistics | 1 | 3/8/2017 | $ 323.00 | 7170-380 | | 3/20/2017 |
| GVH 2666 | Waxie Sanitary Supply | 13 | 3/8/2017 | $ 1,069.33 | 7610-403 | | 3/14/2017 |
| GVH 2667 | Abbott Vascular | 3 | 3/9/2017 | $ 1,668.00 | 7091-302 | DES | 3/10/2017 |
| GVH 2668 | Boston Scientific | 2 | 3/9/2017 | $ 610.00 | 7091-380 | | 3/15/2017 |
| GVH 2670 | Abbott Vascular | 2 | 3/10/2017 | $ 1,495.00 | 7091-380 | | 3/13/2017 |
| GVH 2673 | Gibson's Office Supply | 16 | 3/10/2017 | $ 807.62 | various | redo of PO2644 | 3/13/2017 |
| GVH 2676 | Gibson's Office Supply | 7 | 3/13/2017 | $ 650.22 | various | | 3/20/2017 |
| GVH 2679 | Labsco | 5 | 3/13/2017 | $ 1,022.50 | 7060-340 | | 3/17/2017 |
| GVH 2680 | Medtox Diagnostics | 2 | 3/13/2017 | $ 1,424.00 | 7060-340 | | 3/21/2017 |
| GVH 2681 | Carefusion 211 | 1 | 3/14/2017 | $ 114.00 | 7180-380 | | 3/17/2017 |
| GVH 2684 | PDC Healthcare | 2 | 3/15/2017 | $ 109.26 | 7710-400 | Visitor labels | 3/21/2017 |
| GVH 2687 | Waxie Sanitary Supply | 7 | 3/15/2017 | $ 650.03 | 7610-403 | | 3/17/2017 |
| GVH 2689 | Abbott Vascular | 1 | 3/16/2017 | $ 1,350.00 | 7091-302 | DES | 3/17/2017 |
| GVH 2691 | Vascular Solutions | 1 | 3/16/2017 | $ 417.00 | 7091-380 | | 3/21/2017 |
| GVH 2692 | Maine Standards | 1 | 3/17/2017 | $ 296.00 | 7060-340 | 2nd day | 3/24/2017 |
| GVH 2693 | Vascular Solutions | 1 | 3/17/2017 | $ 980.00 | 7091-380 | | 3/21/2017 |
| GVH 2694 | PG LifeLink | 2 | 3/17/2017 | $ 2,438.00 | 7580-600 | Power system annual tests | 3/24/2017 |
| GVH 2695 | Haz-Mat DQE Inc | 4 | 3/17/2017 | $ 317.45 | 7230-406 | Haz-Mat Suits | 3/24/2017 |
| GVH 2702 | PDC Healthcare | 3 | 3/20/2017 | $ 187.92 | 1000-100 | | 3/24/2017 |
| GVH 2704 | Barcodes Inc | 1 | 3/20/2017 | $ 1,406.40 | 1000-100 | | After 3/24/17 |
| GVH 2708 | Gibson's Office Supply | 9 | 3/21/2017 | $ 103.10 | various | | 3/24/2017 |
| GVH 2710 | Boston Scientific | 3 | 3/22/2017 | $ 142.50 | 7091-380 | | After 3/24/17 |
| GVH 2712 | Merit Medical | 2 | 3/22/2017 | $ 256.25 | 7091-380 | | After 3/24/17 |
| GVH 2713 | Vascular Solutions | 1 | 3/22/2017 | $ 745.00 | 7091-380 | | 3/24/2017 |
| GVH 2714 | WCT Inc | 1 | 3/22/2017 | $ 2,997.00 | 7020-310 | DOS 3-21-17 Francois 70032275 (Dermaclose) | After 3/24/17 |
| GVH 2718 | Smith's Medical | 3 | 3/22/2017 | $ 366.40 | 1000-100 | | After 3/24/17 |
| GVH 2720 | Waxie Sanitary Supply | 11 | 3/22/2017 | $ 542.56 | 7610-403 | | After 3/24/17 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | PFT Supplies - Standing | |
| GVH 2723 | Labsco | 3 | 3/23/2017 | $ 12,341.40 | 7180-340 | Order | After 3/24/17 |
| GVH 2726 | Gibson's Office Supply | 20 | 3/27/2017 | $ 700.34 | various | | After 3/24/17 |
| | | | | | | DOS 3-24-17 Berry | |
| GVH 2727 | Surgical Systems | 2 | 3/27/2017 | $ 1,950.00 | 7020-380 | 70032390 | After 3/24/17 |
| GVH 2729 | Cook Medical | 2 | 3/27/2017 | $ 241.80 | 1000-101 | | After 3/24/17 |
| GVH 2730 | Covidien | 1 | 3/27/2017 | $ 886.40 | 1000-101 | | After 3/24/17 |
| GVH 2735 | Abbott Vascular | 4 | 3/27/2017 | $ 5,400.00 | 7091-302 | DES x 4 | After 3/24/17 |
| | | | | | | repair - floor scrubber - | |
| GVH 2740 | Waxie Sanitary Supply | 3 | 3/29/2017 | $ 113.35 | 7610-602 | 1 | After 3/24/17 |
| | | | | | | repair - floor scrubber - | |
| GVH 2741 | Waxie Sanitary Supply | 3 | 3/29/2017 | $ 906.41 | 7610-602 | 2 | After 3/24/17 |
| GVH 2742 | Merit Medical | 1 | 3/29/2017 | $ 93.75 | 7091-380 | | After 3/24/17 |
| GVH 2744 | Boston Scientific | 4 | 3/29/2017 | $ 1,349.88 | 7040-380 | | After 3/24/17 |
| GVH 2748 | Labsco | 8 | 3/29/2017 | $ 1,574.18 | 7060-340 | | After 3/24/17 |
| GVH 2749 | Waxie Sanitary Supply | 13 | 3/29/2017 | $ 3,141.80 | 7610-403 | | After 3/24/17 |
| GVH 2752 | Labsco | 3 | 3/30/2017 | $ 113.04 | 7180-340 | | After 3/24/17 |
| GVH 2754 | Gibson's Office Supply | 1 | 3/30/2017 | $ 1,152.00 | 1000-100 | toner | After 3/24/17 |
| GVH 2756 | Advanced Testing & Cert. | 1 | 3/31/2017 | $ 75.00 | 7060-600 | | After 3/24/17 |
| GVH 2757 | Bracco Diagnostics | 3 | 3/31/2017 | $ 2,261.14 | 7170-360 | contrast | After 3/24/17 |
| GVH 2758 | Medi-Dose | 1 | 4/3/2017 | $ 156.00 | 7170-406 | | After 3/24/17 |
| GVH 2759 | Steris Corp | 1 | 4/3/2017 | $ 600.93 | 7520-380 | V-Pro sterilant | After 3/24/17 |
| GVH 2760 | Applied Medical | 1 | 4/3/2017 | $ 720.00 | 1000-101 | | After 3/24/17 |
| GVH 2763 | Advanced Testing & Cert. | 2 | 4/3/2017 | $ 635.00 | 7170-600 | | After 3/24/17 |
| GVH 2766 | Abbott Vascular | 4 | 4/3/2017 | $ 3,018.00 | 7091-302 | DES x 2 | After 3/24/17 |
| **TOTAL** | | | | **$ 77,605.82** | | | |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **ARTEMIS REALTY CAPITAL ADVISOR**<br>Creditor's Name<br><br>**2525 EAST CAMELBACK ROAD**<br>**Phoenix, AZ 85016**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Hospital, Hospital Improvements, Land, Land Improvements**<br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$8,868,352.00** | **$47,400,000.00** |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **GREEN VALLEY MED INVESTMENTS**<br>Creditor's Name<br><br>**2111 E HIGHLAND AVE**<br>**Phoenix, AZ 85016**<br>Creditor's mailing address<br><br>**kyle.walker@greencardfund.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Hospital, Hospital Improvements, Land, Land Improvements, and all other assets**<br><br>**Describe the lien**<br>**Junior Deed of Trust and UCC Security Agreement**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$64,187,011.70** | **$52,438,644.00** |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **SCM SPECIALTY FINANCE OPPORTUN** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**  $2,086,735.00     $3,095,388.00

**Accounts Receivable**

**2 GREENWICH PLAZA**
**Greenwich, CT 06830**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  $75,142,098.70

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**ARIZONA DEPT OF REVENUE**<br>**1600 W MONROE ST**<br>**Phoenix, AZ 85007-2650** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$180,000.00** | **$180,000.00** |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**INTERNAL REVENUE SERVICE /**<br>**UNITED STATES TREASURY**<br>**Cincinnati, OH 45999-0039** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,719,357.00** | **$1,719,357.00** |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |

Case 4:17-bk-03351-SHG    Doc 93    Filed 04/20/17    Entered 04/20/17 14:28:19    Desc
Main Document    Page 13 of 53

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $70,554.20 | $70,554.20 |
|---|---|---|---|---|
| | **INTERNAL REVENUE SERVICE /**<br>**UNITED STATES TREASURY**<br>**INTERNAL REVENUE SERVICE**<br>Cincinnati, OH 45999-0039 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $917.72 |
| | **AAF INTERNATIONAL**<br>**9920 CORPORATE CAMPUS DRIVE**<br>**SUITE 2200**<br>**LOUISVILLE, KY 42235** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.55 |
| | **AARON SAXTON**<br>**2575 W. CRISWELL CT**<br>**Tucson, AZ 85745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Paid but uncashed wages_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,546.62 |
| | **AB STAFFING SOLUTIONS**<br>**3451 S MERCY RD, STE 102**<br>**Gilbert, AZ 85297** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,606.78 |
| | **ABBOTT LABORATORIES**<br>**POINT OF CARE**<br>**100 ABBOTT PARK ROAD**<br>**North Chicago, IL 60064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $144.36 |
| | **ABBOTT LABORATORIES INC**<br>**ABBOT NUTRITION**<br>**75 REMITTANCE DRIVE, STE 1310**<br>**Chicago, IL 60675** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,032.08 |
|---|---|---|---|

**ABBOTT VASCULAR INC**
**42301 ZEVO DR**
**PO BOX 90118**
**Temecula, CA 92589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,709.80 |
|---|---|---|---|

**ABILITY NETWORK INC**
**100 NORTH 6TH STREET**
**SUITE 900A**
**Minneapolis, MN 55403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $510.00 |
|---|---|---|---|

**ACCENT**
**PO BOX 952366**
**Saint Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $899.97 |
|---|---|---|---|

**ADP COMMERICAL LEASING LLC**
**ONE ADP BLVD**
**Roseland, NJ 07068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,346.87 |
|---|---|---|---|

**ADP LLC**
**ONE ADP DRIVE**
**MAIL STOP 433**
**Roseland, NJ 07068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,191.98 |
|---|---|---|---|

**AESCULAP INC**
**824 12TH AVE**
**Bethlehem, PA 18018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231,450.27 |
|---|---|---|---|

**AETNA FUNDING ADVANTAGE**
**DEPARTMENT F953**
**2850 SHADELANDS DR, STE 200**
**Walnut Creek, CA 94598**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 4:17-bk-03351-SHG    Doc 93    Filed 04/20/17    Entered 04/20/17 14:28:19    Desc
Main Document    Page 15 of 53

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,474.60** |
|---|---|---|---|
| | **AFCO CREDIT CORPORATION**<br>**AND MARSH USA INC**<br>**14 WALL ST, STE 8A-19**<br>**New York, NY 10005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,404.20** |
|---|---|---|---|
| | **AFLAC**<br>**1932 WYNNTON RD**<br>**Columbus, GA 31999** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,375.03** |
|---|---|---|---|
| | **AIRGAS INC DBA AIRGAS USA LLC**<br>**PO BOX 7423**<br>**Pasadena, CA 91109-7423** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,900.00** |
|---|---|---|---|
| | **AKASH TAGGARSE**<br>**1521 E TANGERINE RD**<br>**SUITE 329**<br>**ORO VALLEY, AZ 85755** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$876.43** |
|---|---|---|---|
| | **ALECIA BROWN**<br>**1099 W CALLE DEL LIBRO DORADO**<br>**Sahuarita, AZ 85629** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Paid but uncashed wages** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,153.00** |
|---|---|---|---|
| | **AMERICAN RED CROSS**<br>**2025 E STREET, NW**<br>**Washington, DC 20006-5009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,207.98** |
|---|---|---|---|
| | **AMERISOURCE BERGEN**<br>**DRUG CORP**<br>**PO BOX 959**<br>**Valley Forge, PA 19481-0959** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $910.08 |
|---|---|---|---|

**APPLEONE EMPLOYMENT SVCS**
**327 W BROADWAY**
**Glendale, CA 91204**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $779.84 |
|---|---|---|---|

**APPLIED MEDICAL DISTRIBUTION**
**22872 AVENIDA EMPRESA**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600,000.00 |
|---|---|---|---|

**ARIZONA HEALTH CARE COST**
**CONTAINMENT SYSTEM ADMIN**
**801 E JEFFERSON ST**
**Phoenix, AZ 85034**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,613.17 |
|---|---|---|---|

**ARTHREX INC**
**1370 CREEKSIDE BLVD**
**Naples, FL 34108**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,381.90 |
|---|---|---|---|

**ASPEN SURGICAL**
**6945 SOUTHBELT DRIVE SE**
**Caledonia, MI 49316**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162,600.00 |
|---|---|---|---|

**AZ INPATIENT MEDICINE ASSOC**
**7383 E TANQUE VERDE RD**
**Tucson, AZ 85715**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,000.00 |
|---|---|---|---|

**AZDHS**
**Bureau of Med. Facilities Lic.**
**150 N 18th Ave., Ste. 450**
**Phoenix, AZ 85007**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**BANNER HEALTH / ENTECH**<br>**7300 W DETROIT ST**<br>**Chandler, AZ 85226**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$63,751.35**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**BARBARA AMYX**<br>**6454 S. ABREGO DR**<br>**Green Valley, AZ 85614**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$11.50**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**BARD**<br>**8195 INDUSTRIAL BLVD**<br>**Covington, GA 30014**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$44,553.13**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**BARD MEDICAL DIVISION**<br>**8195 INDUSTRIAL BLVD**<br>**Covington, GA 30014**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$46,389.41**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**BAXTER HEALTHCARE CORP**<br>**ONE BAXTER PARKWAY**<br>**Deerfield, IL 60015**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$6,060.18**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**BELTMANN INTG. LOGISTICS**<br>**2480 LONG LAKE ROAD**<br>**ROSEVILLE, MN 55113**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$45,233.65**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**BERKSHIRE HATHAWAY**<br>**HOMESTATE COMPANIES**<br>**1314 DOUGLAS STREET**<br>**Omaha, NE 68102**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$25,228.65**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,480.56 |
|---|---|---|---|

**BEST WESTERN**
**GREEN VALLEY INN**
**111 S LA CANADA DR**
**Green Valley, AZ 85614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280,792.91 |
|---|---|---|---|

**BETH FORD**
**PIMA COUNTY TREASURER**
**PO BOX 29011**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.00 |
|---|---|---|---|

**BILLS HOME SERVICE**
**251 W DUVAL RD**
**Green Valley, AZ 85614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,540.92 |
|---|---|---|---|

**BIO-RAD LABORATORIES INC**
**1000 ALFRED NOBEL DR**
**Hercules, CA 94547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,872.67 |
|---|---|---|---|

**BIOMET INC**
**56 E BELL DR**
**PO BOX 587**
**Warsaw, IL 46581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,907.50 |
|---|---|---|---|

**BIOTRONIK INC**
**6024 JEAN ROAD**
**Lake Oswego, OR 97035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,552.45 |
|---|---|---|---|

**BOSTON SCIENTIFIC CORP**
**PO BOX 951653**
**Dallas, TX 75395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 4:17-bk-03351-SHG    Doc 93    Filed 04/20/17    Entered 04/20/17 14:28:19    Desc
Main Document    Page 19 of 53

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,256.50 |

**BRACCO DIAGNOSTICS INC**
**259 PROSPECT PLAINS ROAD**
**BUILDING H**
**Monroe Township, NJ 08831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,950.00 |

**BRANDI BRIDE**
**5750 N TARANTULA TRAIL**
**Tucson, AZ 85743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.72 |

**BRIAN BONILLA**
**5781 S LADYSLIPPER PLACE**
**Tucson, AZ 85747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Paid but uncashed wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.75 |

**BRYAN MORAN**
**5714 HOLMES ST**
**Tucson, AZ 85711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Paid but uncashed wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.68 |

**CACTUS BAY APPAREL**
**1960 W NORTH LANE**
**Phoenix, AZ 85021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,439.19 |

**CARDINAL HEALTH**
**7000 CARDINAL PLACE**
**Dublin, OH 43017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.31 |

**CAREFUSION 211 INC**
**22745 SAVI RANCH PARKWAY**
**PO BOX 87022**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 4:17-bk-03351-SHG    Doc 93    Filed 04/20/17    Entered 04/20/17 14:28:19    Desc
Main Document    Page 20 of 53

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153,134.52 |

**CAREFUSION SOLUTIONS 2200
PYXIS PRODUCTS
25082 NETWORK PLACE
Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.67 |

**CARLOS GONZALEZ
4246 W CALLE DON CLEMENTE
Tucson, AZ 85746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Paid but uncashed wages_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**CDW-G, LLC
75 REMITTANCE DR
STE 1515
Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Pending Lawsuit_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,540,109.00 |

**CENTERS FOR MEDICARE
AND MEDICAID SERVICES
7500 SECURITY BLVD
BALTIMORE, MD 21244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,920.00 |

**CENTRAL ALARM SECURITY
PO BOX 5506
Tucson, AZ 85703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399.89 |

**CENTURY LINK LLC
100 CENTURYLINK DR
Monroe, LA 71203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,182,818.78 |

**CERNER CORPORATION
2800 ROCKCREEK PARKWAY
Kansas City, MO 64117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,650.00** |
|---|---|---|---|

**CITADEL OUTSOURCE GROUP**
**162 IMPERIAL BLVD**
**Hendersonville, TN 37075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,690.61** |
|---|---|---|---|

**COMPLETE LANDSCAPING INC**
**PO BOX 37227**
**Tucson, AZ 85740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,335.00** |
|---|---|---|---|

**COMPLETE MEDICAL GAS LLC**
**30504 W PORTLAND ST**
**Buckeye, AZ 85396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,477.07** |
|---|---|---|---|

**COOK MEDICAL LLC**
**PO BOX 1608**
**Bloomington, IN 47402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,000.00** |
|---|---|---|---|

**COOPER SURGICAL INC**
**95 CORPORATE DR**
**Trumbull, CT 06611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$49,165.10** |
|---|---|---|---|

**COVIDIEN LP**
**15 HAMPSHIRE ST**
**Mansfield, MA 02048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,460.02** |
|---|---|---|---|

**COX COMMUNICATIONS AZ**
**1400 LAKE HEARN DR**
**Atlanta, GA 30319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,548.70 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**CREEKRIDGE CAPITAL LLC**
**7808 CREEDRIDGE CIRCLE**
**SUITE 250**
**EDINA, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,972.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**CTS - CORPORATE**
**TECHNOLOGY SOLUTIONS LLC**
**1971 E 5TH ST, STE 111**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61.86 |
|------|--------------------------------------------------|------------------------------------------------------------------------|--------|

**CUSTOM X-RAY SERVICE INC**
**2120 W ENCANTO BLVD**
**Phoenix, AZ 85009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,620.72 |
|------|--------------------------------------------------|------------------------------------------------------------------------|------------|

**DATEX OHMEDA INC**
**PO BOX 641936**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-------|

**DAVID WANGER**
**9411 E JASMINE CIRCLE**
**Mesa, AZ 85207**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**   **Pending Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,667.37 |
|------|--------------------------------------------------|------------------------------------------------------------------------|------------|

**DELL MARKETING LP**
**C/O DELL USA LP**
**PO BOX 802816**
**Chicago, IL 60680-2816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,735.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|------------|

**DIAGNOSTIC LABORATORIES**
**AND XRAY**
**2820 N ONTARIO ST**
**Burbank, CA 91504-2015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,445.38 |
|---|---|---|---|

**DLSS FOR PROLASTIN DIRECT**
**2410 LILLYVALE AVE**
**Los Angeles, CA 90032**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,125.00 |
|---|---|---|---|

**DR ALEX VERHOOGEN, MD**
**657 W GREENVIEW PLACE**
**Green Valley, AZ 85614**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,596.25 |
|---|---|---|---|

**DR CHRISTOPHER Q MAY**
**4005 N 45TH ST**
**Phoenix, AZ 85018**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.58 |
|---|---|---|---|

**ELITE CARE LLC**
**2153 E CEDAR ST**
**SUITE 1**
**Tempe, AZ 85281**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296.55 |
|---|---|---|---|

**EMMANUEL VALDEZ NAVARRO**
**300 W VIA ALAMOS APT 313**
**Green Valley, AZ 85614**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Paid but uncashed wages_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,150.96 |
|---|---|---|---|

**EMPIRE SOUTHWEST LLC**
**PO BOX 29879**
**Phoenix, AZ 85038**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,519.54 |
|---|---|---|---|

**ETHICON/JOHNSON & JOHNSON**
**HEALTH CARE SYSTEMS INC**
**425 HOES LANE, PO BOX 6800**
**Piscataway, NJ 08855-6800**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Case 4:17-bk-03351-SHG    Doc 93    Filed 04/20/17    Entered 04/20/17 14:28:19    Desc
Main Document    Page 24 of 53

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**FACILITEC INC**
4501 E MCDOWELL RD
Phoenix, AZ 85008

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: __Demand Letter__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,061.60** |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------------|

**FAVORITE HEALTHCARE**
**STAFFING INC**
PO BOX 803356
Kansas City, MO 64180-3356

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$265.94** |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**FEDERAL EXPRESS CORP**
PO BOX 94515
Palatine, IL 60094-4515

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,536.80** |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------------|

**FIRST INSURANCE FUNDING**
450 SKOKIE BLVD
SUITE 1000
Northbrook, IL 60062

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,084.59** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**FISHER HEALTHCARE**
9999 VETERANS MEMORIAL DR
Houston, TX 77038

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,473.00** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**FOOTHILLS PATHOLOGY PC**
6200 N LA CHOLLA BLVD
Tucson, AZ 85741

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65,011.25** |
|------|--------------------------------------------------|---------------------------------------------------------------------|----------------|

**FRESNIUS**
920 WINTER ST
Waltham, MA 02451

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,466.50 |
|---|---|---|---|

**FUJIFILM MEDICAL SYSTEMS USA**
**419 WEST AVENUE**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $347,827.15 |
|---|---|---|---|

**GE HEALTHCARE**
**PO BOX 96483**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,498.33 |
|---|---|---|---|

**GE HEALTHCARE IITS**
**USA CORP**
**40 IDX DRIVE**
**South Burlington, VT 05403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,862.06 |
|---|---|---|---|

**GE MED SYSTEMS ULTRASOUND**
**PRIMARY CARE DIAGNOSTICS**
**75 REMITTANCE DR, STE 1080**
**Chicago, IL 60675-1080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350,398.72 |
|---|---|---|---|

**GE MEDICAL SYSTEMS**
**INFORMATION TECHNOLOGIES**
**5517 COLLECTIONS CTR DR**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.24 |
|---|---|---|---|

**GEORGE FIGUEROA**
**2149 W ROUNDWOOD PLACE**
**Tucson, AZ 85745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Paid but uncashed wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,383.16 |
|---|---|---|---|

**GIBSON'S OFFICE SUPPLY**
**4555 E BROADWAY BLVD**
**Tucson, AZ 85711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.66 |
|---|---|---|---|

**GILBERT R GARCIA**
**1042 W CALLE DEL LIBRO**
**Sahuarita, AZ 85629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Paid but uncashed wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.80 |
|---|---|---|---|

**GREEN VALLEY NEWS AND SUN**
**PO BOX 567**
**Green Valley, AZ 85622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.10 |
|---|---|---|---|

**GREEN VALLEY TRUE VALUE**
**220 W CONTINENTAL**
**Green Valley, AZ 85614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,682.95 |
|---|---|---|---|

**GREEN VALLEY WATER DISTRICT**
**3290 S CAMINO DEL SOL**
**SUITE 100**
**Green Valley, AZ 85622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $649.00 |
|---|---|---|---|

**GRVH HEALTHNET AZ REFUNDS**
**PO BOX 749801**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,612.42 |
|---|---|---|---|

**GUARDIAN**
**7 HANOVER SQUARE**
**New York, NY 10004-2616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,021.17 |
|---|---|---|---|

**GUST ROSENFELD PLC**
**1 S CHURCH AVE, STE 1900**
**Tucson, AZ 85701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.64 |
|---|---|---|---|

**HAMEROFF LAW FIRM PC**
3443 E FT LOWELL RD
SUITE 121
Tucson, AZ 85716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,849.92 |
|---|---|---|---|

**HAMEROFF LAW GROUP PC**
3443 E FT LOWELL RD
SUITE 101
Tucson, AZ 85716

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,425.00 |
|---|---|---|---|

**HANGER PROSTHETICS**
**& ORTHODICS WEST INC**
PO BOX 650846
Dallas, TX 75265-0846

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.93 |
|---|---|---|---|

**HEALTH CARE LOGISTICS INC**
450 E TOWN ST
PO BOX 400
Circleville, OH 43113-0400

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,065.00 |
|---|---|---|---|

**HEALTH TEMP**
6402 E SUPERSTITION SPRINGS
SUITE 203
Mesa, AZ 85206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,191.00 |
|---|---|---|---|

**HMP COMMUNICATIONS LLC**
70 E SWEDESFORD RD
SUITE 100
Malvern, PA 19355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,359.08 |
|---|---|---|---|

**HOLOGIC (MA) LLC**
250 CAMPUS DR
Marlborough, MA 01752

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104**

Nonpriority creditor's name and mailing address

**HUMAN CAPITAL SELECT**
**DBA HEALTHCARE SELECT LLC**
**34080 GOLDEN LANTERN**
**SUITE 301**
**Dana Point, CA 92629**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Pending Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

$123,699.72

---

**3.105**

Nonpriority creditor's name and mailing address

**HUMAN RESOURCES NETWORK**
**698 E WETMORE RD**
**Tucson, AZ 85705**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Pending Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.106**

Nonpriority creditor's name and mailing address

**HUMANSCALE CORPORATION**
**220 CIRCLE DRIVE NORTH**
**Piscataway, NJ 08854**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$7,105.64

---

**3.107**

Nonpriority creditor's name and mailing address

**IMMUCOR INC**
**3130 GATEWAY DRIVE**
**Norcross, GA 30071**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,608.04

---

**3.108**

Nonpriority creditor's name and mailing address

**INNOVATIVE MEDICAL SYSTEMS**
**7201 N 7TH STREET**
**Phoenix, AZ 85020**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,624.54

---

**3.109**

Nonpriority creditor's name and mailing address

**INTEGRA LIFESCIENCES**
**SALES LLC**
**311 ENTERPRISE DR**
**Plainsboro, NJ 08536**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$11,046.08

---

**3.110**

Nonpriority creditor's name and mailing address

**INTELLICORP RECORDS INC**
**3000 AUBURN DRIVE**
**SUITE 410**
**Beachwood, OH 44122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$506.35

---

Case 4:17-bk-03351-SHG    Doc 93    Filed 04/20/17    Entered 04/20/17 14:28:19    Desc
Main Document    Page 29 of 53

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $204.64 |
|---|---|---|---|

**INTELLIQUICK DELIVERY INC**
**4022 S 20TH ST**
**Phoenix, AZ 85040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $462.12 |
|---|---|---|---|

**INTL COLLECTIONS SYSTEMS**
**2761 N COUNTRY CLUB RD**
**SUITE 100**
**Tucson, AZ 85716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,314.95 |
|---|---|---|---|

**IPORT COMMUNICATIONS INC**
**1590 W ALGONQUIN RD**
**#166**
**Hoffman Estates, IL 60192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,272.29 |
|---|---|---|---|

**IRADIMED CORPORATION**
**PO BOX 102590**
**Atlanta, GA 30368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $597.23 |
|---|---|---|---|

**IRON MOUNTAIN INC**
**1 FEDERAL ST**
**7TH FLOOR**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $135.39 |
|---|---|---|---|

**JACQULYN EYRICH**
**13923 S. CAMINO EL BECERRO**
**Sahuarita, AZ 85629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Paid but uncashed wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $494.94 |
|---|---|---|---|

**JAMES M DARRAGH III**
**3250 SUN CLOUD PLACE**
**Tucson, AZ 85718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,043.60 |
|---|---|---|---|

**JOE VINCENT FOTE**
**119 CRABBLE MILL DR**
**BLUFFTON, SC 29909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,816.31 |
|---|---|---|---|

**JOHN LYNCH & ASSOCIATES**
**6884 W BRILES RD**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,860.00 |
|---|---|---|---|

**KAN-DI-KI, LLC**
**c/o SCOTT WEINER**
**NUSSBAUM GILLIS & DINNER PC**
**14850 N. SCOTTSDALE RD STE 450**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Pending Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,499.47 |
|---|---|---|---|

**KARL STORZ ENDOSCOPY**
**2151 E GRAND AVE**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.19 |
|---|---|---|---|

**KCI USA INC**
**12930 W INTERSTATE 10**
**San Antonio, TX 78249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,800.00 |
|---|---|---|---|

**KIRBY FARNSWORTH DBA**
**SIMPLY DIRECT HEALTH**
**10609 W VIA MONTOYA DR**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,348.17 |
|---|---|---|---|

**LABSCO**
**1951 BISHOP LN**
**SUITE 300**
**Louisville, KY 40218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,043.66 |
|---|---|---|---|

**LANDAUER INC**
**2 SCIENCE RD**
**Glenwood, IL 60425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,694.08 |
|---|---|---|---|

**LARRY FOUNTAIN**
**MOUNTAIN VIEW RV RANCH**
**HCR 65 BOX 380**
**Tumacacori, AZ 85640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Paid but uncashed wages**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,510.40 |
|---|---|---|---|

**LEXMARK ENTERPRISE SOFTWARE**
**8900 RENNER BLVD**
**Lenexa, KS 66219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $221.70 |
|---|---|---|---|

**LOOMIS ARMORED US LLC**
**DEPT 0757**
**PO BOX 120001**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277,527.10 |
|---|---|---|---|

**M*MODAL SERVICES LTD**
**5000 MERIDIAN BLVD**
**SUITE 200**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,175.23 |
|---|---|---|---|

**MAQUET MEDICAL**
**SYSTEMS USA**
**45 BARBOUR POND DR**
**Wayne, NJ 07470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,217.17 |
|---|---|---|---|

**MARCELLA GONZALEZ**
**336 S PASEO LOBO #B**
**Green Valley, AZ 85614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Paid but uncashed wages**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $995.08 |
|---|---|---|---|

**MARIA ROBINSON**
**535S PASEO LAZO CIR**
**Green Valley, AZ 85614**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Paid but uncashed wages**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,304.65 |
|---|---|---|---|

**MASIMO AMERICAS INC**
**52 DISCOVERY**
**Irvine, CA 92618**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255,556.86 |
|---|---|---|---|

**MCA FINANCIAL GROUP LTD**
**4909 N 44TH ST**
**Phoenix, AZ 85018**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,280.00 |
|---|---|---|---|

**MCCONNELL ORTHOPEDIC**
**MANUFACTURING INC**
**2484 INTERSTATE 30 EAST**
**Greenville, TX 75402**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,020.80 |
|---|---|---|---|

**MCKESSON HEALTH SOLUTIONS**
**5995 WINDWARD PARKWAY**
**Alpharetta, GA 30005**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,251.66 |
|---|---|---|---|

**MCKESSON MEDICAL-SURGICAL**
**9954 MARYLAND DRIVE**
**SUITE 4000**
**RICHMOND, VA 23233**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,943.32 |
|---|---|---|---|

**MED ASSETS INC**
**PO BOX 405652**
**Atlanta, GA 30384**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,052.96 |
|---|---|---|---|

**MED ONE CAPITAL FUNDING LLC**
**10712 SOUTH 1300 EAST**
**Sandy, UT 84094**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Specified Equipment__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.73 |
|---|---|---|---|

**MEDI-DOSE INC**
**70 INDUSTRIAL DR**
**IVYLAND, PA 18974**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,245.09 |
|---|---|---|---|

**MEDICAL COMPONENTS INC**
**5570 W 1730S**
**SUITE 400**
**Salt Lake City, UT 84104**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.00 |
|---|---|---|---|

**MEDICAL DIAGNOSTIC**
**IMAGING GROUP**
**PO BOX 67641**
**Las Vegas, NV 89193**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,948.37 |
|---|---|---|---|

**MEDIVATORS INC**
**14605 28TH AVE NORTH**
**Minneapolis, MN 55447**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,582.90 |
|---|---|---|---|

**MEDLINE INDUSTRIES INC**
**ONE MEDLINE PL**
**Mundelein, IL 60060**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142,319.21 |
|---|---|---|---|

**MEDPARTNERS HIM**
**PO BOX 4729**
**Winter Park, FL 32793**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Case 4:17-bk-03351-SHG    Doc 93    Filed 04/20/17    Entered 04/20/17 14:28:19    Desc
Main Document    Page 34 of 53

                                                    Case number (if known)    **4:17-bk-03351**

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,569.42 |
|---|---|---|---|

**MEDTOX DIAGNOSTICS, INC**
**PO BOX 60575**
**Charlotte, NC 28260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $329.67 |
|---|---|---|---|

**MEDTRONIC USA**
**710 MEDTRONIC PARKWAY**
**Minneapolis, MN 55432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $559.67 |
|---|---|---|---|

**MELISSA LEON**
**6755 S PALIAMENT DR**
**Tucson, AZ 85756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Paid but uncashed wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275.74 |
|---|---|---|---|

**MERIT MEDICAL SYSTEMS INC**
**1600 W MERIT PARKWAY**
**South Jordan, UT 84095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,450.00 |
|---|---|---|---|

**MGS-MEDICAL GAS SRVCS INC**
**1733 W PARKSIDE LANE**
**SUITE B**
**Phoenix, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**MIDLAND FUNDING**
**8875 AERO DR, STE 200**
**San Diego, CA 92123**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,547.77 |
|---|---|---|---|

**MISSION LINEN & UNIFORM SVS**
**PO BOX 1299**
**Santa Barbara, CA 93102-1299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,677.41** |
| | **MOTOROLA SOLUTIONS INC**<br>**1301 E ALGONQUIN RD**<br>**Schaumburg, IL 60196** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$69.10** |
| | **NANCY HEDDEN**<br>**993 E BALDY SPRING PL**<br>**Green Valley, AZ 85614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,378.00** |
| | **NATIONAL RESEARCH CORP**<br>**1245 Q STREET**<br>**Lincoln, NE 68508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$445.04** |
| | **NAUGHTON'S CORP**<br>**1140 W PRINCE RD**<br>**Tucson, AZ 85705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,100.00** |
| | **NAVEX GLOBAL INC**<br>**6000 MEADOWS RD**<br>**SUITE 200**<br>**Lake Oswego, OR 97035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,980.00** |
| | **NIMS INC**<br>**708 W VUELTA BURIL**<br>**Sahuarita, AZ 85629** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$169,942.95** |
| | **NORTHWEST MEDICAL CENTER/**<br>**SHARED SERVICE CENTER**<br>**PO BOX 848444**<br>**Dallas, TX 75284-7226** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,734.54 |
|---|---|---|---|

**NTHRIVE INC**
**200 NORTH POINT CENTER EAST**
**SUITE 600**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,464.13 |
|---|---|---|---|

**OEC MEDICAL SYSTEMS INC**
**2984 COLLECTIONS CENTER DR**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,389.89 |
|---|---|---|---|

**OLYMPUS AMERICA INC**
**DBA OLYMPUS FINANCIAL SVCS**
**PO BOX 200183**
**Pittsburgh, PA 15251-0183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,847.90 |
|---|---|---|---|

**PATHLAB INC**
**77 CALLE PORTAL**
**SUITE B260-A**
**Sierra Vista, AZ 85635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**PATRICIA BRUNER**
**4895 S GLORIA VIEW CT**
**Green Valley, AZ 85622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $647.80 |
|---|---|---|---|

**PAYFLEX / AETNA CONSUMER**
**FINANCIAL SOLUTIONS (ACFS)**
**10802 FARNAM DR, STE 100**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.63 |
|---|---|---|---|

**PDC HEALTHCARE**
**27770 N ENTERTAINMENT DR**
**SUITE 200**
**Valencia, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,814.35** |

**PHILIPS HEALTHCARE**
**C/O CORPORATE TAX DEPT**
**3000 MINUTEMAN RD**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$56,746.22** |

**PHOENIX METRO ACUTES /**
**FRESENIUS MEDICAL CARE**
**1940 LODGE RD**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$246.00** |

**PIMA COUNTY HEALTH DEPT /**
**3950 S COUNTRY CLUB RD**
**SUITE 2301**
**Tucson, AZ 85714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$305,000.00** |

**PIMA HEART PHYSICIANS PC**
**3375 N CAMPBELL AVE**
**Tucson, AZ 85719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$422,520.00** |

**PIMA VASCULAR PHYSICIANS**
**3375 N CAMPBELL**
**Tucson, AZ 85719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$186,487.02** |

**PROSCRIBE LLC**
**16414 SAN PEDRO**
**SUITE 525**
**San Antonio, TX 78232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$259,980.00** |

**PULMONARY ASSOC OF STHN**
**ARIZONA / PASA**
**1951 N WILMOT RD, BUILDING 4**
**Tucson, AZ 85712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,235.50 |
|---|---|---|---|

**QUARLES & BRADY LLP**
**TWO NORTH CENTRAL AVENUE**
**Phoenix, AZ 85004-2391**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,595.86 |
|---|---|---|---|

**QUEST HEALTHCARE SOLUTIONS LLC**
**6 CONCOURSE PARKWAY**
**SUITE 2250**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RESURGENT CAPITAL SERVICES**
**3817 S ELMWOOD AVE**
**Sioux Falls, SD 57105**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,570.17 |
|---|---|---|---|

**RHINO MEDICAL SERVICES**
**2000 E LAMAR BLVD**
**SUITE 250**
**Arlington, TX 76006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,635.95 |
|---|---|---|---|

**RICHARD WOLF MEDICAL**
**INSTRUMENTS CORP**
**353 CORPORATE WOODS PKWY**
**Vernon Hills, IL 60061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,866.14 |
|---|---|---|---|

**RYAN LLC**
**PO BOX 848351**
**Dallas, TX 75284-8351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298.50 |
|---|---|---|---|

**SAFETY COMPLIANCE**
**PUBLICATION INC**
**3600 S STATE RD 7, SUITE 204**
**Hollywood, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $181.16 |

**SALT WORKS**
**PO BOX 22273**
**Mesa, AZ 85277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |

**SCHMIDT WESTERGARD & CO PLLC**
**77 WEST UNIVERSITY DRIVE**
**Mesa, AZ 85201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,052.08 |

**SEAMLESS CARE INC**
**1040 NORTHGATE STREET**
**SUITE B**
**Riverside, CA 92507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $224.47 |

**SHEILA FLAVIN**
**5769 W MIDNIGHT CHORUS RD**
**Tucson, AZ 85735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Paid but uncashed wages**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,062.50 |

**SHUFELDT CONSULTING LLC**
**7332 BUTHERUS #1**
**HANGER 1**
**Scottsdale, AZ 85267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,323.57 |

**SIEMENS HEALTHCARE**
**DIAGNOSTICS**
**511 BENEDICT AVE**
**Tarrytown, NY 10591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,181.87 |

**SKYTRON**
**5085 CORPORATE EXCHANGE**
**BLVD SE**
**Grand Rapids, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case 4:17-bk-03351-SHG    Doc 93    Filed 04/20/17    Entered 04/20/17 14:28:19    Desc
Main Document    Page 40 of 53

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,697.90 |
|---|---|---|---|

**SMITH & NEPHEW ORTHO**
**PO BOX 933782**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,995.25 |
|---|---|---|---|

**SMITH'S MEDICAL ASD INC**
**10 BOWMAN DR**
**Keene, NH 03431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96,986.85 |
|---|---|---|---|

**SONORA QUEST LABORATORIES LLC**
**1255 W WASHINGTON ST**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,800.38 |
|---|---|---|---|

**SOUTHERN AZ ANESTHESIA**
**SERVICES PC**
**3390 N CAMPBELL AVE, SUITE 110**
**Tucson, AZ 85719**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,300.00 |
|---|---|---|---|

**SOUTHERN AZ GASTROENTEROLOGY**
**395 N SILVERBELL**
**SUITE 255**
**Tucson, AZ 85745**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104.48 |
|---|---|---|---|

**SOUTHWEST ACCESS & VIDEO**
**5155 EAST WASHINGTON ST**
**Phoenix, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135,000.00 |
|---|---|---|---|

**SOUTHWEST GAS CORP**
**5241  SPRING MOUNTAIN ROAD**
**Las Vegas, NV 89150-0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 4:17-bk-03351-SHG    Doc 93    Filed 04/20/17    Entered 04/20/17 14:28:19    Desc
Main Document      Page 41 of 53

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**SSB SOLUTIONS INC**
**1 PELICAN HILL CIRCLE**
**Newport Coast, CA 92657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,100.00 |
|---|---|---|---|

**ST JUDE MEDICAL SC INC**
**ONE ST JUDE MEDICAL DRIVE**
**Saint Paul, MN 55117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,980.48 |
|---|---|---|---|

**STANLEY INNERSPACE HEALTHCARE**
**130 TURNER ST**
**BUILDING 3**
**Waltham, MA 02453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,275.22 |
|---|---|---|---|

**STAPLES ADVANTAGE**
**DEPT LA**
**PO BOX 83689**
**Chicago, IL 60696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,531.31 |
|---|---|---|---|

**STERIS CORP**
**5960 HEISLEY RD**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,540.19 |
|---|---|---|---|

**STRYKER ENDOSCOPY**
**5900 OPTICAL CT**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,587.02 |
|---|---|---|---|

**STRYKER ORTHOPAEDICS**
**9015 E PIMA CENTER PKWY**
**SUITE 3**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,952.05 |
|---|---|---|---|

**SYSMEX AMERICA INC**
**577 APTAKISIC ROAD**
**Lincolnshire, IL 60069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $388.30 |
|---|---|---|---|

**TAMI FRANK**
**15082 S THEODORE ROOSEVELT**
**WAY**
**Sahuarita, AZ 85629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Paid but uncashed wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,549.86 |
|---|---|---|---|

**TCR - TOTAL CREDIT**
**RECOVERY**
**8668 SPRING MOUNTAIN**
**Las Vegas, NV 89117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,551.43 |
|---|---|---|---|

**TD INDUSTRIES INC**
**PO BOX 300008**
**Dallas, TX 75303-0008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,648.85 |
|---|---|---|---|

**TELEFLEX MEDICAL**
**550 E SWEDESFORD ROAD**
**SUITE 400**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.45 |
|---|---|---|---|

**TERUMO MEDICAL CORP**
**2101 COTTONTAIL LANE**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.76 |
|---|---|---|---|

**THOMAS DURHAM**
**8867 E 27TH PLACE**
**Tucson, AZ 85710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Paid but uncashed wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**3.209**

Nonpriority creditor's name and mailing address
**THYSSENKRUPP ELEVATOR CORP**
**PO BOX 933004**
**Atlanta, GA 31193**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$231.00**

---

**3.210**

Nonpriority creditor's name and mailing address
**TITAN HEALTH MGMT SOLUTIONS INC**
**2500 N PANTANO RD**
**SUITE 120**
**Tucson, AZ 85715**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$104,705.00**

---

**3.211**

Nonpriority creditor's name and mailing address
**TODD ASSOCIATES INC**
**23825 COMMERCE PARK**
**SUITE A**
**Beachwood, OH 44122**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,100.00**

---

**3.212**

Nonpriority creditor's name and mailing address
**TORNIER INC**
**10801 NESBITT AVE SOUTH**
**Minneapolis, MN 55437**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$93,993.22**

---

**3.213**

Nonpriority creditor's name and mailing address
**TRE REIMBURSEMENT**
**CONSULTING INC**
**2008 E PALMAIRE AVE**
**Phoenix, AZ 85020**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$7,655.89**

---

**3.214**

Nonpriority creditor's name and mailing address
**TRISTAN T BERRY**
**5740 N CAMINO PADRE ISIDORO**
**Tucson, AZ 85718**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

**3.215**

Nonpriority creditor's name and mailing address
**TUCSON ELECTRIC POWER**
**PO BOX 3033**
**Tucson, AZ 85702-3033**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$179,793.33**

---

Case 4:17-bk-03351-SHG    Doc 93    Filed 04/20/17    Entered 04/20/17 14:28:19    Desc
Main Document    Page 44 of 53

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,000.00 |
|---|---|---|---|

**TUCSON ORTHOPAEDIC INSTITUTE PC**
PO BOX 31630
Tucson, AZ 85751

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 |
|---|---|---|---|

**TUCSON PRESSURE WASHING LLC**
4237 W DIAMOND BUTTE CT
Tucson, AZ 85745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**TZ MEDICAL INC**
17750 SW UPPER BOONES FERRY RD
SUITE 150
Portland, OR 97224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,858.50 |
|---|---|---|---|

**UHS - UNIVERSAL HEALTH SRVCS**
6625 WEST 78TH STREET
SUITE 300
Minneapolis, MN 55439

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.43 |
|---|---|---|---|

**UNITED BEVERAGE GAS**
4550 S COUNTRY CLUB
Tucson, AZ 85714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,300.00 |
|---|---|---|---|

**UNITED FIRE EQUIPMENT CO**
355 N 4TH AVE
Tucson, AZ 85705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,116.50 |
|---|---|---|---|

**UNIVERSAL BACKGROUND SCREENING**
PO BOX 5920
Scottsdale, AZ 85261

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 4:17-bk-03351-SHG    Doc 93    Filed 04/20/17    Entered 04/20/17 14:28:19    Desc
Main Document    Page 45 of 53

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,146.96 |
|---|---|---|---|

**US BANK EQUIPMENT FINANCE**
**1310 MADRID ST**
**SUITE 101**
**Marshall, MN 56258**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $554.54 |
|---|---|---|---|

**VAGABOND INN EXECUTIVE**
**19200 S 1-19 FRONTAGE RD**
**Green Valley, AZ 85614**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $963.44 |
|---|---|---|---|

**VASCULAR SOLUTIONS INC**
**6464 SYCAMORE COURT NORTH**
**Osseo, MN 55369**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,696.71 |
|---|---|---|---|

**VERTICAL COMMUNICATIONS**
**3900 FREEDOM CIRCLE, STE 110**
**Santa Clara, CA 95054**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $929.18 |
|---|---|---|---|

**WASTE MGMT OF ARIZONA**
**TUCSON HAULING**
**1001 FANNIN, SUITE 4000**
**Houston, TX 77055**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $490.76 |
|---|---|---|---|

**WASTE MGMT PHOENIX**
**COLLECTIONS**
**PO BOX 660345**
**Dallas, TX 75266**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,290.11 |
|---|---|---|---|

**WAXIE SANITARY SUPPLY**
**PO BOX 60227**
**Los Angeles, CA 90060-0227**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,815.00 |
|---|---|---|---|

**WESTERN STATES FIRE PROTECTION**
**4346 E ELWOOD ST**
**SUITE 100**
**Phoenix, AZ 85040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,595.00 |
|---|---|---|---|

**XS SUPPLY LLC**
**10360 72ND STREET**
**UNIT 820**
**Seminole, FL 33777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $18,890.65 |
|---|---|---|---|

**ZIMMER SOUTHWEST INC**
**8455 N 90TH STREET**
**SUITE 150-116**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $4,265.00 |
|---|---|---|---|

**ZOHO CORP - MANAGE ENGINE**
**4141 HACIENDA DR**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,134.46 |
|---|---|---|---|

**ZOLL MEDICAL CORPORATION**
**269 MILL ROAD**
**Chelmsford, MA 01824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:  List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **DAVID WANGER**<br>**C/O JASON PRITCHETT, ESQ.**<br>**THE PRITCHETT LAW FIRM, PLLC**<br>**8753 E BELL RD, STE 110**<br>**Scottsdale, AZ 85260** | Line  **3.66**<br><br>☐ Not listed. Explain _____ | _ |
| 4.2 | **HUMAN CAPITAL SELECT**<br>**C/O LAURA B MACNEEL ESQ**<br>**5930 CORNERSTONE COURT W**<br>**STE 30**<br>**San Diego, CA 92121** | Line  **3.104**<br><br>☐ Not listed. Explain _____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **KAN-DI-KI, LLC**<br>**3230 E BROADWAY RD., STE 100**<br>**Phoenix, AZ 85040** | Line **3.120**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **NORIDIAN HEALTHCARE**<br>**SOLUTIONS LLC**<br>**PO BOX 6731**<br>**FARGO, ND 68108-6731** | Line **3.51**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,969,911.20 |
| 5b. Total claims from Part 2 | 5b. + | $ | 11,169,623.96 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 13,139,535.16 |

Fill in this information to identify the case:

Debtor name    **GV Hospital Management, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    **4:17-bk-03351**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Prime Vendor Agreement for Drug Purchases** | |
| State the term remaining — 04/30/18 | **Amerisourcebergen** **228 Washington Street** **Conshohocken, PA 19428** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Medical Director Services Agreement** | |
| State the term remaining — 05/14/18 | **Anil Prasad Rama Rao** **Foothills Pathology PC** **6200 N. La Cholla Blvd** **Tucson, AZ 85741** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Orthopedic Surgery On-Call Agreement** | |
| State the term remaining — 11/01/17 | **Arizona Community Surgeons, PC** **4539 East Fort Lowell Rd.** **Tucson, AZ 85712** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **DNV GL Management System Certification Agreement** | |
| State the term remaining — 01/30/18 | **DVNGL** **1400 Ravello Drive** **Katy, TX 77449** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**General Surgery On-Call Agreement**

State the term remaining **05/09/18**

List the contract number of any government contract

**ER Surgical Srvcs. of Arizona**
**4539 E. Fort Lowell**
**Tucson, AZ 85712**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

**BBVA Agreement**

State the term remaining **active until terminated**

List the contract number of any government contract

**First Data Merchant Services**
**Unknown**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

**Medical Director Services Agreement**

State the term remaining **05/14/18**

List the contract number of any government contract

**Foothills Pathology PC**
**6200 N. La Cholla Blvd.**
**Tucson, AZ 85740**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

**Pathology Services Agreement**

State the term remaining **05/14/18**

List the contract number of any government contract

**Foothills Pathology PC**
**6200 N. La Cholla Blvd.**
**Tucson, AZ 85741**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

**Medical Director Services Agreement**

State the term remaining **04/30/16**

List the contract number of any government contract

**Ironwood Gastroenterology**
**1953 W. Grant Rd.**
**Tucson, AZ 85745**

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

**Service Agreement for Patient Identity Verification**

State the term remaining **07/01/15 or 30-day notice**

List the contract number of any

**Search America**
**6450 Wedgwood Road**
**Maple Grove, MN 55311**

Case 4:17-bk-03351-SHG    Doc 93    Filed 04/20/17    Entered 04/20/17 14:28:19    Desc
Main Document    Page 50 of 53



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Gastroenterology Service Agreement** | |
|---|---|---|---|
| | State the term remaining | 12/31/17 | **Southern Arizona Gastroenterology Assoc., PLLC 1701 W. St. Mary's Rd. Tucson, AZ 85745** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Anesthesia On-Call Agreement** | |
|---|---|---|---|
| | State the term remaining | 05/17/16 | **Southern AZ Anesthesia Srvcs. 3390 N. Campbell Tucson, AZ 85713** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Anesthesia Services Agreement** | |
|---|---|---|---|
| | State the term remaining | 05/17/16 | **Southern AZ Anesthesia Srvcs. 3390 N. Campbell Tucson, AZ 85714** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Director Services Agreement** | |
|---|---|---|---|
| | State the term remaining | 05/10/16 | **Southern AZ Anesthesia Srvcs. 3390 N. Campbell Tucson, AZ 85715** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Urology On-Call Agreement** | |
|---|---|---|---|
| | State the term remaining | 04/05/17 | **Tristan T. Berry El Dorado & Prostate Center 1100 N. El Dorado Place Tucson, AZ 85715** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Orthopedic Surgery On-Call Agreement** | **Tucson Orthopedic Institute 333 W. Wetmore, Suite 305 Tucson, AZ 85705** |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| | State the term remaining | **01/16/18** | |
| --- | --- | --- | --- |
| | List the contract number of any government contract | _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Universal Background Screening Agreement** | |
| --- | --- | --- | --- |
| | State the term remaining | **No term** | **Universal Background Screening** <br> **7720 North 16th Street** <br> **Suite 200** <br> **Phoenix, AZ 85020** |
| | List the contract number of any government contract | _____ | |

**Fill in this information to identify the case:**

Debtor name    **GV Hospital Management, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    **4:17-bk-03351**

☐ Check if this is an
     amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Green Valley Hospital, LLC** | **4455 S. I-19 Frontage Rd. Green Valley, AZ 85622** | **GREEN VALLEY MED INVESTMENTS** | ■ D   **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Green Valley Hospital, LLC** | **4455 S. I-19 Frontage Rd. Green Valley, AZ 85622** | **CARDINAL HEALTH** | ☐ D _____ <br> ■ E/F   **3.46** <br> ☐ G _____ |
| 2.3 | **Green Valley Hospital, LLC** | **4455 S. I-19 Frontage Rd. Green Valley, AZ 85622** | **ARTEMIS REALTY CAPITAL ADVISOR** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |

Case 4:17-bk-03351-SHG    Doc 93    Filed 04/20/17    Entered 04/20/17 14:28:19    Desc
Main Document     Page 53 of 53