**FORRESTER & WORTH, PLLC**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012
602.258.2729—MAIN
602.271.4300—FAX
S. CARY FORRESTER (006342)
JOHN R. WORTH (012950)
SCF@FORRESTERANDWORTH.COM
JRW@FORRESTERANDWORTH.COM

COUNSEL FOR THE DEBTOR

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**GV HOSPITAL MANAGEMENT, LLC**,<br><br>Debtor. | Chapter 11<br><br>Jointly Administered<br><br>Case Nos.: 4:17-bk-03351<br> 4:17-bk-03353; and<br> 4:17-bk-03354 |
| In re:<br><br>**GREEN VALLEY HOSPITAL, LLC**,<br><br>Debtor. | |
| In re:<br><br>**GV II HOLDINGS, LLC,**<br><br>Debtor. | **NOTICE OF FILING AMENDED SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS** |
| THIS FILING APPLIES TO:<br><br>☐ ALL DEBTORS<br><br>☐ GREEN VALLEY HOSPITAL, LLC<br><br>☒ GV HOSPITAL MANAGEMENT, LLC<br><br>☐ GVII HOLDINGS, LLC | |

**NOTICE IS HEREBY GIVEN** that Debtor GV Hospital Management, LLC, by and through its undersigned counsel, has filed amended Schedules D, E and F as set forth in Exhibit "A" and an amended Statement of Financial Affairs as set forth in Exhibit "B". The Schedules are being amended, at the request of the United

States Trustee's Office, to indicate the date on which each debt was incurred and the nature of the debt, and to indicate the quarters for which unpaid taxes are owing. Such information is provided to the extent known by Debtor. The Statement of Financial Affairs is being amended to indicate (a) in item #3.1, the dollar amount of the payments made in the preference period, (b) in item #7, the nature of each lawsuit and other proceeding pending at the time of the bankruptcy filing, (c) in item #26, an omitted entity that maintained Debtor's books and records within two years of the bankruptcy filing, and (d) in item #30, to correct the total compensation paid to Debtor's CEO within one year of the bankruptcy filing.

Dated May 10, 2017.

**FORRESTER & WORTH, PLLC**

/s/ SCF (006342)
S. Cary Forrester
John R. Worth
Counsel for the Debtor

Copy of the foregoing emailed or mailed on May 10, 2017, to the following:

Dean Dinner
Nussbaum Gillis Dinner
14850 N. Scottsdale Rd. #450
Scottsdale AZ 85254
ddinner@ngdlaw.com

Genevieve G. Weiner
Samuel A. Newman
Gibson Dunn & Crutcher LLP
333 S Grand Ave.
Los Angeles CA 90071-3197
GWeiner@gibsondunn.com
SNewman@gibsondunn.com

Larry Watson
Renee Sandler Shamblin
Office of the U.S. Trustee
230 N. Central Ave. #204
Phoenix, AZ 85003
larry.watson@usdoj.gov
Renee.S.Shamblin@usdoj.gov

Robert A. Shull
William Novotny
Dickinson Wright PLLC
1850 N. Central Ave. # 1400
Phoenix AZ 85004
RShull@dickinsonwright.com
wnovotny@dickinsonwright.com

Steven Berger
Patrick Clisham
Engelman Berger P.C.
3636 N Central Ave. #700
Phoenix AZ 85012
snb@eblawyers.com
pac@eblawyers.com

Steven D. Jerome
Snell & Wilmer
One Arizona Center
400 E Van Buren
Phoenix AZ 85004-2202
sjerome@swlaw.com

Jonathan M. Saffer
Jill H. Perrella
Snell & Wilmer L.L.P.
1 S. Church Ave. #1500
Tucson, AZ 85701-1630
jmsaffer@swlaw.com
jperrella@swlaw.com

Kelly Singer
Squire Patton Boggs (US) LP
1 East Washington, Suite 2700
Phoenix AZ 85004-4498
Kelly.singer@gibsondunn.com

Jody A. Corrales, Esq.
Deconcini McDonald Yetwin & Lacy, P.C.
2525 E. Broadway Blvd., Suite 200
Tucson, Arizona 85716-5300
jcorrales@dmyl.com

Alisa Lacey
Stinson Leonard Street LLP
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Alisa.lacey@stinsonleonard.com

Michael R. Johnson
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
mjohnson@rqn.com

Julia L. Matter
Pima County Attorney's Office, Civil Division
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Julia.Matter@pcao.pima.gov
pcaocvbk@pcao.pima.gov

Law Offices Of K. Kenneth Kotler
K. Kenneth Kotler
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067
kotler@kenkotler.com

Lori Purkey, Esq.
Purkey & Associates, PLC
5050 Cascade Rd., SE, Ste. A
Grand Rapids, MI 49546
purkey@purkeyandassociates.com

Steven M. Cox, Esq.
Waterfall Economidis Caldwell
Hanshaw & Villamana, P.C.
5210 E. Williams Circle, Suite 800
Tucson, Arizona 85711
smcox@waterfallattorneys.com

Susan N. Goodman
Mesch Clark Rothschild
259 N. Meyer Avenue
Tucson, AZ 85701-1090
sgoodman@mcrazlaw.com
ecfbk@mcrazlaw.com

Jill M. Hulsizer
AB Staffing Solutions, LLC
3451 S, Mercy Rd., Ste. 102
Gilbert, AZ 85297
JHulsizer@ABstaffing.com


/s/ Matthew Burns
Matthew Burns

4

# EXHIBIT A

5

Case 4:17-bk-03351-SHG    Doc 140    Filed 05/10/17    Entered 05/10/17 16:41:15    Desc
Main Document      Page 5 of 75

■ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1 ARTEMIS REALTY CAPITAL ADVISOR**
Creditor's Name

**2525 EAST CAMELBACK ROAD**
**Phoenix, AZ 85016**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/29/16**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Hospital, Hospital Improvements, Land, Land Improvements**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$8,868,352.00**    Value of collateral: **$47,400,000.00**

---

**2.2 GREEN VALLEY MED INVESTMENTS**
Creditor's Name

**2111 E HIGHLAND AVE**
**Phoenix, AZ 85016**
Creditor's mailing address

**kyle.walker@greencardfund.com**
Creditor's email address, if known

**Date debt was incurred**
**1/10/12**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Hospital, Hospital Improvements, Land, Land Improvements, and all other assets**

**Describe the lien**
**Junior Deed of Trust and UCC Security Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$64,187,011.70**    Value of collateral: **$52,438,644.00**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 4:17-bk-03351-SHG    Doc 140    Filed 05/10/17    Entered 05/10/17 16:41:15    Desc
Main Document    Page 6 of 75

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **SCM SPECIALTY FINANCE OPPORTUN** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**

**Accounts Receivable**

$2,086,735.00    $3,095,388.00

**2 GREENWICH PLAZA**
**Greenwich, CT 06830**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**
**1/9/15**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $75,142,098.70 |
|---|---|---|

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor name **GV Hospital Management, LLC**

United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**

Case number (if known) **4:17-bk-03351**

■ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $170,630.22 | $170,630.22 |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim **$170,630.22** | Priority amount **$170,630.22** |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**ARIZONA DEPT OF REVENUE**
**1600 W MONROE ST**
**Phoenix, AZ 85007-2650**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$170,630.22**   Priority amount **$170,630.22**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**2.2** Priority creditor's name and mailing address
**INTERNAL REVENUE SERVICE /**
**UNITED STATES TREASURY**
**Cincinnati, OH 45999-0039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,905,543.13**   **$1,905,543.13**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Part 2:**     List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

Case 4:17-bk-03351-SHG    Doc 140    Filed 05/10/17    Entered 05/10/17 16:41:15    Desc
Main Document        Page 8 of 75

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$917.72**

**AAF INTERNATIONAL**
**9920 CORPORATE CAMPUS DRIVE**
**SUITE 2200**
**LOUISVILLE, KY 42235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/20/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **6203**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$93.55**

**AARON SAXTON**
**2575 W. CRISWELL CT**
**Tucson, AZ 85745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/11/2017**

Basis for the claim:  **Paid but uncashed wages**

Last 4 digits of account number  **4142**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,546.62**

**AB STAFFING SOLUTIONS**
**3451 S MERCY RD, STE 102**
**Gilbert, AZ 85297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,606.78**

**ABBOTT LABORATORIES**
**POINT OF CARE**
**100 ABBOTT PARK ROAD**
**North Chicago, IL 60064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/01/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **6335**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$144.36**

**ABBOTT LABORATORIES INC**
**ABBOT NUTRITION**
**75 REMITTANCE DRIVE, STE 1310**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/09/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **0993**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,032.08**

**ABBOTT VASCULAR INC**
**42301 ZEVO DR**
**PO BOX 90118**
**Temecula, CA 92589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/03/2017-03/16/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **8526**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,709.80**

**ABILITY NETWORK INC**
**100 NORTH 6TH STREET**
**SUITE 900A**
**Minneapolis, MN 55403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/22/2017-03/23/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **3557**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$510.00** |
|---|---|---|---|

**ACCENT**
PO BOX 952366
Saint Louis, MO 63195

Date(s) debt was incurred  03/23/2017

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$899.97** |
|---|---|---|---|

**ADP COMMERICAL LEASING LLC**
**ONE ADP BLVD**
Roseland, NJ 07068

Date(s) debt was incurred  02/28/2017

Last 4 digits of account number  6148

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,346.87** |
|---|---|---|---|

**ADP LLC**
**ONE ADP DRIVE**
**MAIL STOP 433**
Roseland, NJ 07068

Date(s) debt was incurred  02/23/2017-03/17/2017

Last 4 digits of account number  6141

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,191.98** |
|---|---|---|---|

**AESCULAP INC**
**824 12TH AVE**
Bethlehem, PA 18018

Date(s) debt was incurred  07/10/2015-01/12/2016

Last 4 digits of account number  3698

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$231,450.27** |
|---|---|---|---|

**AETNA FUNDING ADVANTAGE**
**DEPARTMENT F953**
**2850 SHADELANDS DR, STE 200**
Walnut Creek, CA 94598

Date(s) debt was incurred  03/15/2017-03/23/2017

Last 4 digits of account number  3297

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,474.60** |
|---|---|---|---|

**AFCO CREDIT CORPORATION**
**AND MARSH USA INC**
**14 WALL ST, STE 8A-19**
New York, NY 10005

Date(s) debt was incurred  03/10/2017

Last 4 digits of account number  4533

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,404.20** |
|---|---|---|---|

**AFLAC**
**1932 WYNNTON RD**
Columbus, GA 31999

Date(s) debt was incurred  03/23/2017

Last 4 digits of account number  NT48

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 4:17-bk-03351-SHG    Doc 140    Filed 05/10/17    Entered 05/10/17 16:41:15    Desc
Main Document    Page 10 of 75

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | $4,375.03 |

**AIRGAS INC DBA AIRGAS USA LLC**
**PO BOX 7423**
**Pasadena, CA 91109-7423**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/17/2017-03/21/2017

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  3914

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | $65,900.00 |

**AKASH TAGGARSE**
**1521 E TANGERINE RD**
**SUITE 329**
**ORO VALLEY, AZ 85755**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/28/2017-03/14/2017

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | $876.43 |

**ALECIA BROWN**
**1099 W CALLE DEL LIBRO DORADO**
**Sahuarita, AZ 85629**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/05/2016-12/31/2016

Basis for the claim:  **Paid but uncashed wages**

Last 4 digits of account number  6976

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | $17,153.00 |

**AMERICAN RED CROSS**
**2025 E STREET, NW**
**Washington, DC 20006-5009**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/21/2017-03/21/2014

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  0089

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | $24,207.98 |

**AMERISOURCE BERGEN**
**DRUG CORP**
**PO BOX 959**
**Valley Forge, PA 19481-0959**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/20/2017-03/24/2017

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  3631

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | $910.08 |

**APPLEONE EMPLOYMENT SVCS**
**327 W BROADWAY**
**Glendale, CA 91204**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/22/2014

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  4468

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | $779.84 |

**APPLIED MEDICAL DISTRIBUTION**
**22872 AVENIDA EMPRESA**
**Rancho Santa Margarita, CA 92688**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/27/2017

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  6264

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600,000.00** |
|---|---|---|---|

**ARIZONA HEALTH CARE COST CONTAINMENT SYSTEM ADMIN**
**801 E JEFFERSON ST**
**Phoenix, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1st 3 quarters fy 2017__

Last 4 digits of account number __

Basis for the claim:  __Unpaid AHCCCS assessment__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,613.17** |
|---|---|---|---|

**ARTHREX INC**
**1370 CREEKSIDE BLVD**
**Naples, FL 34108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __03/08/2016-06/08/2016__

Last 4 digits of account number __1879__

Basis for the claim:  __Unpaid Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,381.90** |
|---|---|---|---|

**ASPEN SURGICAL**
**6945 SOUTHBELT DRIVE SE**
**Caledonia, MI 49316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __07/25/2016__

Last 4 digits of account number __8652__

Basis for the claim:  __Unpaid Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$162,600.00** |
|---|---|---|---|

**AZ INPATIENT MEDICINE ASSOC**
**7383 E TANQUE VERDE RD**
**Tucson, AZ 85715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/31/2016-10/03/2017__

Last 4 digits of account number __

Basis for the claim:  __Unpaid Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,000.00** |
|---|---|---|---|

**AZDHS**
**Bureau of Med. Facilities Lic.**
**150 N 18th Ave., Ste. 450**
**Phoenix, AZ 85007**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Unpaid Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,751.35** |
|---|---|---|---|

**BANNER HEALTH / ENTECH**
**7300 W DETROIT ST**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __09/23/2015-02/26/2017__

Last 4 digits of account number __6145__

Basis for the claim:  __Unpaid Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11.50** |
|---|---|---|---|

**BARBARA AMYX**
**6454 S. ABREGO DR**
**Green Valley, AZ 85614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __03/21/2017__

Last 4 digits of account number __

Basis for the claim:  __Unpaid Vendor__

Is the claim subject to offset? ■ No ☐ Yes

Case 4:17-bk-03351-SHG    Doc 140    Filed 05/10/17    Entered 05/10/17 16:41:15    Desc
Main Document    Page 12 of 75

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$44,553.13** |
|---|---|---|---|
| | **BARD**<br>**8195 INDUSTRIAL BLVD**<br>**Covington, GA 30014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Unpaid Vendor | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$46,389.41** |
|---|---|---|---|
| | **BARD MEDICAL DIVISION**<br>**8195 INDUSTRIAL BLVD**<br>**Covington, GA 30014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 06/24/2015-03/07/2016 | **Basis for the claim:** Unpaid Vendor | |
| | Last 4 digits of account number 9540 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,060.18** |
|---|---|---|---|
| | **BAXTER HEALTHCARE CORP**<br>**ONE BAXTER PARKWAY**<br>**Deerfield, IL 60015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 11/13/2015-02/25/2017 | **Basis for the claim:** Unpaid Vendor | |
| | Last 4 digits of account number 6523 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$45,233.65** |
|---|---|---|---|
| | **BELTMANN INTG. LOGISTICS**<br>**2480 LONG LAKE ROAD**<br>**ROSEVILLE, MN 55113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 06/07/2015 | **Basis for the claim:** Unpaid Vendor | |
| | Last 4 digits of account number 0779 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,228.65** |
|---|---|---|---|
| | **BERKSHIRE HATHAWAY**<br>**HOMESTATE COMPANIES**<br>**1314 DOUGLAS STREET**<br>**Omaha, NE 68102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 03/09/2017 | **Basis for the claim:** Unpaid Vendor | |
| | Last 4 digits of account number 7840 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,480.56** |
|---|---|---|---|
| | **BEST WESTERN**<br>**GREEN VALLEY INN**<br>**111 S LA CANADA DR**<br>**Green Valley, AZ 85614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 02/22/2017-03/20/2017 | **Basis for the claim:** Unpaid Vendor | |
| | Last 4 digits of account number 100 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$280,792.91** |
|---|---|---|---|
| | **BETH FORD**<br>**PIMA COUNTY TREASURER**<br>**PO BOX 29011**<br>**Phoenix, AZ 85038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 09/25/2015-09/26/2016 | **Basis for the claim:** Unpaid Vendor | |
| | Last 4 digits of account number 047D | Is the claim subject to offset? ■ No ☐ Yes | |

Case 4:17-bk-03351-SHG   Doc 140   Filed 05/10/17   Entered 05/10/17 16:41:15   Desc
Main Document     Page 13 of 75

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$153.00** |

**BILLS HOME SERVICE**
**251 W DUVAL RD**
**Green Valley, AZ 85614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/01/2017**

Basis for the claim: **Unpaid Vendor**

Last 4 digits of account number **3951**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,540.92** |

**BIO-RAD LABORATORIES INC**
**1000 ALFRED NOBEL DR**
**Hercules, CA 94547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/28/2017-03/03/2017**

Basis for the claim: **Unpaid Vendor**

Last 4 digits of account number **0318**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$52,872.67** |

**BIOMET INC**
**56 E BELL DR**
**PO BOX 587**
**Warsaw, IL 46581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **01/19/2016-06/10/2016**

Basis for the claim: **Unpaid Vendor**

Last 4 digits of account number **5010**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$65,907.50** |

**BIOTRONIK INC**
**6024 JEAN ROAD**
**Lake Oswego, OR 97035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **01/19/2016-06/10/2016**

Basis for the claim: **Unpaid Vendor**

Last 4 digits of account number **6935**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,552.45** |

**BOSTON SCIENTIFIC CORP**
**PO BOX 951653**
**Dallas, TX 75395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/01/2017-03/13/2017**

Basis for the claim: **Unpaid Vendor**

Last 4 digits of account number **1663**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,256.50** |

**BRACCO DIAGNOSTICS INC**
**259 PROSPECT PLAINS ROAD**
**BUILDING H**
**Monroe Township, NJ 08831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/17/2017**

Basis for the claim: **Unpaid Vendor**

Last 4 digits of account number **3442**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,950.00** |

**BRANDI BRIDE**
**5750 N TARANTULA TRAIL**
**Tucson, AZ 85743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/01/2017-03/20/2017**

Basis for the claim: **Unpaid Vendor**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.72 |

**BRIAN BONILLA**
**5781 S LADYSLIPPER PLACE**
**Tucson, AZ 85747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/25/2017**

Basis for the claim:  **Paid but uncashed wages**

Last 4 digits of account number  **2754**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.75 |

**BRYAN MORAN**
**5714 HOLMES ST**
**Tucson, AZ 85711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/25/2017**

Basis for the claim:  **Paid but uncashed wages**

Last 4 digits of account number  **7223**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.68 |

**CACTUS BAY APPAREL**
**1960 W NORTH LANE**
**Phoenix, AZ 85021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/21/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **6570**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,439.19 |

**CARDINAL HEALTH**
**7000 CARDINAL PLACE**
**Dublin, OH 43017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/04/2015-03/03/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **9386**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.31 |

**CAREFUSION 211 INC**
**PO BOX 87022**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/06/2017-03/15/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **5059**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153,134.52 |

**CAREFUSION SOLUTIONS 2200**
**PYXIS PRODUCTS**
**25082 NETWORK PLACE**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/02/2015-09/18/2016**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **5059**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.67 |

**CARLOS GONZALEZ**
**4246 W CALLE DON CLEMENTE**
**Tucson, AZ 85746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/01/2017**

Basis for the claim:  **Paid but uncashed wages**

Last 4 digits of account number  **8023**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 4:17-bk-03351-SHG     Doc 140     Filed 05/10/17     Entered 05/10/17 16:41:15     Desc
Main Document     Page 15 of 75

### 3.50
**Nonpriority creditor's name and mailing address**
**CDW-G, LLC**
**75 REMITTANCE DR**
**STE 1515**
**Chicago, IL 60675**

Date(s) debt was incurred _

Last 4 digits of account number **1770**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Pending Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

### 3.51
**Nonpriority creditor's name and mailing address**
**CENTERS FOR MEDICARE**
**AND MEDICAID SERVICES**
**7500 SECURITY BLVD**
**BALTIMORE, MD 21244**

Date(s) debt was incurred **09/28/2015**

Last 4 digits of account number **0581**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,540,109.00**

---

### 3.52
**Nonpriority creditor's name and mailing address**
**CENTRAL ALARM SECURITY**
**PO BOX 5506**
**Tucson, AZ 85703**

Date(s) debt was incurred **09/28/2015**

Last 4 digits of account number **0581**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$4,920.00**

---

### 3.53
**Nonpriority creditor's name and mailing address**
**CENTURY LINK LLC**
**100 CENTURYLINK DR**
**Monroe, LA 71203**

Date(s) debt was incurred **03/01/2017**

Last 4 digits of account number **354M**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$399.89**

---

### 3.54
**Nonpriority creditor's name and mailing address**
**CERNER CORPORATION**
**2800 ROCKCREEK PARKWAY**
**Kansas City, MO 64117**

Date(s) debt was incurred **04/28/2015-03/06/2017**

Last 4 digits of account number **5312**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$2,182,818.78**

---

### 3.55
**Nonpriority creditor's name and mailing address**
**CITADEL OUTSOURCE GROUP**
**162 IMPERIAL BLVD**
**Hendersonville, TN 37075**

Date(s) debt was incurred **04/30/2016-07/31/2016**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$10,650.00**

---

### 3.56
**Nonpriority creditor's name and mailing address**
**COMPLETE LANDSCAPING INC**
**PO BOX 37227**
**Tucson, AZ 85740**

Date(s) debt was incurred **10/01/2016-11/01/2016**

Last 4 digits of account number **HOSP**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$3,690.61**

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,335.00 |
|---|---|---|---|

**COMPLETE MEDICAL GAS LLC**
30504 W PORTLAND ST
Buckeye, AZ 85396

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/06/2017

Basis for the claim:  Unpaid Vendor

Last 4 digits of account number  1592

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,477.07 |
|---|---|---|---|

**COOK MEDICAL LLC**
PO BOX 1608
Bloomington, IN 47402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/06/2016-09/06/2016

Basis for the claim:  Unpaid Vendor

Last 4 digits of account number  5921

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**COOPER SURGICAL INC**
95 CORPORATE DR
Trumbull, CT 06611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/26/2016-06/16/2016

Basis for the claim:  Unpaid Vendor

Last 4 digits of account number  6220

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,165.10 |
|---|---|---|---|

**COVIDIEN LP**
15 HAMPSHIRE ST
Mansfield, MA 02048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/25/2016-02/21/2017

Basis for the claim:  Unpaid Vendor

Last 4 digits of account number  0007

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,460.02 |
|---|---|---|---|

**COX COMMUNICATIONS AZ**
1400 LAKE HEARN DR
Atlanta, GA 30319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/27/2017-03/03/2017

Basis for the claim:  Unpaid Vendor

Last 4 digits of account number  3801

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,548.70 |
|---|---|---|---|

**CREEKRIDGE CAPITAL LLC**
7808 CREEDRIDGE CIRCLE
SUITE 250
EDINA, MN 55439

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/12/2017

Basis for the claim:  Unpaid Vendor

Last 4 digits of account number  2101

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,972.00 |
|---|---|---|---|

**CTS - CORPORATE
TECHNOLOGY SOLUTIONS LLC**
1971 E 5TH ST, STE 111
Tempe, AZ 85281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/21/2017

Basis for the claim:  Unpaid Vendor

Last 4 digits of account number  T153

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.86 |

**CUSTOM X-RAY SERVICE INC**
**2120 W ENCANTO BLVD**
**Phoenix, AZ 85009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/14/2017

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,620.72 |

**DATEX OHMEDA INC**
**PO BOX 641936**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/17/2015-12/31/2015

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  5456

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**DAVID WANGER**
**9411 E JASMINE CIRCLE**
**Mesa, AZ 85207**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred

Basis for the claim:  **Pending Lawsuit**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,667.37 |

**DELL MARKETING LP**
**C/O DELL USA LP**
**PO BOX 802816**
**Chicago, IL 60680-2816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/22/2015-05/04/2016

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  9926

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,735.00 |

**DIAGNOSTIC LABORATORIES**
**AND XRAY**
**2820 N ONTARIO ST**
**Burbank, CA 91504-2015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/29/2016-07/31/2016

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  4571

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,445.38 |

**DLSS FOR PROLASTIN DIRECT**
**2410 LILLYVALE AVE**
**Los Angeles, CA 90032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/07/2016-05/10/2016

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,125.00 |

**DR ALEX VERHOOGEN, MD**
**657 W GREENVIEW PLACE**
**Green Valley, AZ 85614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  09/30/2015-10/31/2016

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.71**

**Nonpriority creditor's name and mailing address**

**DR CHRISTOPHER Q MAY**
**4005 N 45TH ST**
**Phoenix, AZ 85018**

Date(s) debt was incurred  **01/31/2016-07/31/2016**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$17,596.25**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**ELITE CARE LLC**
**2153 E CEDAR ST**
**SUITE 1**
**Tempe, AZ 85281**

Date(s) debt was incurred  **03/15/2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$14.58**

---

**3.73**

**Nonpriority creditor's name and mailing address**

**EMMANUEL VALDEZ NAVARRO**
**300 W VIA ALAMOS APT 313**
**Green Valley, AZ 85614**

Date(s) debt was incurred  **10/22/2016**

Last 4 digits of account number  **3878**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Paid but uncashed wages**

Is the claim subject to offset? ■ No  ☐ Yes

**$296.55**

---

**3.74**

**Nonpriority creditor's name and mailing address**

**EMPIRE SOUTHWEST LLC**
**PO BOX 29879**
**Phoenix, AZ 85038**

Date(s) debt was incurred  **02/10/2017-02/27/2017**

Last 4 digits of account number  **6017**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,150.96**

---

**3.75**

**Nonpriority creditor's name and mailing address**

**ETHICON/JOHNSON & JOHNSON**
**HEALTH CARE SYSTEMS INC**
**425 HOES LANE, PO BOX 6800**
**Piscataway, NJ 08855-6800**

Date(s) debt was incurred  **07/09/2015-07/21/2016**

Last 4 digits of account number  **3825**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$86,519.54**

---

**3.76**

**Nonpriority creditor's name and mailing address**

**FACILITEC INC**
**4501 E MCDOWELL RD**
**Phoenix, AZ 85008**

Date(s) debt was incurred  _

Last 4 digits of account number  **4587**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Demand Letter**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.77**

**Nonpriority creditor's name and mailing address**

**FAVORITE HEALTHCARE**
**STAFFING INC**
**PO BOX 803356**
**Kansas City, MO 64180-3356**

Date(s) debt was incurred  **02/24/2017-03/17/2017**

Last 4 digits of account number  **6600**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,061.60**

---

Case 4:17-bk-03351-SHG    Doc 140    Filed 05/10/17    Entered 05/10/17 16:41:15    Desc
Main Document     Page 19 of 75

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $265.94 |
|------|------------------------------------------------|---------------------------------------------------------------------|---------|

**3.78**

Nonpriority creditor's name and mailing address

**FEDERAL EXPRESS CORP**
**PO BOX 94515**
**Palatine, IL 60094-4515**

Date(s) debt was incurred __03/16/2017__

Last 4 digits of account number __8894__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$265.94

---

**3.79**

Nonpriority creditor's name and mailing address

**FIRST INSURANCE FUNDING**
**450 SKOKIE BLVD**
**SUITE 1000**
**Northbrook, IL 60062**

Date(s) debt was incurred __03/15/2017__

Last 4 digits of account number __6753__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$6,536.80

---

**3.80**

Nonpriority creditor's name and mailing address

**FISHER HEALTHCARE**
**9999 VETERANS MEMORIAL DR**
**Houston, TX 77038**

Date(s) debt was incurred __12/08/2015-03/10/2017__

Last 4 digits of account number __3634__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$10,084.59

---

**3.81**

Nonpriority creditor's name and mailing address

**FOOTHILLS PATHOLOGY PC**
**6200 N LA CHOLLA BLVD**
**Tucson, AZ 85741**

Date(s) debt was incurred __12/31/2015-11/30/2016__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$63,473.00

---

**3.82**

Nonpriority creditor's name and mailing address

**FRESNIUS**
**920 WINTER ST**
**Waltham, MA 02451**

Date(s) debt was incurred __01/13/2016-11/07/2016__

Last 4 digits of account number __3352__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$65,011.25

---

**3.83**

Nonpriority creditor's name and mailing address

**FUJIFILM MEDICAL SYSTEMS USA**
**419 WEST AVENUE**
**Stamford, CT 06902**

Date(s) debt was incurred __05/29/2015-02/19/2017__

Last 4 digits of account number __0410__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$61,466.50

---

**3.84**

Nonpriority creditor's name and mailing address

**GE HEALTHCARE**
**PO BOX 96483**
**Chicago, IL 60693**

Date(s) debt was incurred __04/22/2015-06/27/2015__

Last 4 digits of account number __3199__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$347,827.15

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,498.33 |
|---|---|---|---|

**GE HEALTHCARE IITS**
**USA CORP**
**40 IDX DRIVE**
**South Burlington, VT 05403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/08/2016-03/07/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **3681**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,862.06 |
|---|---|---|---|

**GE MED SYSTEMS ULTRASOUND**
**PRIMARY CARE DIAGNOSTICS**
**75 REMITTANCE DR, STE 1080**
**Chicago, IL 60675-1080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/18/2016**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **3199**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350,398.72 |
|---|---|---|---|

**GE MEDICAL SYSTEMS**
**INFORMATION TECHNOLOGIES**
**5517 COLLECTIONS CTR DR**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/09/2015-12/31/2015**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **3199**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.24 |
|---|---|---|---|

**GEORGE FIGUEROA**
**2149 W ROUNDWOOD PLACE**
**Tucson, AZ 85745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/08/2016**

Basis for the claim:  **Paid but uncashed wages**

Last 4 digits of account number  **0613**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,383.16 |
|---|---|---|---|

**GIBSON'S OFFICE SUPPLY**
**4555 E BROADWAY BLVD**
**Tucson, AZ 85711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/09/2017-03/20/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **1250**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.66 |
|---|---|---|---|

**GILBERT R GARCIA**
**1042 W CALLE DEL LIBRO**
**Sahuarita, AZ 85629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/13/2016**

Basis for the claim:  **Paid but uncashed wages**

Last 4 digits of account number  **5986**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.80 |
|---|---|---|---|

**GREEN VALLEY NEWS AND SUN**
**PO BOX 567**
**Green Valley, AZ 85622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/28/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **_**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.10 |
| --- | --- | --- | --- |

**3.92**

Nonpriority creditor's name and mailing address

**GREEN VALLEY TRUE VALUE**
**220 W CONTINENTAL**
**Green Valley, AZ 85614**

Date(s) debt was incurred  02/28/2017

Last 4 digits of account number  2373

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

$45.10

---

**3.93**

Nonpriority creditor's name and mailing address

**GREEN VALLEY WATER DISTRICT**
**3290 S CAMINO DEL SOL**
**SUITE 100**
**Green Valley, AZ 85622**

Date(s) debt was incurred  03/17/2017

Last 4 digits of account
number  1200,1300,2200,2300

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

$1,682.95

---

**3.94**

Nonpriority creditor's name and mailing address

**GRVH HEALTHNET AZ REFUNDS**
**PO BOX 749801**
**Los Angeles, CA 90074**

Date(s) debt was incurred  02/22/2017

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

$649.00

---

**3.95**

Nonpriority creditor's name and mailing address

**GUARDIAN**
**7 HANOVER SQUARE**
**New York, NY 10004-2616**

Date(s) debt was incurred  03/01/2017

Last 4 digits of account number  1164

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

$8,612.42

---

**3.96**

Nonpriority creditor's name and mailing address

**GUST ROSENFELD PLC**
**1 S CHURCH AVE, STE 1900**
**Tucson, AZ 85701**

Date(s) debt was incurred  07/17/2015-08/17/2016

Last 4 digits of account number  6543

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

$65,021.17

---

**3.97**

Nonpriority creditor's name and mailing address

**HAMEROFF LAW FIRM PC**
**3443 E FT LOWELL RD**
**SUITE 121**
**Tucson, AZ 85716**

Date(s) debt was incurred  11/30/2016

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

$375.64

---

**3.98**

Nonpriority creditor's name and mailing address

**HAMEROFF LAW GROUP PC**
**3443 E FT LOWELL RD**
**SUITE 101**
**Tucson, AZ 85716**

Date(s) debt was incurred  04/30/2016-05/13/2016

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ☐ No ☐ Yes

$8,849.92

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 4:17-bk-03351-SHG    Doc 140    Filed 05/10/17    Entered 05/10/17 16:41:15    Desc
Main Document     Page 22 of 75

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,425.00** |
|---|---|---|---|

**HANGER PROSTHETICS
& ORTHODICS WEST INC
PO BOX 650846
Dallas, TX 75265-0846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/25/2015-05/13/2016**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$204.93** |
|---|---|---|---|

**HEALTH CARE LOGISTICS INC
450 E TOWN ST
PO BOX 400
Circleville, OH 43113-0400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/27/2017-03/01/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **7274**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,065.00** |
|---|---|---|---|

**HEALTH TEMP
6402 E SUPERSTITION SPRINGS
SUITE 203
Mesa, AZ 85206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/01/2017-03/22/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,191.00** |
|---|---|---|---|

**HMP COMMUNICATIONS LLC
70 E SWEDESFORD RD
SUITE 100
Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/29/2016**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,359.08** |
|---|---|---|---|

**HOLOGIC (MA) LLC
250 CAMPUS DR
Marlborough, MA 01752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/17/2016-06/16/2016**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **2329**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$123,699.72** |
|---|---|---|---|

**HUMAN CAPITAL SELECT
DBA HEALTHCARE SELECT LLC
34080 GOLDEN LANTERN
SUITE 301
Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **04/08/2016-08/19/2016**

Basis for the claim:  **Pending Lawsuit**

Last 4 digits of account number  **1760**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**HUMAN RESOURCES NETWORK
698 E WETMORE RD
Tucson, AZ 85705**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Pending Lawsuit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,105.64 |
|---|---|---|---|

**HUMANSCALE CORPORATION**
**220 CIRCLE DRIVE NORTH**
**Piscataway, NJ 08854**

Date(s) debt was incurred  06/05/2015

Last 4 digits of account number  6673

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,608.04 |
|---|---|---|---|

**IMMUCOR INC**
**3130 GATEWAY DRIVE**
**Norcross, GA 30071**

Date(s) debt was incurred  07/20/2016-03/01/2017

Last 4 digits of account number  6048

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,624.54 |
|---|---|---|---|

**INNOVATIVE MEDICAL SYSTEMS**
**7201 N 7TH STREET**
**Phoenix, AZ 85020**

Date(s) debt was incurred  04/04/2016

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,046.08 |
|---|---|---|---|

**INTEGRA LIFESCIENCES**
**SALES LLC**
**311 ENTERPRISE DR**
**Plainsboro, NJ 08536**

Date(s) debt was incurred  06/25/2016

Last 4 digits of account number  1466

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $506.35 |
|---|---|---|---|

**INTELLICORP RECORDS INC**
**3000 AUBURN DRIVE**
**SUITE 410**
**Beachwood, OH 44122**

Date(s) debt was incurred  02/28/2017

Last 4 digits of account number  0186

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.64 |
|---|---|---|---|

**INTELLIQUICK DELIVERY INC**
**4022 S 20TH ST**
**Phoenix, AZ 85040**

Date(s) debt was incurred  02/28/2017-03/15/2017

Last 4 digits of account number  3730

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $462.12 |
|---|---|---|---|

**INTL COLLECTIONS SYSTEMS**
**2761 N COUNTRY CLUB RD**
**SUITE 100**
**Tucson, AZ 85716**

Date(s) debt was incurred  02/28/2017

Last 4 digits of account number  0425

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,314.95** |
|---|---|---|---|
| | **IPORT COMMUNICATIONS INC**<br>**1590 W ALGONQUIN RD**<br>**#166**<br>**Hoffman Estates, IL 60192** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **08/27/2015** | Basis for the claim:  **Unpaid Vendor** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,272.29** |
|---|---|---|---|
| | **IRADIMED CORPORATION**<br>**PO BOX 102590**<br>**Atlanta, GA 30368** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **08/16/2016** | Basis for the claim:  **Unpaid Vendor** | |
| | Last 4 digits of account number  **098A** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$597.23** |
|---|---|---|---|
| | **IRON MOUNTAIN INC**<br>**1 FEDERAL ST**<br>**7TH FLOOR**<br>**Boston, MA 02110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **02/28/2017** | Basis for the claim:  **Unpaid Vendor** | |
| | Last 4 digits of account number  **0213** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$135.39** |
|---|---|---|---|
| | **JACQULYN EYRICH**<br>**13923 S. CAMINO EL BECERRO**<br>**Sahuarita, AZ 85629** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **02/25/2017** | Basis for the claim:  **Paid but uncashed wages** | |
| | Last 4 digits of account number  **5624** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$494.94** |
|---|---|---|---|
| | **JAMES M DARRAGH III**<br>**3250 SUN CLOUD PLACE**<br>**Tucson, AZ 85718** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **03/26/2017** | Basis for the claim:  **Unpaid Vendor** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,043.60** |
|---|---|---|---|
| | **JOE VINCENT FOTE**<br>**119 CRABBLE MILL DR**<br>**BLUFFTON, SC 29909** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **03/18/2017** | Basis for the claim:  **Unpaid Vendor** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,816.31** |
|---|---|---|---|
| | **JOHN LYNCH & ASSOCIATES**<br>**6884 W BRILES RD**<br>**Peoria, AZ 85383** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **08/22/2015-09/19/2015** | Basis for the claim:  **Unpaid Vendor** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,860.00 |
|---|---|---|---|
| | **KAN-DI-KI, LLC**<br>**c/o SCOTT WEINER**<br>**NUSSBAUM GILLIS & DINNER PC**<br>**14850 N. SCOTTSDALE RD STE 450**<br>**Scottsdale, AZ 85254** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Pending Lawsuit__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,499.47 |
|---|---|---|---|
| | **KARL STORZ ENDOSCOPY**<br>**2151 E GRAND AVE**<br>**El Segundo, CA 90245** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __09/25/2015__ | Basis for the claim: __Unpaid Vendor__ | |
| | Last 4 digits of account number __8634__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.19 |
|---|---|---|---|
| | **KCI USA INC**<br>**12930 W INTERSTATE 10**<br>**San Antonio, TX 78249** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __03/10/2017__ | Basis for the claim: __Unpaid Vendor__ | |
| | Last 4 digits of account number __4623__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,800.00 |
|---|---|---|---|
| | **KIRBY FARNSWORTH DBA**<br>**SIMPLY DIRECT HEALTH**<br>**10609 W VIA MONTOYA DR**<br>**Peoria, AZ 85383** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __02/28/2017-03/14/2017__ | Basis for the claim: __Unpaid Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,348.17 |
|---|---|---|---|
| | **LABSCO**<br>**1951 BISHOP LN**<br>**SUITE 300**<br>**Louisville, KY 40218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __05/04/2016-03/14/2017__ | Basis for the claim: __Unpaid Vendor__ | |
| | Last 4 digits of account number __2407__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,043.66 |
|---|---|---|---|
| | **LANDAUER INC**<br>**2 SCIENCE RD**<br>**Glenwood, IL 60425** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __02/21/2017__ | Basis for the claim: __Unpaid Vendor__ | |
| | Last 4 digits of account number __2062__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,694.08 |
|---|---|---|---|
| | **LARRY FOUNTAIN**<br>**MOUNTAIN VIEW RV RANCH**<br>**HCR 65 BOX 380**<br>**Tumacacori, AZ 85640** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __07/02/2016__ | Basis for the claim: __Paid but uncashed wages__ | |
| | Last 4 digits of account number __1122__ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.127** Nonpriority creditor's name and mailing address
**LEXMARK ENTERPRISE SOFTWARE**
**8900 RENNER BLVD**
**Lenexa, KS 66219**

Date(s) debt was incurred  **07/01/2015**

Last 4 digits of account number  **5029**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,510.40**

---

**3.128** Nonpriority creditor's name and mailing address
**LOOMIS ARMORED US LLC**
**DEPT 0757**
**PO BOX 120001**
**Dallas, TX 75312**

Date(s) debt was incurred  **02/28/2017**

Last 4 digits of account number  **1101**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$221.70**

---

**3.129** Nonpriority creditor's name and mailing address
**M*MODAL SERVICES LTD**
**5000 MERIDIAN BLVD**
**SUITE 200**
**Franklin, TN 37067**

Date(s) debt was incurred  **06/30/2015-03/15/2017**

Last 4 digits of account number  **0674**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$277,527.10**

---

**3.130** Nonpriority creditor's name and mailing address
**MAQUET MEDICAL**
**SYSTEMS USA**
**45 BARBOUR POND DR**
**Wayne, NJ 07470**

Date(s) debt was incurred  **08/26/2015-09/01/2015**

Last 4 digits of account number  **5779**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$8,175.23**

---

**3.131** Nonpriority creditor's name and mailing address
**MARCELLA GONZALEZ**
**336 S PASEO LOBO #B**
**Green Valley, AZ 85614**

Date(s) debt was incurred  **10/08/2016-02/11/2017**

Last 4 digits of account number  **1680**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Paid but uncashed wages**

Is the claim subject to offset? ■ No ☐ Yes

**$11,217.17**

---

**3.132** Nonpriority creditor's name and mailing address
**MARIA ROBINSON**
**535S PASEO LAZO CIR**
**Green Valley, AZ 85614**

Date(s) debt was incurred  **03/11/2017**

Last 4 digits of account number  **0382**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Paid but uncashed wages**

Is the claim subject to offset? ■ No ☐ Yes

**$995.08**

---

**3.133** Nonpriority creditor's name and mailing address
**MASIMO AMERICAS INC**
**52 DISCOVERY**
**Irvine, CA 92618**

Date(s) debt was incurred  **02/26/16-08/06/2016**

Last 4 digits of account number  **880D**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$15,304.65**

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255,556.86 |
|---|---|---|---|

**MCA FINANCIAL GROUP LTD**
**4909 N 44TH ST**
**Phoenix, AZ 85018**

Date(s) debt was incurred  **09/05/2016-03/02/2017**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,280.00 |
|---|---|---|---|

**MCCONNELL ORTHOPEDIC**
**MANUFACTURING INC**
**2484 INTERSTATE 30 EAST**
**Greenville, TX 75402**

Date(s) debt was incurred  **10/28/2015-06/02/2016**

Last 4 digits of account number  **1401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,020.80 |
|---|---|---|---|

**MCKESSON HEALTH SOLUTIONS**
**5995 WINDWARD PARKWAY**
**Alpharetta, GA 30005**

Date(s) debt was incurred  **03/15/2016-03/15/2017**

Last 4 digits of account number  **4068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,251.66 |
|---|---|---|---|

**MCKESSON MEDICAL-SURGICAL**
**9954 MARYLAND DRIVE**
**SUITE 4000**
**RICHMOND, VA 23233**

Date(s) debt was incurred  **04/01/2016-05/27/2016**

Last 4 digits of account number  **0147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,943.32 |
|---|---|---|---|

**MED ASSETS INC**
**PO BOX 405652**
**Atlanta, GA 30384**

Date(s) debt was incurred  **07/01/2015-08/01/2016**

Last 4 digits of account number  **4427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,052.96 |
|---|---|---|---|

**MED ONE CAPITAL FUNDING LLC**
**10712 SOUTH 1300 EAST**
**Sandy, UT 84094**

Date(s) debt was incurred  **03/28/2017**

Last 4 digits of account number  **1570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Specified Equipment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.73 |
|---|---|---|---|

**MEDI-DOSE INC**
**70 INDUSTRIAL DR**
**IVYLAND, PA 18974**

Date(s) debt was incurred  **03/03/2017**

Last 4 digits of account number  **3066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 4:17-bk-03351-SHG    Doc 140    Filed 05/10/17    Entered 05/10/17 16:41:15    Desc
Main Document     Page 28 of 75

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,245.09 |
|---|---|---|---|

**MEDICAL COMPONENTS INC**
5570 W 1730S
SUITE 400
Salt Lake City, UT 84104

Date(s) debt was incurred __11/02/2015__
Last 4 digits of account number __6100__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $168.00 |
|---|---|---|---|

**MEDICAL DIAGNOSTIC IMAGING GROUP**
PO BOX 67641
Las Vegas, NV 89193

Date(s) debt was incurred __01/14/2017__
Last 4 digits of account number __4633__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,948.37 |
|---|---|---|---|

**MEDIVATORS INC**
14605 28TH AVE NORTH
Minneapolis, MN 55447

Date(s) debt was incurred __06/17/2015-08/30/2016__
Last 4 digits of account number __9970__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,582.90 |
|---|---|---|---|

**MEDLINE INDUSTRIES INC**
ONE MEDLINE PL
Mundelein, IL 60060

Date(s) debt was incurred __09/02/2015-02/18/2017__
Last 4 digits of account number __7828__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $142,319.21 |
|---|---|---|---|

**MEDPARTNERS HIM**
PO BOX 4729
Winter Park, FL 32793

Date(s) debt was incurred __12/30/2015-08/31/2016__
Last 4 digits of account number __3438__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,569.42 |
|---|---|---|---|

**MEDTOX DIAGNOSTICS, INC**
PO BOX 60575
Charlotte, NC 28260

Date(s) debt was incurred __02/27/2017-03/16/2017__
Last 4 digits of account number __0626__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $329.67 |
|---|---|---|---|

**MEDTRONIC USA**
710 MEDTRONIC PARKWAY
Minneapolis, MN 55432

Date(s) debt was incurred __02/24/2017-03/10/2017__
Last 4 digits of account number __0375__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Vendor__

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $559.67 |
|---|---|---|---|
| | **MELISSA LEON**<br>**6755 S PALIAMENT DR**<br>**Tucson, AZ 85756** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **02/11/2017-02/25/2017** | Basis for the claim:  **Paid but uncashed wages** | |
| | Last 4 digits of account number  **0056** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.74 |
|---|---|---|---|
| | **MERIT MEDICAL SYSTEMS INC**<br>**1600 W MERIT PARKWAY**<br>**South Jordan, UT 84095** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **03/01/2017-03/03/2017** | Basis for the claim:  **Unpaid Vendor** | |
| | Last 4 digits of account number  **0997** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,450.00 |
|---|---|---|---|
| | **MGS-MEDICAL GAS SRVCS INC**<br>**1733 W PARKSIDE LANE**<br>**SUITE B**<br>**Phoenix, AZ 85027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **02/28/2017** | Basis for the claim:  **Unpaid Vendor** | |
| | Last 4 digits of account number  **VALL** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **MIDLAND FUNDING**<br>**8875 AERO DR, STE 200**<br>**San Diego, CA 92123** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Pending lawsuit** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,547.77 |
|---|---|---|---|
| | **MISSION LINEN & UNIFORM SVS**<br>**PO BOX 1299**<br>**Santa Barbara, CA 93102-1299** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **03/17/2017-03/24/2017** | Basis for the claim:  **Unpaid Vendor** | |
| | Last 4 digits of account number  **2293** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,677.41 |
|---|---|---|---|
| | **MOTOROLA SOLUTIONS INC**<br>**1301 E ALGONQUIN RD**<br>**Schaumburg, IL 60196** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/05/2015** | Basis for the claim:  **Unpaid Vendor** | |
| | Last 4 digits of account number  **7387** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.10 |
|---|---|---|---|
| | **NANCY HEDDEN**<br>**993 E BALDY SPRING PL**<br>**Green Valley, AZ 85614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **03/21/2017** | Basis for the claim:  **Unpaid Vendor** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,378.00** |
|---|---|---|---|

**NATIONAL RESEARCH CORP**
**1245 Q STREET**
**Lincoln, NE 68508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/18/2016-03/13/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **Z271**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$445.04** |
|---|---|---|---|

**NAUGHTON'S CORP**
**1140 W PRINCE RD**
**Tucson, AZ 85705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/24/2017-03/15/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **8005**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,100.00** |
|---|---|---|---|

**NAVEX GLOBAL INC**
**6000 MEADOWS RD**
**SUITE 200**
**Lake Oswego, OR 97035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/17/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **0317**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,980.00** |
|---|---|---|---|

**NIMS INC**
**708 W VUELTA BURIL**
**Sahuarita, AZ 85629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/28/2017-03/14/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$169,942.95** |
|---|---|---|---|

**NORTHWEST MEDICAL CENTER/**
**SHARED SERVICE CENTER**
**PO BOX 848444**
**Dallas, TX 75284-7226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/08/2016-07/31/2016**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **0182**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,734.54** |
|---|---|---|---|

**NTHRIVE INC**
**200 NORTH POINT CENTER EAST**
**SUITE 600**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/11/2017-03/18/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **4427**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,464.13** |
|---|---|---|---|

**OEC MEDICAL SYSTEMS INC**
**2984 COLLECTIONS CENTER DR**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/20/2015**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **3199**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,389.89 |
|---|---|---|---|

**OLYMPUS AMERICA INC**
**DBA OLYMPUS FINANCIAL SVCS**
**PO BOX 200183**
**Pittsburgh, PA 15251-0183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/18/2017-03/21/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **6087**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,847.90 |
|---|---|---|---|

**PATHLAB INC**
**77 CALLE PORTAL**
**SUITE B260-A**
**Sierra Vista, AZ 85635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/28/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**PATRICIA BRUNER**
**4895 S GLORIA VIEW CT**
**Green Valley, AZ 85622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/23/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $647.80 |
|---|---|---|---|

**PAYFLEX / AETNA CONSUMER**
**FINANCIAL SOLUTIONS (ACFS)**
**10802 FARNAM DR, STE 100**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/15/2017-03/30/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.63 |
|---|---|---|---|

**PDC HEALTHCARE**
**27770 N ENTERTAINMENT DR**
**SUITE 200**
**Valencia, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/28/2017-06/16/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **4066**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,814.35 |
|---|---|---|---|

**PHILIPS HEALTHCARE**
**C/O CORPORATE TAX DEPT**
**3000 MINUTEMAN RD**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/11/2015-05/23/2016**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **9164**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,746.22 |
|---|---|---|---|

**PHOENIX METRO ACUTES /**
**FRESENIUS MEDICAL CARE**
**1940 LODGE RD**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/31/2016-11/07/2016**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **3352**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $246.00 |
|---|---|---|---|

**PIMA COUNTY HEALTH DEPT /**
**3950 S COUNTRY CLUB RD**
**SUITE 2301**
**Tucson, AZ 85714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/22/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **0168**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $305,000.00 |
|---|---|---|---|

**PIMA HEART PHYSICIANS PC**
**3375 N CAMPBELL AVE**
**Tucson, AZ 85719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/28/2015-10/31/2016**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $422,520.00 |
|---|---|---|---|

**PIMA VASCULAR PHYSICIANS**
**3375 N CAMPBELL**
**Tucson, AZ 85719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2015-09/30/2016**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186,487.02 |
|---|---|---|---|

**PROSCRIBE LLC**
**16414 SAN PEDRO**
**SUITE 525**
**San Antonio, TX 78232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/07/2016-03/06/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259,980.00 |
|---|---|---|---|

**PULMONARY ASSOC OF STHN**
**ARIZONA / PASA**
**1951 N WILMOT RD, BUILDING 4**
**Tucson, AZ 85712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2015-07/31/2016**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,235.50 |
|---|---|---|---|

**QUARLES & BRADY LLP**
**TWO NORTH CENTRAL AVENUE**
**Phoenix, AZ 85004-2391**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **01/17/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **8582**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,595.86 |
|---|---|---|---|

**QUEST HEALTHCARE SOLUTIONS LLC**
**6 CONCOURSE PARKWAY**
**SUITE 2250**
**Atlanta, GA 30328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/22/2017-03/16/2017**

Basis for the claim:  **Unpaid  Vendor**

Last 4 digits of account number  **883**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.176**

**Nonpriority creditor's name and mailing address**
**RESURGENT CAPITAL SERVICES**
**3817 S ELMWOOD AVE**
**Sioux Falls, SD 57105**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Pending Lawsuit

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.177**

**Nonpriority creditor's name and mailing address**
**RHINO MEDICAL SERVICES**
**2000 E LAMAR BLVD**
**SUITE 250**
**Arlington, TX 76006**

Date(s) debt was incurred 01/02/2017-03/21/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Vendor

Is the claim subject to offset? ☑ No ☐ Yes

**$83,570.17**

---

**3.178**

**Nonpriority creditor's name and mailing address**
**RICHARD WOLF MEDICAL**
**INSTRUMENTS CORP**
**353 CORPORATE WOODS PKWY**
**Vernon Hills, IL 60061**

Date(s) debt was incurred 12/10/2015

Last 4 digits of account number 1093

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Vendor

Is the claim subject to offset? ☑ No ☐ Yes

**$1,635.95**

---

**3.179**

**Nonpriority creditor's name and mailing address**
**RYAN LLC**
**PO BOX 848351**
**Dallas, TX 75284-8351**

Date(s) debt was incurred 12/07/2016

Last 4 digits of account number 9373

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Vendor

Is the claim subject to offset? ☑ No ☐ Yes

**$14,866.14**

---

**3.180**

**Nonpriority creditor's name and mailing address**
**SAFETY COMPLIANCE**
**PUBLICATION INC**
**3600 S STATE RD 7, SUITE 204**
**Hollywood, FL 33023**

Date(s) debt was incurred 03/08/2017

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Vendor

Is the claim subject to offset? ☑ No ☐ Yes

**$298.50**

---

**3.181**

**Nonpriority creditor's name and mailing address**
**SALT WORKS**
**PO BOX 22273**
**Mesa, AZ 85277**

Date(s) debt was incurred 03/01/2017

Last 4 digits of account number 6521

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Vendor

Is the claim subject to offset? ☑ No ☐ Yes

**$181.16**

---

**3.182**

**Nonpriority creditor's name and mailing address**
**SCHMIDT WESTERGARD & CO PLLC**
**77 WEST UNIVERSITY DRIVE**
**Mesa, AZ 85201**

Date(s) debt was incurred 03/04/2016-05/12/2016

Last 4 digits of account number 6301

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Vendor

Is the claim subject to offset? ☑ No ☐ Yes

**$20,000.00**

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,052.08 |
|---|---|---|---|

**SEAMLESS CARE INC**
**1040 NORTHGATE STREET**
**SUITE B**
**Riverside, CA 92507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/16/2015

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.47 |
|---|---|---|---|

**SHEILA FLAVIN**
**5769 W MIDNIGHT CHORUS RD**
**Tucson, AZ 85735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/11/2017

Basis for the claim:  **Paid but uncashed wages**

Last 4 digits of account number  9637

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,062.50 |
|---|---|---|---|

**SHUFELDT CONSULTING LLC**
**7332 BUTHERUS #1**
**HANGER 1**
**Scottsdale, AZ 85267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/02/2015-03/02/2016

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,323.57 |
|---|---|---|---|

**SIEMENS HEALTHCARE**
**DIAGNOSTICS**
**511 BENEDICT AVE**
**Tarrytown, NY 10591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  06/17/2016-07/10/2016

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  5192

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,181.87 |
|---|---|---|---|

**SKYTRON**
**5085 CORPORATE EXCHANGE**
**BLVD SE**
**Grand Rapids, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  05/16/2016-05/23/2016

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  9920

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,697.90 |
|---|---|---|---|

**SMITH & NEPHEW ORTHO**
**PO BOX 933782**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/07/2015-02/23/2017

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  8150

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,995.25 |
|---|---|---|---|

**SMITH'S MEDICAL ASD INC**
**10 BOWMAN DR**
**Keene, NH 03431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/22/2015-04/27/2016

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  1868

Is the claim subject to offset? ■ No  ☐ Yes

Case 4:17-bk-03351-SHG    Doc 140    Filed 05/10/17    Entered 05/10/17 16:41:15    Desc
Main Document    Page 35 of 75

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,986.85 |
|---|---|---|---|

**SONORA QUEST LABORATORIES LLC**
**1255 W WASHINGTON ST**
**Tempe, AZ 85281**

Date(s) debt was incurred  **12/30/2015-02/28/2017**
Last 4 digits of account number  **5197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,800.38 |
|---|---|---|---|

**SOUTHERN AZ ANESTHESIA**
**SERVICES PC**
**3390 N CAMPBELL AVE, SUITE 110**
**Tucson, AZ 85719**

Date(s) debt was incurred  **03/01/2017**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,300.00 |
|---|---|---|---|

**SOUTHERN AZ GASTROENTEROLOGY**
**395 N SILVERBELL**
**SUITE 255**
**Tucson, AZ 85745**

Date(s) debt was incurred  **05/31/2016-07/26/2016**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104.48 |
|---|---|---|---|

**SOUTHWEST ACCESS & VIDEO**
**5155 EAST WASHINGTON ST**
**Phoenix, AZ 85034**

Date(s) debt was incurred  **03/21/2017**
Last 4 digits of account number  **7064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,000.00 |
|---|---|---|---|

**SOUTHWEST GAS CORP**
**5241  SPRING MOUNTAIN ROAD**
**Las Vegas, NV 89150-0002**

Date(s) debt was incurred  _
Last 4 digits of account number  **0916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**SSB SOLUTIONS INC**
**1 PELICAN HILL CIRCLE**
**Newport Coast, CA 92657**

Date(s) debt was incurred  **09/01/2016**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,100.00 |
|---|---|---|---|

**ST JUDE MEDICAL SC INC**
**ONE ST JUDE MEDICAL DRIVE**
**Saint Paul, MN 55117**

Date(s) debt was incurred  **04/22/2016-06/20/2016**
Last 4 digits of account number  **8446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,980.48** |

**STANLEY INNERSPACE HEALTHCARE**
**130 TURNER ST**
**BUILDING 3**
**Waltham, MA 02453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/24/2015-10/01/2015**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **2299**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,275.22** |

**STAPLES ADVANTAGE**
**DEPT LA**
**PO BOX 83689**
**Chicago, IL 60696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/24/2015-12/26/2015**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **2987**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,531.31** |

**STERIS CORP**
**5960 HEISLEY RD**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/22/2017-03/03/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **1151**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,540.19** |

**STRYKER ENDOSCOPY**
**5900 OPTICAL CT**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/09/2015-08/17/2016**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **6840**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,587.02** |

**STRYKER ORTHOPAEDICS**
**9015 E PIMA CENTER PKWY**
**SUITE 3**
**Scottsdale, AZ 85258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/01/2015-06/23/2016**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **5160**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,952.05** |

**SYSMEX AMERICA INC**
**577 APTAKISIC ROAD**
**Lincolnshire, IL 60069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/19/2016-02/09/2017**

Basis for the claim:  **Unpaid Vendor**

Last 4 digits of account number  **6415**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$388.30** |

**TAMI FRANK**
**15082 S THEODORE ROOSEVELT**
**WAY**
**Sahuarita, AZ 85629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/28/2017-02/11/2017**

Basis for the claim:  **Paid but uncashed wages**

Last 4 digits of account number  **7379**

Is the claim subject to offset? ■ No ☐ Yes

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,549.86 |
|---|---|---|---|

**TCR - TOTAL CREDIT RECOVERY**
8668 SPRING MOUNTAIN
Las Vegas, NV 89117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **01/15/2016-12/01/2016**

Basis for the claim: **Unpaid Vendor**

Last 4 digits of account number **4279**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,551.43 |
|---|---|---|---|

**TD INDUSTRIES INC**
PO BOX 300008
Dallas, TX 75303-0008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/17/2017-03/01/2017**

Basis for the claim: **Unpaid Vendor**

Last 4 digits of account number **LL00**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,648.85 |
|---|---|---|---|

**TELEFLEX MEDICAL**
550 E SWEDESFORD ROAD
SUITE 400
Wayne, PA 19087

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **07/10/2015-07/30/2016**

Basis for the claim: **Pending Lawsuit**

Last 4 digits of account number **2915**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.45 |
|---|---|---|---|

**TERUMO MEDICAL CORP**
2101 COTTONTAIL LANE
Somerset, NJ 08873

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/26/2016-06/09/2016**

Basis for the claim: **Unpaid Vendor**

Last 4 digits of account number **5842**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.76 |
|---|---|---|---|

**THOMAS DURHAM**
8867 E 27TH PLACE
Tucson, AZ 85710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/25/2017**

Basis for the claim: **Paid but uncashed wages**

Last 4 digits of account number **9522**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231.00 |
|---|---|---|---|

**THYSSENKRUPP ELEVATOR CORP**
PO BOX 933004
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/17/2017**

Basis for the claim: **Unpaid Vendor**

Last 4 digits of account number **1020**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104,705.00 |
|---|---|---|---|

**TITAN HEALTH MGMT SOLUTIONS INC**
2500 N PANTANO RD
SUITE 120
Tucson, AZ 85715

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/31/2016-03/20/2017**

Basis for the claim: **Unpaid Vendor**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** |
|---|---|---|---|

**TODD ASSOCIATES INC**
**23825 COMMERCE PARK**
**SUITE A**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/21/2017-03/22/2017**

Basis for the claim: **Unpaid Vendor**

Last 4 digits of account number **EN08**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,993.22** |
|---|---|---|---|

**TORNIER INC**
**10801 NESBITT AVE SOUTH**
**Minneapolis, MN 55437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/02/2015-07/25/2016**

Basis for the claim: **Unpaid Vendor**

Last 4 digits of account number **0166**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,655.89** |
|---|---|---|---|

**TRE REIMBURSEMENT**
**CONSULTING INC**
**2008 E PALMAIRE AVE**
**Phoenix, AZ 85020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06/18/2016-02/25/2017**

Basis for the claim: **Unpaid Vendor**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00** |
|---|---|---|---|

**TRISTAN T BERRY**
**5740 N CAMINO PADRE ISIDORO**
**Tucson, AZ 85718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/31/2017**

Basis for the claim: **Unpaid Vendor**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$179,793.33** |
|---|---|---|---|

**TUCSON ELECTRIC POWER**
**PO BOX 3033**
**Tucson, AZ 85702-3033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **04/14/2016-03/15/2017**

Basis for the claim: **Unpaid Vendor**

Last 4 digits of account number **2895**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,000.00** |
|---|---|---|---|

**TUCSON ORTHOPAEDIC**
**INSTITUTE PC**
**PO BOX 31630**
**Tucson, AZ 85751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/15/2017**

Basis for the claim: **_**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00** |
|---|---|---|---|

**TUCSON PRESSURE WASHING LLC**
**4237 W DIAMOND BUTTE CT**
**Tucson, AZ 85745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03/16/2017**

Basis for the claim: **Unpaid Vendor**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218**

Nonpriority creditor's name and mailing address

**TZ MEDICAL INC**
**17750 SW UPPER BOONES FERRY RD**
**SUITE 150**
**Portland, OR 97224**

Date(s) debt was incurred **03/07/2017**

Last 4 digits of account number **ENAZ**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.219**

Nonpriority creditor's name and mailing address

**UHS - UNIVERSAL HEALTH SRVCS**
**6625 WEST 78TH STREET**
**SUITE 300**
**Minneapolis, MN 55439**

Date(s) debt was incurred **03/06/2017**

Last 4 digits of account number **9373**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,858.50**

---

**3.220**

Nonpriority creditor's name and mailing address

**UNITED BEVERAGE GAS**
**4550 S COUNTRY CLUB**
**Tucson, AZ 85714**

Date(s) debt was incurred **02/28/2017**

Last 4 digits of account number **7776**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$32.43**

---

**3.221**

Nonpriority creditor's name and mailing address

**UNITED FIRE EQUIPMENT CO**
**355 N 4TH AVE**
**Tucson, AZ 85705**

Date(s) debt was incurred **03/09/2017**

Last 4 digits of account number **E050**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$5,300.00**

---

**3.222**

Nonpriority creditor's name and mailing address

**UNIVERSAL BACKGROUND**
**SCREENING**
**PO BOX 5920**
**Scottsdale, AZ 85261**

Date(s) debt was incurred **08/31/2015-09/30/2016**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$5,116.50**

---

**3.223**

Nonpriority creditor's name and mailing address

**US BANK EQUIPMENT FINANCE**
**1310 MADRID ST**
**SUITE 101**
**Marshall, MN 56258**

Date(s) debt was incurred **02/24/2017-03/10/2017**

Last 4 digits of account number **8798**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$3,146.96**

---

**3.224**

Nonpriority creditor's name and mailing address

**VAGABOND INN EXECUTIVE**
**19200 S 1-19 FRONTAGE RD**
**Green Valley, AZ 85614**

Date(s) debt was incurred **03/16/2017-03/24/2017**

Last 4 digits of account number **5035**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$554.54**

---

Case 4:17-bk-03351-SHG    Doc 140    Filed 05/10/17    Entered 05/10/17 16:41:15    Desc
Main Document     Page 40 of 75

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $963.44 |
|---|---|---|---|

**VASCULAR SOLUTIONS INC**
**6464 SYCAMORE COURT NORTH**
**Osseo, MN 55369**

Date(s) debt was incurred  **03/07/2017-03/16/2017**

Last 4 digits of account number  **4257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,696.71 |
|---|---|---|---|

**VERTICAL COMMUNICATIONS**
**3900 FREEDOM CIRCLE, STE 110**
**Santa Clara, CA 95054**

Date(s) debt was incurred  _

Last 4 digits of account number  **8518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $929.18 |
|---|---|---|---|

**WASTE MGMT OF ARIZONA**
**TUCSON HAULING**
**1001 FANNIN, SUITE 4000**
**Houston, TX 77055**

Date(s) debt was incurred  **03/01/2017**

Last 4 digits of account number  **3003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $490.76 |
|---|---|---|---|

**WASTE MGMT PHOENIX**
**COLLECTIONS**
**PO BOX 660345**
**Dallas, TX 75266**

Date(s) debt was incurred  **03/01/2017**

Last 4 digits of account number  **3006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,290.11 |
|---|---|---|---|

**WAXIE SANITARY SUPPLY**
**PO BOX 60227**
**Los Angeles, CA 90060-0227**

Date(s) debt was incurred  **02/24/2017-03/17/2017**

Last 4 digits of account number  **4408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,815.00 |
|---|---|---|---|

**WESTERN STATES FIRE PROTECTION**
**4346 E ELWOOD ST**
**SUITE 100**
**Phoenix, AZ 85040**

Date(s) debt was incurred  **02/20/2017-02/28/2017**

Last 4 digits of account number  **9414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,595.00 |
|---|---|---|---|

**XS SUPPLY LLC**
**10360 72ND STREET**
**UNIT 820**
**Seminole, FL 33777**

Date(s) debt was incurred  **02/22/2017**

Last 4 digits of account number  **4464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Vendor**

Is the claim subject to offset? ■ No ☐ Yes

Case 4:17-bk-03351-SHG    Doc 140    Filed 05/10/17    Entered 05/10/17 16:41:15    Desc
Main Document    Page 41 of 75

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,890.65 |
|---|---|---|---|
| | **ZIMMER SOUTHWEST INC**<br>**8455 N 90TH STREET**<br>**SUITE 150-116**<br>**Scottsdale, AZ 85258** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 08/21/2015-05/24/2016 | Basis for the claim: **Unpaid Vendor** | |
| | Last 4 digits of account number 0657 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,265.00 |
|---|---|---|---|
| | **ZOHO CORP - MANAGE ENGINE**<br>**4141 HACIENDA DR**<br>**Pleasanton, CA 94588** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 08/13/2015 | Basis for the claim: **Unpaid Vendor** | |
| | Last 4 digits of account number 3935 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,134.46 |
|---|---|---|---|
| | **ZOLL MEDICAL CORPORATION**<br>**269 MILL ROAD**<br>**Chelmsford, MA 01824** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 03/13/2017 | Basis for the claim: **Unpaid Vendor** | |
| | Last 4 digits of account number 6478 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**     List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **DAVID WANGER**<br>**C/O JASON PRITCHETT, ESQ.**<br>**THE PRITCHETT LAW FIRM, PLLC**<br>**8753 E BELL RD, STE 110**<br>**Scottsdale, AZ 85260** | Line **3.66**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **HUMAN CAPITAL SELECT**<br>**C/O LAURA B MACNEEL ESQ**<br>**5930 CORNERSTONE COURT W**<br>**STE 30**<br>**San Diego, CA 92121** | Line **3.104**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **KAN-DI-KI, LLC**<br>**3230 E BROADWAY RD., STE 100**<br>**Phoenix, AZ 85040** | Line **3.120**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **NORIDIAN HEALTHCARE**<br>**SOLUTIONS LLC**<br>**PO BOX 6731**<br>**FARGO, ND 68108-6731** | Line **3.51**<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**     Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 2,076,173.35 |
| 5b. Total claims from Part 2 | 5b. + | $ | 11,169,623.96 |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ **13,245,797.31**

# EXHIBIT B

6

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2017** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$17,031,790.00** |
| **For prior year:** From **1/01/2016** to **12/31/2016** | ■ Operating a business ☐ Other _____ | **$90,656,468.00** |
| **For year before that:** From **1/01/2015** to **12/31/2015** | ■ Operating a business ☐ Other _____ | **$7,056,596.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See disbursement register attached** | | **$5,335,877.61** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **See attached** |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.** **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **KAN-DI-KI, LLC v. GV Hospital Management, LLC CV2017-052758** | **Civil lawsuit from unpaid vendor** | **Maricopa County Superior Court 620 W. Jackson Phoenix, AZ 85003** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Resurgent Capital Services, LP v. Robert A. Elliot CV2012-0588** | **Civil: Writ of Garnishment and Summons** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **David Wanger v. Green Valley Hospital, LLC &<br>GV Hospital Management, LLC<br>CV2016-0510** | **Civil lawsuit regarding contract dispute** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Teleflex Medical v. GV Hospital Management, LLC<br>C2017-1128** | **Civil lawsuit from unpaid vendor** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 4:17-bk-03351-SHG    Doc 140    Filed 05/10/17    Entered 05/10/17 16:41:15    Desc
Main Document     Page 47 of 75

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Forrester & Worth, PLLC** **3636 N. Central Ave., Ste. 700** **Phoenix, AZ 85012-1927** | | **3-24-17** | **$50,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** **GV Medical Investors, LLC** | | | |
| 11.2. | **Forrester & Worth, PLLC** **3636 N. Central Ave., Ste. 700** **Phoenix, AZ 85012-1927** | | **4-3-17** | **$50,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** **GV Medical Investors, LLC** | | | |
| 11.3. | **MCA FINANCIAL GROUP LTD** **4909 N 44TH ST** **Phoenix, AZ 85018** | | **Various** | **$223,748.77** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.4. | **QUARLES & BRADY LLP** **TWO NORTH CENTRAL AVENUE** **Phoenix, AZ 85004-2391** | | **Various** | **$138,504.74** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.5. | **SSB Solutions** **5665 N. Scottsdale Road** **Suite 110** **Scottsdale, AZ 85250** | | **Various** | **$299,429.41** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
  List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
  Do not include transfers already listed on this statement.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Case 4:17-bk-03351-SHG    Doc 140    Filed 05/10/17    Entered 05/10/17 16:41:15    Desc
Main Document    Page 48 of 75

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

14. **Previous addresses**

   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**

   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☐ No. Go to Part 9.
   ■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Green Valley Hospital**<br>**4455 S. I-19 Frontage Road**<br>**Green Valley, AZ 85614** | **Hospital Operations** | **N/A to Acute Care Hospital** |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**4455 S. I-19 Frontage Road**<br>**Green Valley, AZ 85614** | How are records kept?<br>*Check all that apply:*<br><br>■ Electronically<br>☐ Paper |

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ■ Yes. State the nature of the information collected and retained.

   **Personal, financial, and medical retained within our Electronic**
   **Medical Record and Registration module with Cerner**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**

**profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Green Valley Hospital 401k Plan** | EIN: **46-5098773** |

Has the plan been terminated?

■ No
☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Green Valley Hospital, LLC 4455 S. I-19 Frontage Rd. Green Valley, AZ 85614** | **Green Valley Hospital 4455 S. I-19 Frontage Rd. Green Valley, AZ 85614** | **Equipment used by Debtor in its business which is owned by its parent, Green valley Hospital, LLC** | $2,801,150.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

Case 4:17-bk-03351-SHG     Doc 140     Filed 05/10/17     Entered 05/10/17 16:41:15     Desc
Main Document     Page 50 of 75

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Sara Ghali** <br> **794 W. Goldfinch Way** <br> **Chandler, AZ 85286** | **03/18/2016 - current** |
| 26a.2.    **Dione Heer** | **04/06/2015 - current** |

| Name and address | Date of service From-To |
|---|---|
| 26a.3.   **Heather Shearer** | **04/20/2015 - 12/23/2016** |
| 26a.4.   **Tom Pepping**<br>**6782 W. Redcliff Way**<br>**Tucson, AZ 85743** | **01/14/2015 - 03/18/2016** |
| 26a.5.   **John Moore**<br>**4455 S. I-19 Frontage Rd.**<br>**Green Valley, AZ 85614** | **02/13/2017 - current** |
| 26a.6.   **McDowell Enterprises**<br>**c/o Dean Dinner**<br>**14850 N. Scottsdale Rd. #450**<br>**Scottsdale, AZ 85254** | **11/14/2011** |
| 26a.7.   **Edwards, Largay, Mihaylo & Co**<br>**333 E Osborn Rd # 260**<br>**Phoenix, AZ 85012** | **Estimated dates of service: 12/2015-6/2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Healthcare Management Partners, LLC**<br>**1033 Demumbreun Street**<br>**Nashville, TN 37203** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **ARTEMIS REALTY CAPITAL ADVISOR**<br>**2525 EAST CAMELBACK ROAD**<br>**Phoenix, AZ 85016** |
| 26d.2.   **SCM SPECIALTY FINANCE OPPORTUN**<br>**2 GREENWICH PLAZA**<br>**Greenwich, CT 06830** |
| 26d.3.   **SQN Capital**<br>**100 Wall Street**<br>**28th Floor**<br>**New York, NY 10005** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☐ No
    ■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Bob Swendrzynski** | | **cost** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Bob Swendrzynski**<br>**4455 S. I-19 Frontage Rd.**<br>**Green Valley, AZ 85614** |

| | | | |
|---|---|---|---|
| 27.2. | **Randy Corn** | | **cost** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Randy Corn**<br>**4455 S. I-19 Frontage Rd.**<br>**Green Valley, AZ 85614** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| David Covert | 13628 S. 32nd Place<br>Phoenix, AZ 85044 | CEO | 01/15/2016-09/30/2016 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Sara Ghali | 794 W. Goldfinch Way<br>Chandler, AZ 85286 | CFO | 03/18/2016 - current |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **John Matuska**<br>**One West Broadway**<br>**Apt. #605**<br>**Tucson, AZ 85701** | $167,693.19 | 10/01/2016 - current | CEO |

| | Relationship to debtor |
|---|---|
| | **CEO** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2 . | **David Covert**<br>**13628 S. 32nd Place**<br>**Phoenix, AZ 85044** | **$67,143.86** | **04/03/2016 - 09/30/2016** | **Former CEO** |
| | Relationship to debtor<br>**Former CEO** | | | |
| 30.3 . | **John Moore**<br>**1401 Pecan Hollow Trail**<br>**McKinney, TX 75070** | **$34,615.41** | **02/13/2017 - current** | **CFO** |
| | Relationship to debtor<br>**CFO** | | | |
| 30.4 . | **David Wanger**<br>**9411 E. Jasmine Circle**<br>**Mesa, AZ 85207** | **$60,000.00** | **04/2016 - 06/24/2016** | **Former CEO** |
| | Relationship to debtor<br>**Former CEO** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Green Valley Hospital, LLC** | EIN:   **45-4006710** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:**   Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**May 10, 2017**__

__**/s/ Grant Lyon**__                                          **Grant Lyon**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor   **Chairman of the Board**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

GV HOSPITAL MANAGEMENT, LLC
VENDOR CHECK REGISTER REPORT

|  | From: | To: |
|---|---|---|
| Check Date | 1/1/2017 | 3/31/2017 |

* Voided Checks

| Check Number | Vendor ID | Vendor Check Name | Check Date | Checkbook ID | Audit Trail Code | Amount |
|---|---|---|---|---|---|---|
| * | 13118 | TEMP00000132 | PEEBLER, JENNIFER DAWN | 1/21/2017 | OPERATING | PMCHK00000513 | $67.00 |
|  | 13188 | TEMP00000132 | PEEBLER, JENNIFER DAWN | 1/21/2017 | OPERATING | PMCHK00000513 | $67.00 |
| * | 13102 | TEMP00000133 | GRONDIN, DAVID PAUL | 1/21/2017 | OPERATING | PMCHK00000513 | $1,134.73 |
|  | 13172 | TEMP00000133 | GRONDIN, DAVID PAUL | 1/21/2017 | OPERATING | PMCHK00000513 | $1,134.73 |
|  | 13009 | TEMP00000134CR | MCCUBBIN, VIRGINIA | 1/9/2017 | OPERATING | PMCHK00000498 | $518.94 |
| * | 13119 | TEMP00000135 | ROBINSON, DAVID GILBERT | 1/21/2017 | OPERATING | PMCHK00000513 | $250.00 |
|  | 13189 | TEMP00000135 | ROBINSON, DAVID GILBERT | 1/21/2017 | OPERATING | PMCHK00000513 | $250.00 |
| * | 13109 | TEMP00000136 | KOENES, BRENDA FAYE | 1/21/2017 | OPERATING | PMCHK00000513 | $600.00 |
|  | 13179 | TEMP00000136 | KOENES, BRENDA FAYE | 1/21/2017 | OPERATING | PMCHK00000513 | $600.00 |
| * | 13081 | TEMP00000137 | BRANCAZIO, MICHAEL ANGELO | 1/21/2017 | OPERATING | PMCHK00000513 | $444.71 |
|  | 13151 | TEMP00000137 | BRANCAZIO, MICHAEL ANGELO | 1/21/2017 | OPERATING | PMCHK00000513 | $444.71 |
| * | 13085 | TEMP00000138 | CHRISTENSEN, CHRIS MARTIN | 1/21/2017 | OPERATING | PMCHK00000513 | $250.00 |
|  | 13155 | TEMP00000138 | CHRISTENSEN, CHRIS MARTIN | 1/21/2017 | OPERATING | PMCHK00000513 | $250.00 |
| * | 13084 | TEMP00000139 | CHARNEY, MARILYN DEVRIES | 1/21/2017 | OPERATING | PMCHK00000513 | $210.78 |
|  | 13154 | TEMP00000139 | CHARNEY, MARILYN DEVRIES | 1/21/2017 | OPERATING | PMCHK00000513 | $210.78 |
|  | 13269 | TEMP00000140 | RONQUILLO, CONNIE QUIJADA | 1/27/2017 | OPERATING | PMCHK00000519 | $150.00 |
|  | 13270 | TEMP00000141 | RONQUILLO, CONNIE QUIJADA | 1/27/2017 | OPERATING | PMCHK00000519 | $200.00 |
|  | 13251 | TEMP00000142 | FUENTES, VERONICA | 1/27/2017 | OPERATING | PMCHK00000519 | $128.82 |
|  | 13411 | TEMP00000143 | WALLING, EMMA ANN | 2/10/2017 | OPERATING | PMCHK00000533 | $175.00 |
|  | 13412 | TEMP00000144 | RAFTERY, JOSIE | 2/10/2017 | OPERATING | PMCHK00000533 | $50.00 |
|  | 13413 | TEMP00000145 | WEBBER, CHARLES CARLING | 2/10/2017 | OPERATING | PMCHK00000533 | $86.17 |
|  | 13414 | TEMP00000146 | VIZZERRA, FRANCES MEREDITH | 2/10/2017 | OPERATING | PMCHK00000533 | $10.45 |
|  | 13415 | TEMP00000147 | LUNDIN, MARCIA ELAINE | 2/10/2017 | OPERATING | PMCHK00000533 | $45.44 |
|  | 13416 | TEMP00000148 | EATON, ELAINE RUTH | 2/10/2017 | OPERATING | PMCHK00000533 | $75.00 |
|  | 13417 | TEMP00000149 | DE BRECENY, BRIAN PAUL | 2/10/2017 | OPERATING | PMCHK00000533 | $150.00 |
|  | 13418 | TEMP00000150 | GARCIA, DAVID LEON | 2/10/2017 | OPERATING | PMCHK00000533 | $15.00 |
|  | 13419 | TEMP00000151 | PETERS, JOHN HERMAN | 2/10/2017 | OPERATING | PMCHK00000533 | $150.00 |
|  | 13420 | TEMP00000152 | DAY, ROBERT | 2/10/2017 | OPERATING | PMCHK00000533 | $89.00 |
|  | 13421 | TEMP00000153 | DAY, ROBERT | 2/10/2017 | OPERATING | PMCHK00000533 | $31.63 |
|  | 13422 | TEMP00000154 | LAMPKIN, JANICE SUE | 2/10/2017 | OPERATING | PMCHK00000533 | $15.00 |
|  | 13423 | TEMP00000155 | LICKEI, ALBERT EUGENE | 2/10/2017 | OPERATING | PMCHK00000533 | $95.02 |
|  | 13424 | TEMP00000156 | KOSNIK, MAUREEN KATHERINE | 2/10/2017 | OPERATING | PMCHK00000533 | $12.00 |
|  | 13425 | TEMP00000157 | ALKIRE, JUDITH ANN | 2/10/2017 | OPERATING | PMCHK00000533 | $87.28 |
|  | 13426 | TEMP00000158 | STARK, NANCY IRENE | 2/10/2017 | OPERATING | PMCHK00000533 | $250.00 |
|  | 13427 | TEMP00000159 | HEARNE, EDMUND P | 2/10/2017 | OPERATING | PMCHK00000533 | $1,300.00 |
|  | 13428 | TEMP00000160 | HEARNE, EDMUND P | 2/10/2017 | OPERATING | PMCHK00000533 | $66.94 |
|  | 13429 | TEMP00000161 | SREDICH, PETER JOSEPH | 2/10/2017 | OPERATING | PMCHK00000533 | $286.39 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13430 | TEMP00000162 | SREDICH, PETER JOSEPH | 2/10/2017 | OPERATING | PMCHK00000533 | $488.85 |
| 13431 | TEMP00000163 | STEGMAN, DAVID ROBERT | 2/10/2017 | OPERATING | PMCHK00000533 | $43.71 |
| 13432 | TEMP00000164 | EATON, ELAINE RUTH | 2/10/2017 | OPERATING | PMCHK00000533 | $175.00 |
| 13433 | TEMP00000165 | WILLIAMS, ROY DAYTON | 2/10/2017 | OPERATING | PMCHK00000533 | $32.56 |
| 13514 | TEMP00000166 | CHARNEY, MARILYN DEVRIES | 2/24/2017 | OPERATING | PMCHK00000545 | $210.78 |
| 13608 | TEMP00000167 | LYMAN, FREDRICK WHITTEN | 3/3/2017 | OPERATING | PMCHK00000552 | $436.25 |
| 13609 | TEMP00000168 | LYMAN, FREDRICK WHITTEN | 3/3/2017 | OPERATING | PMCHK00000552 | $223.25 |
| 13610 | TEMP00000170 | LYMAN, FREDRICK WHITTEN | 3/3/2017 | OPERATING | PMCHK00000552 | $223.75 |
| 13656 | TEMP00000171 | COPLEN, WILLIAM D | 3/10/2017 | OPERATING | PMCHK00000560 | $75.00 |
| 13660 | TEMP00000172 | ESPINOZA, ANDRES | 3/10/2017 | OPERATING | PMCHK00000560 | $200.00 |
| 13665 | TEMP00000173 | PARK, RICHARD W | 3/10/2017 | OPERATING | PMCHK00000560 | $20.00 |
| 13703 | TEMP00000174 | SCHILD, ROBERT HAROLD | 3/17/2017 | OPERATING | PMCHK00000567 | $3,214.50 |
| 13664 | TEMP00000175 | OCHOA, FRANCISCO G | 3/10/2017 | OPERATING | PMCHK00000560 | $35.00 |
| 13654 | TEMP00000176 | CARPITELLA, PAUL CHARLES | 3/10/2017 | OPERATING | PMCHK00000560 | $5.32 |
| 13652 | TEMP00000177 | BOLAND, ROBERT WILLIAM | 3/10/2017 | OPERATING | PMCHK00000560 | $250.00 |
| 13655 | TEMP00000178 | CHARNEY, MARILYN DEVRIES | 3/10/2017 | OPERATING | PMCHK00000560 | $1,146.00 |
| 13649 | TEMP00000179 | BELKO, BRET D | 3/10/2017 | OPERATING | PMCHK00000560 | $211.00 |
| 13657 | TEMP00000180 | COX JR, ERNEST ELLIS | 3/10/2017 | OPERATING | PMCHK00000560 | $50.00 |
| 13658 | TEMP00000182 | DOWNING, MAIJA | 3/10/2017 | OPERATING | PMCHK00000560 | $35.00 |
| 13659 | TEMP00000183 | DOWNING, MAIJA | 3/10/2017 | OPERATING | PMCHK00000560 | $58.70 |
| 13663 | TEMP00000184 | JOHNSON, WALLACE R | 3/10/2017 | OPERATING | PMCHK00000560 | $117.00 |
| 13236 | Z_10002 | ADP COMMERICAL LEASING LLC | 1/27/2017 | OPERATING | PMCHK00000519 | $899.97 |
| 13342 | Z_10002 | ADP COMMERICAL LEASING LLC | 2/10/2017 | OPERATING | PMCHK00000533 | $944.97 |
| 13075 | Z_10004 | ADP, LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $210.00 |
| 13343 | Z_10004 | ADP, LLC | 2/10/2017 | OPERATING | PMCHK00000533 | $2,603.94 |
| 13452 | Z_10004 | ADP, LLC | 2/17/2017 | OPERATING | PMCHK00000539 | $2,195.32 |
| 13588 | Z_10004 | ADP, LLC | 3/3/2017 | OPERATING | PMCHK00000552 | $2,247.06 |
| 13689 | Z_10004 | ADP, LLC | 3/17/2017 | OPERATING | PMCHK00000567 | $2,158.80 |
| 13590 | Z_10007 | AMERICAN FENCE COMPANY | 3/3/2017 | OPERATING | PMCHK00000552 | $907.38 |
| 13021 | Z_10012 | ARIZONA DEPARTMENT OF REVENUE | 1/13/2017 | OPERATING | PMCHK00000505 | $825.92 |
| 13347 | Z_10012 | ARIZONA DEPARTMENT OF REVENUE | 2/10/2017 | OPERATING | PMCHK00000533 | $1,015.36 |
| 13503 | Z_10012 | ARIZONA DEPARTMENT OF REVENUE | 2/24/2017 | OPERATING | PMCHK00000545 | $6,711.29 |
| 13648 | Z_10012 | ARIZONA DEPARTMENT OF REVENUE | 3/10/2017 | OPERATING | PMCHK00000560 | $972.46 |
| 13692 | Z_10012 | ARIZONA DEPARTMENT OF REVENUE | 3/17/2017 | OPERATING | PMCHK00000567 | $1,878.29 |
| 13349 | Z_10018 | BIO-RAD LABORATORIES INC | 2/10/2017 | OPERATING | PMCHK00000533 | $1,105.07 |
| 13305 | Z_10020 | GREEN VALLEY PRINT & COPY LLC | 2/3/2017 | OPERATING | PMCHK00000525 | $573.47 |
| 13510 | Z_10020 | GREEN VALLEY PRINT & COPY LLC | 2/24/2017 | OPERATING | PMCHK00000545 | $571.58 |
| 13693 | Z_10020 | GREEN VALLEY PRINT & COPY LLC | 3/17/2017 | OPERATING | PMCHK00000567 | $57.29 |
| * 12997 | Z_10022 | CARDINAL HEALTH | 1/6/2017 | OPERATING | PMCHK00000497 | $4,009.64 |
| 13003 | Z_10022 | CARDINAL HEALTH | 1/6/2017 | OPERATING | PMCHK00000497 | $4,009.64 |
| 13055 | Z_10023 | CDW-G LLC | 1/19/2017 | OPERATING | PMCHK00000509 | $18,000.00 |
| 13047 | Z_10024 | CENTURY LINK LLC | 1/13/2017 | OPERATING | PMCHK00000505 | $417.55 |
| * 13083 | Z_10024 | CENTURY LINK LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $3,453.90 |
| 13153 | Z_10024 | CENTURY LINK LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $3,453.90 |

| | 13356 | Z_10024 | CENTURY LINK LLC | 2/10/2017 | OPERATING | PMCHK00000533 | $3,871.67 |
| | 13513 | Z_10024 | CENTURY LINK LLC | 2/24/2017 | OPERATING | PMCHK00000545 | $417.24 |
| | 13694 | Z_10024 | CENTURY LINK LLC | 3/17/2017 | OPERATING | PMCHK00000567 | $3,482.01 |
| | 13027 | Z_10028 | COX COMMUNICATIONS ARIZONA LLC | 1/13/2017 | OPERATING | PMCHK00000505 | $761.52 |
| | 13245 | Z_10028 | COX COMMUNICATIONS ARIZONA LLC | 1/27/2017 | OPERATING | PMCHK00000519 | $2,491.52 |
| | 13359 | Z_10028 | COX COMMUNICATIONS ARIZONA LLC | 2/10/2017 | OPERATING | PMCHK00000533 | $1,760.00 |
| | 13515 | Z_10028 | COX COMMUNICATIONS ARIZONA LLC | 2/24/2017 | OPERATING | PMCHK00000545 | $730.02 |
| * | 13092 | Z_10035 | ERBE USA INC | 1/21/2017 | OPERATING | PMCHK00000513 | $26.45 |
| | 13162 | Z_10035 | ERBE USA INC | 1/21/2017 | OPERATING | PMCHK00000513 | $26.45 |
| | 13225 | Z_10035 | ERBE USA INC | 1/24/2017 | OPERATING | PMCHK00000516 | $2,728.00 |
| | 13301 | Z_10035 | ERBE USA INC | 2/1/2017 | OPERATING | PMCHK00000523 | $4,175.00 |
| | 13029 | Z_10038 | FEDERAL EXPRESS CORPORATION | 1/13/2017 | OPERATING | PMCHK00000505 | $151.53 |
| | 13248 | Z_10038 | FEDERAL EXPRESS CORPORATION | 1/27/2017 | OPERATING | PMCHK00000519 | $381.08 |
| | 13361 | Z_10038 | FEDERAL EXPRESS CORPORATION | 2/10/2017 | OPERATING | PMCHK00000533 | $1,043.76 |
| | 13521 | Z_10038 | FEDERAL EXPRESS CORPORATION | 2/24/2017 | OPERATING | PMCHK00000545 | $512.93 |
| | 13602 | Z_10038 | FEDERAL EXPRESS CORPORATION | 3/3/2017 | OPERATING | PMCHK00000552 | $345.92 |
| | 13696 | Z_10038 | FEDERAL EXPRESS CORPORATION | 3/17/2017 | OPERATING | PMCHK00000567 | $546.04 |
| | 13774 | Z_10038 | FEDERAL EXPRESS CORPORATION | 3/31/2017 | OPERATING | PMCHK00000579 | $265.94 |
| * | 12999 | Z_10039 | FISHER SCIENTIFIC COMPANY LLC | 1/6/2017 | OPERATING | PMCHK00000497 | $530.14 |
| | 13005 | Z_10039 | FISHER SCIENTIFIC COMPANY LLC | 1/6/2017 | OPERATING | PMCHK00000497 | $530.14 |
| | 13014 | Z_10039 | FISHER SCIENTIFIC COMPANY LLC | 1/9/2017 | OPERATING | PMCHK00000501 | $350.09 |
| | 13030 | Z_10039 | FISHER SCIENTIFIC COMPANY LLC | 1/13/2017 | OPERATING | PMCHK00000505 | $500.00 |
| | 13051 | Z_10039 | FISHER SCIENTIFIC COMPANY LLC | 1/17/2017 | OPERATING | PMCHK00000507 | $997.83 |
| | 13227 | Z_10039 | FISHER SCIENTIFIC COMPANY LLC | 1/25/2017 | OPERATING | PMCHK00000517 | $876.38 |
| | 13250 | Z_10039 | FISHER SCIENTIFIC COMPANY LLC | 1/27/2017 | OPERATING | PMCHK00000519 | $143.84 |
| | 13331 | Z_10039 | FISHER SCIENTIFIC COMPANY LLC | 2/7/2017 | OPERATING | PMCHK00000528 | $2,148.27 |
| | 13362 | Z_10039 | FISHER SCIENTIFIC COMPANY LLC | 2/10/2017 | OPERATING | PMCHK00000533 | $866.49 |
| | 13484 | Z_10039 | FISHER SCIENTIFIC COMPANY LLC | 2/21/2017 | OPERATING | PMCHK00000540 | $793.54 |
| | 13575 | Z_10039 | FISHER SCIENTIFIC COMPANY LLC | 2/28/2017 | OPERATING | PMCHK00000549 | $528.29 |
| | 13583 | Z_10039 | FISHER SCIENTIFIC COMPANY LLC | 3/3/2017 | OPERATING | PMCHK00000553 | $1,737.41 |
| | 13603 | Z_10039 | FISHER SCIENTIFIC COMPANY LLC | 3/3/2017 | OPERATING | PMCHK00000552 | $894.94 |
| | 13646 | Z_10039 | FISHER SCIENTIFIC COMPANY LLC | 3/10/2017 | OPERATING | PMCHK00000559 | $552.66 |
| | 13683 | Z_10039 | FISHER SCIENTIFIC COMPANY LLC | 3/16/2017 | OPERATING | PMCHK00000565 | $1,869.99 |
| | 13710 | Z_10039 | FISHER SCIENTIFIC COMPANY LLC | 3/17/2017 | OPERATING | PMCHK00000567 | $500.00 |
| | 13720 | Z_10039 | FISHER SCIENTIFIC COMPANY LLC | 3/21/2017 | OPERATING | PMCHK00000569 | $882.06 |
| * | 13747 | Z_10039 | FISHER SCIENTIFIC COMPANY LLC | 3/30/2017 | OPERATING | PMCHK00000577 | $2,589.39 |
| | 13751 | Z_10039 | FISHER SCIENTIFIC COMPANY LLC | 3/30/2017 | OPERATING | PMCHK00000577 | $2,589.39 |
| | 13054 | Z_10040 | FULTON / VERTICAL COMMUNICATIO | 1/18/2017 | OPERATING | PMCHK00000508 | $1,304.81 |
| | 13018 | Z_10042 | GE HEALTHCARE MEDICAL SYSTEMS | 1/12/2017 | OPERATING | PMCHK00000504 | $7,917.00 |
| | 13216 | Z_10042 | GE HEALTHCARE MEDICAL SYSTEMS | 1/23/2017 | OPERATING | PMCHK00000514 | $2,100.00 |
| * | 13100 | Z_10045 | ROBERT J WICK & WALTER M WICK | 1/21/2017 | OPERATING | PMCHK00000513 | $126.02 |
| | 13170 | Z_10045 | ROBERT J WICK & WALTER M WICK | 1/21/2017 | OPERATING | PMCHK00000513 | $126.02 |
| | 13462 | Z_10045 | ROBERT J WICK & WALTER M WICK | 2/17/2017 | OPERATING | PMCHK00000539 | $914.00 |
| | 13776 | Z_10045 | ROBERT J WICK & WALTER M WICK | 3/31/2017 | OPERATING | PMCHK00000579 | $76.80 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 13032 | Z_10048 | GREEN VALLEY WATER DISTRICT | 1/13/2017 | OPERATING | PMCHK00000505 | $2,008.34 |
| | 13367 | Z_10048 | GREEN VALLEY WATER DISTRICT | 2/10/2017 | OPERATING | PMCHK00000533 | $1,847.97 |
| | 13526 | Z_10048 | GREEN VALLEY WATER DISTRICT | 2/24/2017 | OPERATING | PMCHK00000545 | $1,888.21 |
| * | 13103 | Z_10049 | GUST ROSENFELD PLC | 1/21/2017 | OPERATING | PMCHK00000513 | $87.00 |
| | 13173 | Z_10049 | GUST ROSENFELD PLC | 1/21/2017 | OPERATING | PMCHK00000513 | $87.00 |
| * | 13105 | Z_10052 | HEALTH CARE LOGISTICS INC | 1/21/2017 | OPERATING | PMCHK00000513 | $2,181.58 |
| | 13175 | Z_10052 | HEALTH CARE LOGISTICS INC | 1/21/2017 | OPERATING | PMCHK00000513 | $2,181.58 |
| | 13528 | Z_10052 | HEALTH CARE LOGISTICS INC | 2/24/2017 | OPERATING | PMCHK00000545 | $36.62 |
| | 13034 | Z_10062 | LABSCO | 1/13/2017 | OPERATING | PMCHK00000505 | $1,519.48 |
| * | 13110 | Z_10062 | LABSCO | 1/21/2017 | OPERATING | PMCHK00000513 | $2,205.10 |
| | 13180 | Z_10062 | LABSCO | 1/21/2017 | OPERATING | PMCHK00000513 | $2,205.10 |
| | 13257 | Z_10062 | LABSCO | 1/27/2017 | OPERATING | PMCHK00000519 | $4,898.83 |
| | 13376 | Z_10062 | LABSCO | 2/10/2017 | OPERATING | PMCHK00000533 | $2,235.99 |
| | 13537 | Z_10062 | LABSCO | 2/24/2017 | OPERATING | PMCHK00000545 | $790.42 |
| | 13699 | Z_10062 | LABSCO | 3/17/2017 | OPERATING | PMCHK00000567 | $3,772.29 |
| | 13297 | Z_10071 | MEDIVATORS INC | 2/1/2017 | OPERATING | PMCHK00000523 | $3,663.02 |
| | 13381 | Z_10071 | MEDIVATORS INC | 2/10/2017 | OPERATING | PMCHK00000533 | $1,079.68 |
| | 13451 | Z_10071 | MEDIVATORS INC | 2/16/2017 | OPERATING | PMCHK00000538 | $1,291.14 |
| | 12993 | Z_10072 | MEDLINE INDUSTRIES INC | 1/4/2017 | OPERATING | PMCHK00000495 | $19,616.75 |
| | 13012 | Z_10072 | MEDLINE INDUSTRIES INC | 1/9/2017 | OPERATING | PMCHK00000500 | $15,632.87 |
| | 13019 | Z_10072 | MEDLINE INDUSTRIES INC | 1/12/2017 | OPERATING | PMCHK00000504 | $7,336.86 |
| | 13053 | Z_10072 | MEDLINE INDUSTRIES INC | 1/17/2017 | OPERATING | PMCHK00000507 | $23,809.59 |
| | 13056 | Z_10072 | MEDLINE INDUSTRIES INC | 1/19/2017 | OPERATING | PMCHK00000509 | $2,489.32 |
| | 13061 | Z_10072 | MEDLINE INDUSTRIES INC | 1/20/2017 | OPERATING | PMCHK00000510 | $724.30 |
| | 13220 | Z_10072 | MEDLINE INDUSTRIES INC | 1/23/2017 | OPERATING | PMCHK00000515 | $28,168.87 |
| | 13232 | Z_10072 | MEDLINE INDUSTRIES INC | 1/26/2017 | OPERATING | PMCHK00000518 | $7,866.32 |
| | 13294 | Z_10072 | MEDLINE INDUSTRIES INC | 1/30/2017 | OPERATING | PMCHK00000522 | $20,381.12 |
| | 13302 | Z_10072 | MEDLINE INDUSTRIES INC | 2/2/2017 | OPERATING | PMCHK00000524 | $4,451.50 |
| | 13330 | Z_10072 | MEDLINE INDUSTRIES INC | 2/7/2017 | OPERATING | PMCHK00000528 | $19,109.30 |
| | 13337 | Z_10072 | MEDLINE INDUSTRIES INC | 2/9/2017 | OPERATING | PMCHK00000530 | $5,275.00 |
| | 13339 | Z_10072 | MEDLINE INDUSTRIES INC | 2/10/2017 | OPERATING | PMCHK00000531 | $842.29 |
| | 13443 | Z_10072 | MEDLINE INDUSTRIES INC | 2/14/2017 | OPERATING | PMCHK00000536 | $22,166.32 |
| | 13449 | Z_10072 | MEDLINE INDUSTRIES INC | 2/16/2017 | OPERATING | PMCHK00000538 | $5,559.17 |
| | 13485 | Z_10072 | MEDLINE INDUSTRIES INC | 2/21/2017 | OPERATING | PMCHK00000540 | $26,427.15 |
| | 13490 | Z_10072 | MEDLINE INDUSTRIES INC | 2/21/2017 | OPERATING | PMCHK00000541 | $1,282.77 |
| | 13492 | Z_10072 | MEDLINE INDUSTRIES INC | 2/23/2017 | OPERATING | PMCHK00000543 | $4,964.57 |
| | 13494 | Z_10072 | MEDLINE INDUSTRIES INC | 2/24/2017 | OPERATING | PMCHK00000544 | $972.80 |
| | 13574 | Z_10072 | MEDLINE INDUSTRIES INC | 2/28/2017 | OPERATING | PMCHK00000549 | $14,071.75 |
| | 13581 | Z_10072 | MEDLINE INDUSTRIES INC | 3/2/2017 | OPERATING | PMCHK00000551 | $7,827.27 |
| | 13638 | Z_10072 | MEDLINE INDUSTRIES INC | 3/7/2017 | OPERATING | PMCHK00000555 | $15,843.76 |
| | 13643 | Z_10072 | MEDLINE INDUSTRIES INC | 3/9/2017 | OPERATING | PMCHK00000557 | $13,396.75 |
| | 13674 | Z_10072 | MEDLINE INDUSTRIES INC | 3/14/2017 | OPERATING | PMCHK00000562 | $12,572.46 |
| | 13682 | Z_10072 | MEDLINE INDUSTRIES INC | 3/16/2017 | OPERATING | PMCHK00000565 | $5,385.08 |
| | 13721 | Z_10072 | MEDLINE INDUSTRIES INC | 3/21/2017 | OPERATING | PMCHK00000569 | $23,228.55 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 13727 | Z_10072 | MEDLINE INDUSTRIES INC | 3/23/2017 | OPERATING | PMCHK00000571 | $3,548.49 |
| | 13742 | Z_10072 | MEDLINE INDUSTRIES INC | 3/28/2017 | OPERATING | PMCHK00000575 | $11,245.41 |
| * | 13749 | Z_10072 | MEDLINE INDUSTRIES INC | 3/30/2017 | OPERATING | PMCHK00000577 | $45,780.97 |
| | 13753 | Z_10072 | MEDLINE INDUSTRIES INC | 3/30/2017 | OPERATING | PMCHK00000577 | $45,780.97 |
| | 13784 | Z_10072 | MEDLINE INDUSTRIES INC | 3/31/2017 | OPERATING | PMCHK00000579 | $2,062.15 |
| | 13262 | Z_10073 | MEDTOX DIAGNOSTICS, INC | 1/27/2017 | OPERATING | PMCHK00000519 | $1,444.18 |
| | 13614 | Z_10073 | MEDTOX DIAGNOSTICS, INC | 3/3/2017 | OPERATING | PMCHK00000552 | $601.19 |
| | 13383 | Z_10074 | METLIFE GROUP BENEFITS | 2/10/2017 | OPERATING | PMCHK00000533 | $2,483.57 |
| | 13542 | Z_10074 | METLIFE GROUP BENEFITS | 2/24/2017 | OPERATING | PMCHK00000545 | $2,483.57 |
| | 12995 | Z_10075 | MISSION LINEN AND UNIFORM SVS | 1/4/2017 | OPERATING | PMCHK00000496 | $6,208.42 |
| | 13010 | Z_10075 | MISSION LINEN AND UNIFORM SVS | 1/9/2017 | OPERATING | PMCHK00000499 | $6,176.74 |
| | 13048 | Z_10075 | MISSION LINEN AND UNIFORM SVS | 1/17/2017 | OPERATING | PMCHK00000506 | $5,389.41 |
| | 13223 | Z_10075 | MISSION LINEN AND UNIFORM SVS | 1/23/2017 | OPERATING | PMCHK00000515 | $7,709.18 |
| | 13295 | Z_10075 | MISSION LINEN AND UNIFORM SVS | 1/30/2017 | OPERATING | PMCHK00000522 | $7,782.82 |
| | 13325 | Z_10075 | MISSION LINEN AND UNIFORM SVS | 2/6/2017 | OPERATING | PMCHK00000526 | $5,445.52 |
| | 13442 | Z_10075 | MISSION LINEN AND UNIFORM SVS | 2/14/2017 | OPERATING | PMCHK00000535 | $7,351.85 |
| | 13481 | Z_10075 | MISSION LINEN AND UNIFORM SVS | 2/21/2017 | OPERATING | PMCHK00000540 | $6,770.18 |
| | 13569 | Z_10075 | MISSION LINEN AND UNIFORM SVS | 2/28/2017 | OPERATING | PMCHK00000548 | $7,297.43 |
| | 13634 | Z_10075 | MISSION LINEN AND UNIFORM SVS | 3/7/2017 | OPERATING | PMCHK00000554 | $6,182.44 |
| | 13673 | Z_10075 | MISSION LINEN AND UNIFORM SVS | 3/14/2017 | OPERATING | PMCHK00000561 | $6,484.17 |
| | 13719 | Z_10075 | MISSION LINEN AND UNIFORM SVS | 3/21/2017 | OPERATING | PMCHK00000568 | $6,913.98 |
| | 13739 | Z_10075 | MISSION LINEN AND UNIFORM SVS | 3/28/2017 | OPERATING | PMCHK00000574 | $5,547.77 |
| | 13768 | Z_10075 | MISSION LINEN AND UNIFORM SVS | 3/30/2017 | OPERATING | PMCHK00000578 | $7,194.68 |
| * | 13126 | Z_10088 | STRYKER ENDOSCOPY | 1/21/2017 | OPERATING | PMCHK00000513 | $550.00 |
| | 13196 | Z_10088 | STRYKER ENDOSCOPY | 1/21/2017 | OPERATING | PMCHK00000513 | $550.00 |
| | 1/30/17ACH | Z_10089 | STRYKER INSTRUMENTS | 1/30/2017 | OPERATING | PMPAY00000198 | $36,300.00 |
| | 13321 | Z_10089 | STRYKER INSTRUMENTS | 2/6/2017 | OPERATING | PMCHK00000526 | $2,139.01 |
| | 13445 | Z_10089 | STRYKER INSTRUMENTS | 2/15/2017 | OPERATING | PMCHK00000537 | $2,812.58 |
| | 13487 | Z_10089 | STRYKER INSTRUMENTS | 2/21/2017 | OPERATING | PMCHK00000540 | $3,661.25 |
| | 13676 | Z_10089 | STRYKER INSTRUMENTS | 3/14/2017 | OPERATING | PMCHK00000562 | $176.43 |
| | 13723 | Z_10089 | STRYKER INSTRUMENTS | 3/21/2017 | OPERATING | PMCHK00000569 | $842.13 |
| * | 13750 | Z_10089 | STRYKER INSTRUMENTS | 3/30/2017 | OPERATING | PMCHK00000577 | $365.30 |
| | 13754 | Z_10089 | STRYKER INSTRUMENTS | 3/30/2017 | OPERATING | PMCHK00000577 | $365.30 |
| | 13011 | Z_10090 | STRYKER ORTHOPAEDICS | 1/9/2017 | OPERATING | PMCHK00000500 | $8,242.24 |
| | 13017 | Z_10090 | STRYKER ORTHOPAEDICS | 1/12/2017 | OPERATING | PMCHK00000504 | $2,563.25 |
| | 13038 | Z_10090 | STRYKER ORTHOPAEDICS | 1/13/2017 | OPERATING | PMCHK00000505 | $750.00 |
| | 13052 | Z_10090 | STRYKER ORTHOPAEDICS | 1/17/2017 | OPERATING | PMCHK00000507 | $6,032.37 |
| | 13218 | Z_10090 | STRYKER ORTHOPAEDICS | 1/23/2017 | OPERATING | PMCHK00000515 | $2,118.01 |
| | 13224 | Z_10090 | STRYKER ORTHOPAEDICS | 1/24/2017 | OPERATING | PMCHK00000516 | $3,869.56 |
| | 13228 | Z_10090 | STRYKER ORTHOPAEDICS | 1/25/2017 | OPERATING | PMCHK00000517 | $995.96 |
| | 13276 | Z_10090 | STRYKER ORTHOPAEDICS | 1/27/2017 | OPERATING | PMCHK00000519 | $756.05 |
| | 13298 | Z_10090 | STRYKER ORTHOPAEDICS | 2/1/2017 | OPERATING | PMCHK00000523 | $3,800.00 |
| | 13310 | Z_10090 | STRYKER ORTHOPAEDICS | 2/3/2017 | OPERATING | PMCHK00000525 | $750.00 |
| | 13322 | Z_10090 | STRYKER ORTHOPAEDICS | 2/6/2017 | OPERATING | PMCHK00000526 | $3,173.38 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 13336 | Z_10090 | STRYKER ORTHOPAEDICS | 2/9/2017 | OPERATING | PMCHK00000530 | $1,862.97 |
| | 13439 | Z_10090 | STRYKER ORTHOPAEDICS | 2/13/2017 | OPERATING | PMCHK00000534 | $550.58 |
| | 13448 | Z_10090 | STRYKER ORTHOPAEDICS | 2/16/2017 | OPERATING | PMCHK00000538 | $3,955.23 |
| | 13480 | Z_10090 | STRYKER ORTHOPAEDICS | 2/21/2017 | OPERATING | PMCHK00000540 | $750.00 |
| | 13493 | Z_10090 | STRYKER ORTHOPAEDICS | 2/23/2017 | OPERATING | PMCHK00000543 | $4,049.24 |
| | 13577 | Z_10090 | STRYKER ORTHOPAEDICS | 3/2/2017 | OPERATING | PMCHK00000551 | $1,584.26 |
| | 13639 | Z_10090 | STRYKER ORTHOPAEDICS | 3/7/2017 | OPERATING | PMCHK00000555 | $6,218.44 |
| | 13677 | Z_10090 | STRYKER ORTHOPAEDICS | 3/14/2017 | OPERATING | PMCHK00000562 | $1,593.47 |
| | 13716 | Z_10090 | STRYKER ORTHOPAEDICS | 3/17/2017 | OPERATING | PMCHK00000567 | $750.00 |
| | 13718 | Z_10090 | STRYKER ORTHOPAEDICS | 3/17/2017 | OPERATING | PMCHK00000566 | $750.00 |
| | 13728 | Z_10090 | STRYKER ORTHOPAEDICS | 3/23/2017 | OPERATING | PMCHK00000571 | $2,817.80 |
| | 13278 | Z_10092 | TELCOR INC | 1/27/2017 | OPERATING | PMCHK00000519 | $2,280.50 |
| * | 13133 | Z_10093 | TRIBRIDGE HOLDINGS LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $600.00 |
| | 13203 | Z_10093 | TRIBRIDGE HOLDINGS LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $600.00 |
| | 13282 | Z_10093 | TRIBRIDGE HOLDINGS LLC | 1/27/2017 | OPERATING | PMCHK00000519 | $1,450.00 |
| | 13400 | Z_10093 | TRIBRIDGE HOLDINGS LLC | 2/10/2017 | OPERATING | PMCHK00000533 | $300.00 |
| | 13559 | Z_10093 | TRIBRIDGE HOLDINGS LLC | 2/24/2017 | OPERATING | PMCHK00000545 | $150.00 |
| | 13283 | Z_10094 | TROY GROUP INC | 1/27/2017 | OPERATING | PMCHK00000519 | $638.12 |
| * | 13137 | Z_10095 | UNIVERSAL BACKGROUND SCREENING | 1/21/2017 | OPERATING | PMCHK00000513 | $307.00 |
| | 13207 | Z_10095 | UNIVERSAL BACKGROUND SCREENING | 1/21/2017 | OPERATING | PMCHK00000513 | $307.00 |
| * | 13143 | Z_10097 | WAXIE SANITARY SUPPLY | 1/21/2017 | OPERATING | PMCHK00000513 | $1,820.34 |
| | 13213 | Z_10097 | WAXIE SANITARY SUPPLY | 1/21/2017 | OPERATING | PMCHK00000513 | $1,820.34 |
| | 13288 | Z_10097 | WAXIE SANITARY SUPPLY | 1/27/2017 | OPERATING | PMCHK00000519 | $2,549.89 |
| | 13314 | Z_10097 | WAXIE SANITARY SUPPLY | 2/3/2017 | OPERATING | PMCHK00000525 | $81.25 |
| | 13408 | Z_10097 | WAXIE SANITARY SUPPLY | 2/10/2017 | OPERATING | PMCHK00000533 | $1,463.97 |
| | 13564 | Z_10097 | WAXIE SANITARY SUPPLY | 2/24/2017 | OPERATING | PMCHK00000545 | $1,631.12 |
| | 13630 | Z_10097 | WAXIE SANITARY SUPPLY | 3/3/2017 | OPERATING | PMCHK00000552 | $637.91 |
| | 13706 | Z_10097 | WAXIE SANITARY SUPPLY | 3/17/2017 | OPERATING | PMCHK00000567 | $872.36 |
| | 010617 ACH | Z_10101 | AMERISOURCE BERGEN DRUG CORPOR | 1/6/2017 | OPERATING | PMPAY00000192 | $19,024.34 |
| | 011317 ACH | Z_10101 | AMERISOURCE BERGEN DRUG CORPOR | 1/13/2017 | OPERATING | PMPAY00000193 | $27,845.55 |
| | 012017 ACH | Z_10101 | AMERISOURCE BERGEN DRUG CORPOR | 1/23/2017 | OPERATING | PMPAY00000194 | $25,345.54 |
| | 012517 ACH | Z_10101 | AMERISOURCE BERGEN DRUG CORPOR | 1/25/2017 | OPERATING | PMPAY00000195 | $17,000.00 |
| | 012717 ACH | Z_10101 | AMERISOURCE BERGEN DRUG CORPOR | 1/27/2017 | OPERATING | PMPAY00000196 | $12,785.77 |
| | 021017 ACH | Z_10101 | AMERISOURCE BERGEN DRUG CORPOR | 2/10/2017 | OPERATING | PMPAY00000208 | $29,260.73 |
| | 021417 ACH | Z_10101 | AMERISOURCE BERGEN DRUG CORPOR | 2/14/2017 | OPERATING | PMPAY00000215 | $10,500.00 |
| | 021717 ACH | Z_10101 | AMERISOURCE BERGEN DRUG CORPOR | 2/17/2017 | OPERATING | PMPAY00000216 | $16,783.50 |
| | 022317 ACH | Z_10101 | AMERISOURCE BERGEN DRUG CORPOR | 2/23/2017 | OPERATING | PMPAY00000217 | $23,000.00 |
| | 022417 ACH | Z_10101 | AMERISOURCE BERGEN DRUG CORPOR | 2/24/2017 | OPERATING | PMPAY00000218 | $17,095.13 |
| | 030117 ACH | Z_10101 | AMERISOURCE BERGEN DRUG CORPOR | 3/1/2017 | OPERATING | PMPAY00000224 | $17,000.00 |
| | 030317 ACH | Z_10101 | AMERISOURCE BERGEN DRUG CORPOR | 3/3/2017 | OPERATING | PMPAY00000225 | $20,949.02 |
| | 030717 ACH | Z_10101 | AMERISOURCE BERGEN DRUG CORPOR | 3/7/2017 | OPERATING | PMPAY00000226 | $10,000.00 |
| | 031017 ACH | Z_10101 | AMERISOURCE BERGEN DRUG CORPOR | 3/10/2017 | OPERATING | PMPAY00000227 | $20,752.57 |
| | 031717 ACH | Z_10101 | AMERISOURCE BERGEN DRUG CORPOR | 3/17/2017 | OPERATING | PMPAY00000236 | $31,940.76 |
| | 032417 ACH | Z_10101 | AMERISOURCE BERGEN DRUG CORPOR | 3/24/2017 | OPERATING | PMPAY00000242 | $25,362.98 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 033117 ACH | Z_10101 | AMERISOURCE BERGEN DRUG CORPOR | 3/31/2017 | OPERATING | PMPAY00000251 | $26,123.43 |
| | 1/31/17 ACH | Z_10101 | AMERISOURCE BERGEN DRUG CORPOR | 1/31/2017 | OPERATING | PMPAY00000199 | $5,400.00 |
| | 2/3/17 ACH | Z_10101 | AMERISOURCE BERGEN DRUG CORPOR | 2/3/2017 | OPERATING | PMPAY00000200 | $34,014.77 |
| * | 13142 | Z_10105 | WASTE MANAGEMENT PHOENIX COLLE | 1/21/2017 | OPERATING | PMCHK00000513 | $472.40 |
| | 13212 | Z_10105 | WASTE MANAGEMENT PHOENIX COLLE | 1/21/2017 | OPERATING | PMCHK00000513 | $472.40 |
| | 13476 | Z_10105 | WASTE MANAGEMENT PHOENIX COLLE | 2/17/2017 | OPERATING | PMCHK00000539 | $500.47 |
| | 13629 | Z_10105 | WASTE MANAGEMENT PHOENIX COLLE | 3/3/2017 | OPERATING | PMCHK00000552 | $600.00 |
| * | 13001 | Z_10106 | NAVEX GLOBAL | 1/6/2017 | OPERATING | PMCHK00000497 | $2,000.00 |
| | 13007 | Z_10106 | NAVEX GLOBAL | 1/6/2017 | OPERATING | PMCHK00000497 | $2,000.00 |
| | 13358 | Z_10107 | COOK MEDICAL LLC | 2/10/2017 | OPERATING | PMCHK00000533 | $1,559.67 |
| | 13599 | Z_10107 | COOK MEDICAL LLC | 3/3/2017 | OPERATING | PMCHK00000552 | $952.01 |
| | 13553 | Z_10108 | SOUTHWEST ACCESS & VIDEO | 2/24/2017 | OPERATING | PMCHK00000545 | $1,609.07 |
| | 13621 | Z_10108 | SOUTHWEST ACCESS & VIDEO | 3/3/2017 | OPERATING | PMCHK00000552 | $2,930.40 |
| | 13527 | Z_10110 | THE GUARDIAN LIFE INSURANCE CO | 2/24/2017 | OPERATING | PMCHK00000545 | $8,291.88 |
| | DECEMBER 2016 ACH | Z_10110 | THE GUARDIAN LIFE INSURANCE CO | 1/13/2017 | OPERATING | PMPAY00000203 | $9,717.59 |
| | JANUARY 2017 ACH | Z_10110 | THE GUARDIAN LIFE INSURANCE CO | 1/30/2017 | OPERATING | PMPAY00000204 | $8,575.65 |
| * | 13123 | Z_10111 | SOUTHWEST GAS CORPORATION | 1/21/2017 | OPERATING | PMCHK00000513 | $7,001.12 |
| | 13193 | Z_10111 | SOUTHWEST GAS CORPORATION | 1/21/2017 | OPERATING | PMCHK00000513 | $7,001.12 |
| | 13392 | Z_10111 | SOUTHWEST GAS CORPORATION | 2/10/2017 | OPERATING | PMCHK00000533 | $6,241.43 |
| | 13437 | Z_10111 | SOUTHWEST GAS CORPORATION | 2/10/2017 | OPERATING | PMCHK00000533 | $12,454.24 |
| * | 13125 | Z_10113 | STERIS CORP | 1/21/2017 | OPERATING | PMCHK00000513 | $452.06 |
| | 13195 | Z_10113 | STERIS CORP | 1/21/2017 | OPERATING | PMCHK00000513 | $452.06 |
| | 13274 | Z_10113 | STERIS CORP | 1/27/2017 | OPERATING | PMCHK00000519 | $452.06 |
| | 13554 | Z_10113 | STERIS CORP | 2/24/2017 | OPERATING | PMCHK00000545 | $452.06 |
| | 13667 | Z_10113 | STERIS CORP | 3/10/2017 | OPERATING | PMCHK00000560 | $555.16 |
| | 13763 | Z_10113 | STERIS CORP | 3/30/2017 | OPERATING | PMCHK00000578 | $1,079.25 |
| | 13255 | Z_10114 | IMMUCOR INC | 1/27/2017 | OPERATING | PMCHK00000519 | $1,201.83 |
| | 13370 | Z_10114 | IMMUCOR INC | 2/10/2017 | OPERATING | PMCHK00000533 | $1,853.84 |
| | 13530 | Z_10114 | IMMUCOR INC | 2/24/2017 | OPERATING | PMCHK00000545 | $1,204.42 |
| * | 13082 | Z_10115 | CAREFUSION SOLUTIONS 2200  INC | 1/21/2017 | OPERATING | PMCHK00000513 | $188.24 |
| | 13152 | Z_10115 | CAREFUSION SOLUTIONS 2200  INC | 1/21/2017 | OPERATING | PMCHK00000513 | $188.24 |
| | 13511 | Z_10115 | CAREFUSION SOLUTIONS 2200  INC | 2/24/2017 | OPERATING | PMCHK00000545 | $542.15 |
| | 13653 | Z_10115 | CAREFUSION SOLUTIONS 2200  INC | 3/10/2017 | OPERATING | PMCHK00000560 | $12,742.00 |
| * | 13099 | Z_10119 | GREEN VALLEY HOSPITAL - PETTY | 1/21/2017 | OPERATING | PMCHK00000513 | $35.00 |
| | 13169 | Z_10119 | GREEN VALLEY HOSPITAL - PETTY | 1/21/2017 | OPERATING | PMCHK00000513 | $35.00 |
| | 13309 | Z_10119 | GREEN VALLEY HOSPITAL - PETTY | 2/3/2017 | OPERATING | PMCHK00000525 | $17.92 |
| | 13222 | Z_10121 | BAYER HEALTHCARE LLC | 1/23/2017 | OPERATING | PMCHK00000515 | $1,649.47 |
| | 13296 | Z_10121 | BAYER HEALTHCARE LLC | 2/1/2017 | OPERATING | PMCHK00000523 | $261.89 |
| | 13578 | Z_10121 | BAYER HEALTHCARE LLC | 3/2/2017 | OPERATING | PMCHK00000551 | $1,649.47 |
| | 13741 | Z_10121 | BAYER HEALTHCARE LLC | 3/28/2017 | OPERATING | PMCHK00000575 | $1,649.47 |
| | 13460 | Z_10124 | GI SUPPLY  INC | 2/17/2017 | OPERATING | PMCHK00000539 | $313.00 |
| | 13013 | Z_10126 | SIEMENS HEALTHCARE DIAGNOSTICS | 1/9/2017 | OPERATING | PMCHK00000500 | $3,346.61 |
| | 13037 | Z_10126 | SIEMENS HEALTHCARE DIAGNOSTICS | 1/13/2017 | OPERATING | PMCHK00000505 | $1,784.50 |
| | 13050 | Z_10126 | SIEMENS HEALTHCARE DIAGNOSTICS | 1/17/2017 | OPERATING | PMCHK00000507 | $14,281.24 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| * | 13121 | Z_10126 | SIEMENS HEALTHCARE DIAGNOSTICS | 1/21/2017 | OPERATING | PMCHK00000513 | $1,784.50 |
| | 13191 | Z_10126 | SIEMENS HEALTHCARE DIAGNOSTICS | 1/21/2017 | OPERATING | PMCHK00000513 | $1,784.50 |
| | 13221 | Z_10126 | SIEMENS HEALTHCARE DIAGNOSTICS | 1/23/2017 | OPERATING | PMCHK00000515 | $6,591.60 |
| | 13271 | Z_10126 | SIEMENS HEALTHCARE DIAGNOSTICS | 1/27/2017 | OPERATING | PMCHK00000519 | $3,500.00 |
| | 13324 | Z_10126 | SIEMENS HEALTHCARE DIAGNOSTICS | 2/6/2017 | OPERATING | PMCHK00000526 | $5,636.08 |
| | 13488 | Z_10126 | SIEMENS HEALTHCARE DIAGNOSTICS | 2/21/2017 | OPERATING | PMCHK00000540 | $5,441.51 |
| | 13549 | Z_10126 | SIEMENS HEALTHCARE DIAGNOSTICS | 2/24/2017 | OPERATING | PMCHK00000545 | $3,000.00 |
| | 13568 | Z_10126 | SIEMENS HEALTHCARE DIAGNOSTICS | 2/27/2017 | OPERATING | PMCHK00000547 | $6,371.08 |
| | 13637 | Z_10126 | SIEMENS HEALTHCARE DIAGNOSTICS | 3/7/2017 | OPERATING | PMCHK00000555 | $5,820.71 |
| | 13675 | Z_10126 | SIEMENS HEALTHCARE DIAGNOSTICS | 3/14/2017 | OPERATING | PMCHK00000562 | $5,697.81 |
| | 13715 | Z_10126 | SIEMENS HEALTHCARE DIAGNOSTICS | 3/17/2017 | OPERATING | PMCHK00000567 | $3,000.00 |
| | 13724 | Z_10126 | SIEMENS HEALTHCARE DIAGNOSTICS | 3/21/2017 | OPERATING | PMCHK00000569 | $5,854.89 |
| | 13049 | Z_10129 | AFCO CREDIT CORPORATION AND MA | 1/17/2017 | OPERATING | PMCHK00000507 | $16,645.79 |
| | 13237 | Z_10129 | AFCO CREDIT CORPORATION AND MA | 1/27/2017 | OPERATING | PMCHK00000519 | $14,474.60 |
| | 13499 | Z_10129 | AFCO CREDIT CORPORATION AND MA | 2/24/2017 | OPERATING | PMCHK00000545 | $14,474.60 |
| * | 13079 | Z_10131 | BOSTON SCIENTIFIC CORP | 1/21/2017 | OPERATING | PMCHK00000513 | $69.40 |
| | 13149 | Z_10131 | BOSTON SCIENTIFIC CORP | 1/21/2017 | OPERATING | PMCHK00000513 | $69.40 |
| | 13243 | Z_10131 | BOSTON SCIENTIFIC CORP | 1/27/2017 | OPERATING | PMCHK00000519 | $7,057.67 |
| | 13350 | Z_10131 | BOSTON SCIENTIFIC CORP | 2/10/2017 | OPERATING | PMCHK00000533 | $6,039.08 |
| | 13456 | Z_10131 | BOSTON SCIENTIFIC CORP | 2/17/2017 | OPERATING | PMCHK00000539 | $2,004.73 |
| | 13508 | Z_10131 | BOSTON SCIENTIFIC CORP | 2/24/2017 | OPERATING | PMCHK00000545 | $1,875.89 |
| | 13595 | Z_10131 | BOSTON SCIENTIFIC CORP | 3/3/2017 | OPERATING | PMCHK00000552 | $2,846.80 |
| | 13239 | Z_10132 | AMBU INC | 1/27/2017 | OPERATING | PMCHK00000519 | $3,347.09 |
| | 13040 | Z_10135 | TUCSON ELECTRIC POWER | 1/13/2017 | OPERATING | PMCHK00000505 | $20,901.76 |
| * | 13134 | Z_10135 | TUCSON ELECTRIC POWER | 1/21/2017 | OPERATING | PMCHK00000513 | $42,518.75 |
| | 13204 | Z_10135 | TUCSON ELECTRIC POWER | 1/21/2017 | OPERATING | PMCHK00000513 | $42,518.75 |
| | 13284 | Z_10135 | TUCSON ELECTRIC POWER | 1/27/2017 | OPERATING | PMCHK00000519 | $20,000.00 |
| | 13312 | Z_10135 | TUCSON ELECTRIC POWER | 2/3/2017 | OPERATING | PMCHK00000525 | $37,587.80 |
| | 13401 | Z_10135 | TUCSON ELECTRIC POWER | 2/10/2017 | OPERATING | PMCHK00000533 | $20,000.00 |
| | 13475 | Z_10135 | TUCSON ELECTRIC POWER | 2/17/2017 | OPERATING | PMCHK00000539 | $20,000.00 |
| | 13625 | Z_10135 | TUCSON ELECTRIC POWER | 3/3/2017 | OPERATING | PMCHK00000552 | $37,880.07 |
| | 13670 | Z_10135 | TUCSON ELECTRIC POWER | 3/10/2017 | OPERATING | PMCHK00000560 | $20,000.00 |
| | 13074 | Z_10137 | ABBOTT VASCULAR INC | 1/21/2017 | OPERATING | PMCHK00000513 | $1,687.40 |
| | 13234 | Z_10137 | ABBOTT VASCULAR INC | 1/27/2017 | OPERATING | PMCHK00000519 | $2,868.70 |
| | 13341 | Z_10137 | ABBOTT VASCULAR INC | 2/10/2017 | OPERATING | PMCHK00000533 | $1,856.10 |
| | 13498 | Z_10137 | ABBOTT VASCULAR INC | 2/24/2017 | OPERATING | PMCHK00000545 | $1,632.63 |
| | 13586 | Z_10137 | ABBOTT VASCULAR INC | 3/3/2017 | OPERATING | PMCHK00000552 | $833.70 |
| | 13688 | Z_10137 | ABBOTT VASCULAR INC | 3/17/2017 | OPERATING | PMCHK00000567 | $3,790.30 |
| | 13679 | Z_10138 | JOHNSON & JOHNSON HEALTH CARE | 3/14/2017 | OPERATING | PMCHK00000562 | $21,092.64 |
| * | 13078 | Z_10144 | BILLS HOME SERVICE | 1/21/2017 | OPERATING | PMCHK00000513 | $153.00 |
| | 13148 | Z_10144 | BILLS HOME SERVICE | 1/21/2017 | OPERATING | PMCHK00000513 | $153.00 |
| | 13455 | Z_10144 | BILLS HOME SERVICE | 2/17/2017 | OPERATING | PMCHK00000539 | $153.00 |
| | 13772 | Z_10144 | BILLS HOME SERVICE | 3/31/2017 | OPERATING | PMCHK00000579 | $153.00 |
| | 13026 | Z_10145 | COPPER POINT GENERAL INSURANCE | 1/13/2017 | OPERATING | PMCHK00000505 | $20,108.60 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| * | 13095 | Z_10146 | FUJIFILM MEDICAL SYSTEMS USA | 1/21/2017 | OPERATING | PMCHK00000513 | $2,266.67 |
| | 13165 | Z_10146 | FUJIFILM MEDICAL SYSTEMS USA | 1/21/2017 | OPERATING | PMCHK00000513 | $2,266.67 |
| | 13364 | Z_10146 | FUJIFILM MEDICAL SYSTEMS USA | 2/10/2017 | OPERATING | PMCHK00000533 | $2,266.67 |
| * | 13089 | Z_10148 | DR ALEX VERHOOGEN, MD | 1/21/2017 | OPERATING | PMCHK00000513 | $19,200.00 |
| * | 13159 | Z_10148 | DR ALEX VERHOOGEN, MD | 1/21/2017 | OPERATING | PMCHK00000513 | $19,200.00 |
| | 13458 | Z_10148 | DR ALEX VERHOOGEN, MD | 2/17/2017 | OPERATING | PMCHK00000539 | $1,350.00 |
| | 13240 | Z_10149 | AMERICAN RED CROSS | 1/27/2017 | OPERATING | PMCHK00000519 | $10,270.00 |
| | 13304 | Z_10149 | AMERICAN RED CROSS | 2/3/2017 | OPERATING | PMCHK00000525 | $2,355.00 |
| | 13345 | Z_10149 | AMERICAN RED CROSS | 2/10/2017 | OPERATING | PMCHK00000533 | $5,990.08 |
| | 13502 | Z_10149 | AMERICAN RED CROSS | 2/24/2017 | OPERATING | PMCHK00000545 | $4,294.00 |
| | 13591 | Z_10149 | AMERICAN RED CROSS | 3/3/2017 | OPERATING | PMCHK00000552 | $14,211.00 |
| | 13691 | Z_10149 | AMERICAN RED CROSS | 3/17/2017 | OPERATING | PMCHK00000567 | $799.00 |
| | DECEMBER 2016 ACH | Z_10151 | AETNA FUNDING ADVANTAGE | 1/1/2017 | OPERATING | PMPAY00000205 | $102,659.92 |
| | FEBRUARY 2017 ACH | Z_10151 | AETNA FUNDING ADVANTAGE | 3/8/2017 | OPERATING | PMPAY00000229 | $104,624.84 |
| | JANUARY 2017 ACH | Z_10151 | AETNA FUNDING ADVANTAGE | 2/8/2017 | OPERATING | PMPAY00000209 | $103,811.36 |
| | MARCH 2017 ACH | Z_10151 | AETNA FUNDING ADVANTAGE | 3/31/2017 | OPERATING | PMPAY00000245 | $115,314.21 |
| | 13064 | Z_10154 | HOSPIRA WORLDWIDE INC | 1/20/2017 | OPERATING | PMCHK00000511 | $2,117.67 |
| | 13028 | Z_10158 | EMERGENCY SURGICAL SERVICES OF | 1/13/2017 | OPERATING | PMCHK00000505 | $3,600.00 |
| | 13307 | Z_10158 | EMERGENCY SURGICAL SERVICES OF | 2/3/2017 | OPERATING | PMCHK00000525 | $44,200.00 |
| | 13600 | Z_10158 | EMERGENCY SURGICAL SERVICES OF | 3/3/2017 | OPERATING | PMCHK00000552 | $41,100.00 |
| | 13626 | Z_10162 | ULINE | 3/3/2017 | OPERATING | PMCHK00000552 | $2,240.76 |
| * | 13117 | Z_10164 | PDC HEALTHCARE | 1/21/2017 | OPERATING | PMCHK00000513 | $120.66 |
| | 13187 | Z_10164 | PDC HEALTHCARE | 1/21/2017 | OPERATING | PMCHK00000513 | $120.66 |
| | 13265 | Z_10164 | PDC HEALTHCARE | 1/27/2017 | OPERATING | PMCHK00000519 | $700.33 |
| | 13545 | Z_10164 | PDC HEALTHCARE | 2/24/2017 | OPERATING | PMCHK00000545 | $124.71 |
| | 13616 | Z_10164 | PDC HEALTHCARE | 3/3/2017 | OPERATING | PMCHK00000552 | $566.57 |
| | 13702 | Z_10164 | PDC HEALTHCARE | 3/17/2017 | OPERATING | PMCHK00000567 | $144.17 |
| * | 13127 | Z_10166 | SUN RISE BAKING COMPANY LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $614.17 |
| | 13197 | Z_10166 | SUN RISE BAKING COMPANY LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $614.17 |
| | 13394 | Z_10166 | SUN RISE BAKING COMPANY LLC | 2/10/2017 | OPERATING | PMCHK00000533 | $728.85 |
| | 13668 | Z_10166 | SUN RISE BAKING COMPANY LLC | 3/10/2017 | OPERATING | PMCHK00000560 | $578.90 |
| | 13783 | Z_10166 | SUN RISE BAKING COMPANY LLC | 3/31/2017 | OPERATING | PMCHK00000579 | $612.04 |
| * | 13141 | Z_10167 | WASTE MANAGEMENT OF ARIZONA TU | 1/21/2017 | OPERATING | PMCHK00000513 | $896.66 |
| | 13211 | Z_10167 | WASTE MANAGEMENT OF ARIZONA TU | 1/21/2017 | OPERATING | PMCHK00000513 | $896.66 |
| | 13318 | Z_10167 | WASTE MANAGEMENT OF ARIZONA TU | 2/6/2017 | OPERATING | PMCHK00000526 | $1,082.58 |
| | 13407 | Z_10167 | WASTE MANAGEMENT OF ARIZONA TU | 2/10/2017 | OPERATING | PMCHK00000533 | $915.85 |
| * | 13138 | Z_10172 | US BANK EQUIPMENT FINANCE | 1/21/2017 | OPERATING | PMCHK00000513 | $2,869.78 |
| | 13208 | Z_10172 | US BANK EQUIPMENT FINANCE | 1/21/2017 | OPERATING | PMCHK00000513 | $2,869.78 |
| | 13404 | Z_10172 | US BANK EQUIPMENT FINANCE | 2/10/2017 | OPERATING | PMCHK00000533 | $3,168.64 |
| | 13562 | Z_10172 | US BANK EQUIPMENT FINANCE | 2/24/2017 | OPERATING | PMCHK00000545 | $2,926.97 |
| * | 13122 | Z_10173 | SONORA QUEST LABORATORIES LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $11,467.51 |
| | 13192 | Z_10173 | SONORA QUEST LABORATORIES LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $11,467.51 |
| | 13551 | Z_10173 | SONORA QUEST LABORATORIES LLC | 2/24/2017 | OPERATING | PMCHK00000545 | $13,041.53 |
| * | 13101 | Z_10175 | JNG HOLDINGS LLC DBA GREEN VAL | 1/21/2017 | OPERATING | PMCHK00000513 | $24.01 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13171 | Z_10175 | JNG HOLDINGS LLC DBA GREEN VAL | 1/21/2017 | OPERATING | PMCHK00000513 | $24.01 |
| 13463 | Z_10175 | JNG HOLDINGS LLC DBA GREEN VAL | 2/17/2017 | OPERATING | PMCHK00000539 | $98.55 |
| 13777 | Z_10175 | JNG HOLDINGS LLC DBA GREEN VAL | 3/31/2017 | OPERATING | PMCHK00000579 | $45.10 |
| 13627 | Z_10176 | UNITED STATES ENDOSCOPY GROUP | 3/3/2017 | OPERATING | PMCHK00000552 | $682.48 |
| 13025 | Z_10177 | CARDINAL HEALTH 414,LLC NUCLEA | 1/13/2017 | OPERATING | PMCHK00000505 | $1,684.55 |
| 13353 | Z_10177 | CARDINAL HEALTH 414,LLC NUCLEA | 2/10/2017 | OPERATING | PMCHK00000533 | $1,397.57 |
| 8001199002 ACH | Z_10177 | CARDINAL HEALTH 414,LLC NUCLEA | 3/23/2017 | OPERATING | PMPAY00000240 | $66.52 |
| 8001199003 ACH | Z_10177 | CARDINAL HEALTH 414,LLC NUCLEA | 3/23/2017 | OPERATING | PMPAY00000240 | $1,206.58 |
| 8001204987 ACH | Z_10177 | CARDINAL HEALTH 414,LLC NUCLEA | 3/23/2017 | OPERATING | PMPAY00000240 | $957.23 |
| 8001219684 ACH | Z_10177 | CARDINAL HEALTH 414,LLC NUCLEA | 3/23/2017 | OPERATING | PMPAY00000240 | $1,100.05 |
| 8001224809 ACH | Z_10177 | CARDINAL HEALTH 414,LLC NUCLEA | 3/23/2017 | OPERATING | PMPAY00000240 | $256.98 |
| 8001230977 ACH | Z_10177 | CARDINAL HEALTH 414,LLC NUCLEA | 3/23/2017 | OPERATING | PMPAY00000240 | $1,699.26 |
| 8001244466 ACH 1/26 | Z_10177 | CARDINAL HEALTH 414,LLC NUCLEA | 1/26/2017 | OPERATING | PMPAY00000220 | $3,040.50 |
| 8001250585 ACH 2/02 | Z_10177 | CARDINAL HEALTH 414,LLC NUCLEA | 2/2/2017 | OPERATING | PMPAY00000220 | $1,321.43 |
| 8001261594 ACH 2/07 | Z_10177 | CARDINAL HEALTH 414,LLC NUCLEA | 2/7/2017 | OPERATING | PMPAY00000220 | $2,756.33 |
| 8001267910 ACH 2/16 | Z_10177 | CARDINAL HEALTH 414,LLC NUCLEA | 2/16/2017 | OPERATING | PMPAY00000220 | $488.28 |
| 8001273455 ACH | Z_10177 | CARDINAL HEALTH 414,LLC NUCLEA | 2/23/2017 | OPERATING | PMPAY00000233 | $1,580.30 |
| 8001279340 ACH | Z_10177 | CARDINAL HEALTH 414,LLC NUCLEA | 3/2/2017 | OPERATING | PMPAY00000233 | $2,068.91 |
| 8001286578 ACH | Z_10177 | CARDINAL HEALTH 414,LLC NUCLEA | 3/7/2017 | OPERATING | PMPAY00000233 | $1,850.32 |
| 8001293695 ACH | Z_10177 | CARDINAL HEALTH 414,LLC NUCLEA | 3/23/2017 | OPERATING | PMPAY00000248 | $937.24 |
| 8001299505 ACH | Z_10177 | CARDINAL HEALTH 414,LLC NUCLEA | 3/30/2017 | OPERATING | PMPAY00000247 | $2,135.71 |
| 13259 | Z_10178 | MMODAL SERVICES LTD | 1/27/2017 | OPERATING | PMCHK00000519 | $23,277.75 |
| 13377 | Z_10178 | MMODAL SERVICES LTD | 2/10/2017 | OPERATING | PMCHK00000533 | $22,235.10 |
| 13539 | Z_10178 | MMODAL SERVICES LTD | 2/24/2017 | OPERATING | PMCHK00000545 | $2,662.30 |
| 13611 | Z_10178 | MMODAL SERVICES LTD | 3/3/2017 | OPERATING | PMCHK00000552 | $35,362.15 |
| 13388 | Z_10180 | MELISSA WITT - DBA PROMOTING U | 2/10/2017 | OPERATING | PMCHK00000533 | $440.94 |
| 13369 | Z_10182 | HEALTHSTREAM INC | 2/10/2017 | OPERATING | PMCHK00000533 | $2,123.27 |
| 12994 | Z_10183 | SHAMROCK FOODS BEVERAGE DEPART | 1/4/2017 | OPERATING | PMCHK00000495 | $3,470.37 |
| 13016 | Z_10183 | SHAMROCK FOODS BEVERAGE DEPART | 1/11/2017 | OPERATING | PMCHK00000503 | $3,686.22 |
| 13057 | Z_10183 | SHAMROCK FOODS BEVERAGE DEPART | 1/19/2017 | OPERATING | PMCHK00000509 | $4,121.49 |
| 13230 | Z_10183 | SHAMROCK FOODS BEVERAGE DEPART | 1/25/2017 | OPERATING | PMCHK00000517 | $4,060.51 |
| 13299 | Z_10183 | SHAMROCK FOODS BEVERAGE DEPART | 2/1/2017 | OPERATING | PMCHK00000523 | $3,815.30 |
| 13333 | Z_10183 | SHAMROCK FOODS BEVERAGE DEPART | 2/8/2017 | OPERATING | PMCHK00000529 | $4,366.78 |
| 13446 | Z_10183 | SHAMROCK FOODS BEVERAGE DEPART | 2/15/2017 | OPERATING | PMCHK00000537 | $4,780.84 |
| 13491 | Z_10183 | SHAMROCK FOODS BEVERAGE DEPART | 2/23/2017 | OPERATING | PMCHK00000542 | $3,712.75 |
| 13576 | Z_10183 | SHAMROCK FOODS BEVERAGE DEPART | 3/1/2017 | OPERATING | PMCHK00000550 | $4,933.04 |
| 13640 | Z_10183 | SHAMROCK FOODS BEVERAGE DEPART | 3/8/2017 | OPERATING | PMCHK00000556 | $4,783.61 |
| 13680 | Z_10183 | SHAMROCK FOODS BEVERAGE DEPART | 3/16/2017 | OPERATING | PMCHK00000563 | $4,262.97 |
| 13726 | Z_10183 | SHAMROCK FOODS BEVERAGE DEPART | 3/22/2017 | OPERATING | PMCHK00000570 | $4,408.69 |
| 13746 | Z_10183 | SHAMROCK FOODS BEVERAGE DEPART | 3/29/2017 | OPERATING | PMCHK00000576 | $4,026.50 |
| 13766 | Z_10183 | SHAMROCK FOODS BEVERAGE DEPART | 3/30/2017 | OPERATING | PMCHK00000578 | $4,500.00 |
| 13046 | Z_10184 | SOUTHERN ARIZONA ANESTHESIA SE | 1/13/2017 | OPERATING | PMCHK00000505 | $17,500.00 |
| 13070 | Z_10184 | SOUTHERN ARIZONA ANESTHESIA SE | 1/20/2017 | OPERATING | PMCHK00000511 | $17,500.00 |
| 13391 | Z_10184 | SOUTHERN ARIZONA ANESTHESIA SE | 2/10/2017 | OPERATING | PMCHK00000533 | $20,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 13472 | Z_10184 | SOUTHERN ARIZONA ANESTHESIA SE | 2/17/2017 | OPERATING | PMCHK00000539 | $20,000.00 |
| | 13552 | Z_10184 | SOUTHERN ARIZONA ANESTHESIA SE | 2/24/2017 | OPERATING | PMCHK00000545 | $20,000.00 |
| | 13714 | Z_10184 | SOUTHERN ARIZONA ANESTHESIA SE | 3/17/2017 | OPERATING | PMCHK00000567 | $20,000.00 |
| | 13735 | Z_10184 | SOUTHERN ARIZONA ANESTHESIA SE | 3/24/2017 | OPERATING | PMCHK00000572 | $20,000.00 |
| | 13762 | Z_10184 | SOUTHERN ARIZONA ANESTHESIA SE | 3/30/2017 | OPERATING | PMCHK00000578 | $20,000.00 |
| | 13566 | Z_10185 | PAYFLEX / AETNA CONSUMER FINAN | 2/26/2017 | OPERATING | PMCHK00000546 | $1,247.40 |
| | DECEMBER 2016 ACH | Z_10185 | PAYFLEX / AETNA CONSUMER FINAN | 1/13/2017 | OPERATING | PMPAY00000206 | $18,887.90 |
| | FEB 2017 2/17 EE ACH | Z_10185 | PAYFLEX / AETNA CONSUMER FINAN | 3/1/2017 | OPERATING | PMPAY00000222 | $6,587.28 |
| | FEB 2017 2/3 EE ACH | Z_10185 | PAYFLEX / AETNA CONSUMER FINAN | 2/13/2017 | OPERATING | PMPAY00000219 | $5,116.90 |
| | FEB 2017 EMPLOYER AC | Z_10185 | PAYFLEX / AETNA CONSUMER FINAN | 3/1/2017 | OPERATING | PMPAY00000223 | $8,700.00 |
| | JANUARY 2017 ACH | Z_10185 | PAYFLEX / AETNA CONSUMER FINAN | 2/2/2017 | OPERATING | PMPAY00000207 | $18,353.80 |
| | MAR 2017 3/17 EE ACH | Z_10185 | PAYFLEX / AETNA CONSUMER FINAN | 3/20/2017 | OPERATING | PMPAY00000237 | $6,529.45 |
| | MAR 2017 3/3 EE ACH | Z_10185 | PAYFLEX / AETNA CONSUMER FINAN | 3/7/2017 | OPERATING | PMPAY00000232 | $6,885.45 |
| | MAR 2017 3/31 EE ACH | Z_10185 | PAYFLEX / AETNA CONSUMER FINAN | 3/31/2017 | OPERATING | PMPAY00000249 | $6,029.45 |
| | MAR 2017 EMPLOY ACH | Z_10185 | PAYFLEX / AETNA CONSUMER FINAN | 3/31/2017 | OPERATING | PMPAY00000250 | $8,701.00 |
| | 13380 | Z_10189 | MEDICAL CONSULTANTS NETWORK IN | 2/10/2017 | OPERATING | PMCHK00000533 | $10,000.00 |
| | 13229 | Z_10190 | MAQUET MEDICAL SYSTEMS USA | 1/25/2017 | OPERATING | PMCHK00000517 | $1,197.74 |
| | 13378 | Z_10190 | MAQUET MEDICAL SYSTEMS USA | 2/10/2017 | OPERATING | PMCHK00000533 | $1,029.50 |
| | 13517 | Z_10196 | CREST INSURANCE GROUP LLC | 2/24/2017 | OPERATING | PMCHK00000545 | $6,750.00 |
| * | 13002 | Z_10197 | TRE REIMBURSEMENT CONSULTING I | 1/6/2017 | OPERATING | PMCHK00000497 | $2,500.00 |
| | 13008 | Z_10197 | TRE REIMBURSEMENT CONSULTING I | 1/6/2017 | OPERATING | PMCHK00000497 | $2,500.00 |
| * | 13132 | Z_10197 | TRE REIMBURSEMENT CONSULTING I | 1/21/2017 | OPERATING | PMCHK00000513 | $2,500.00 |
| | 13202 | Z_10197 | TRE REIMBURSEMENT CONSULTING I | 1/21/2017 | OPERATING | PMCHK00000513 | $2,500.00 |
| | 13281 | Z_10197 | TRE REIMBURSEMENT CONSULTING I | 1/27/2017 | OPERATING | PMCHK00000519 | $2,500.00 |
| | 13311 | Z_10197 | TRE REIMBURSEMENT CONSULTING I | 2/3/2017 | OPERATING | PMCHK00000525 | $2,500.00 |
| | 13399 | Z_10197 | TRE REIMBURSEMENT CONSULTING I | 2/10/2017 | OPERATING | PMCHK00000533 | $2,500.00 |
| | 13473 | Z_10197 | TRE REIMBURSEMENT CONSULTING I | 2/17/2017 | OPERATING | PMCHK00000539 | $2,500.00 |
| | 13558 | Z_10197 | TRE REIMBURSEMENT CONSULTING I | 2/24/2017 | OPERATING | PMCHK00000545 | $1,632.19 |
| | 13624 | Z_10197 | TRE REIMBURSEMENT CONSULTING I | 3/3/2017 | OPERATING | PMCHK00000552 | $1,267.50 |
| | 13780 | Z_10197 | TRE REIMBURSEMENT CONSULTING I | 3/31/2017 | OPERATING | PMCHK00000579 | $1,365.00 |
| * | 13145 | Z_10199 | CAROL KING | 1/21/2017 | OPERATING | PMCHK00000513 | $39.98 |
| | 13215 | Z_10199 | CAROL KING | 1/21/2017 | OPERATING | PMCHK00000513 | $39.98 |
| | 13355 | Z_10199 | CAROL KING | 2/10/2017 | OPERATING | PMCHK00000533 | $251.26 |
| | 13597 | Z_10199 | CAROL KING | 3/3/2017 | OPERATING | PMCHK00000552 | $77.00 |
| | 01/27/17ACH | Z_10201 | SPRINGBOARD INC | 1/27/2017 | OPERATING | PMPAY00000197 | $3,500.00 |
| | 13072 | Z_10202 | COVIDIEN LP | 1/20/2017 | OPERATING | PMCHK00000512 | $9,315.93 |
| | 13303 | Z_10202 | COVIDIEN LP | 2/2/2017 | OPERATING | PMCHK00000524 | $1,225.83 |
| | 13329 | Z_10202 | COVIDIEN LP | 2/7/2017 | OPERATING | PMCHK00000528 | $5,370.17 |
| | 13479 | Z_10202 | COVIDIEN LP | 2/17/2017 | OPERATING | PMCHK00000539 | $2,000.00 |
| | 13486 | Z_10202 | COVIDIEN LP | 2/21/2017 | OPERATING | PMCHK00000540 | $4,684.36 |
| | 13496 | Z_10202 | COVIDIEN LP | 2/24/2017 | OPERATING | PMCHK00000544 | $2,257.50 |
| | 13636 | Z_10202 | COVIDIEN LP | 3/7/2017 | OPERATING | PMCHK00000555 | $7,420.76 |
| | 13641 | Z_10202 | COVIDIEN LP | 3/9/2017 | OPERATING | PMCHK00000557 | $6,132.42 |
| | 13709 | Z_10202 | COVIDIEN LP | 3/17/2017 | OPERATING | PMCHK00000567 | $2,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13743 | Z_10202 | COVIDIEN LP | 3/28/2017 | OPERATING | PMCHK00000575 | $886.40 |
| 13536 | Z_10203 | KELLI'S GIFT SHOP SUPPLIES | 2/24/2017 | OPERATING | PMCHK00000545 | $386.06 |
| 13073 | Z_10204 | ABBOTT LABORATORIES INC / ABBO | 1/21/2017 | OPERATING | PMCHK00000513 | $194.75 |
| 13233 | Z_10204 | ABBOTT LABORATORIES INC / ABBO | 1/27/2017 | OPERATING | PMCHK00000519 | $35.22 |
| 13340 | Z_10204 | ABBOTT LABORATORIES INC / ABBO | 2/10/2017 | OPERATING | PMCHK00000533 | $89.99 |
| 13497 | Z_10204 | ABBOTT LABORATORIES INC / ABBO | 2/24/2017 | OPERATING | PMCHK00000545 | $720.80 |
| 13023 | Z_10210 | BEST WESTERN GREEN VALLEY INN | 1/13/2017 | OPERATING | PMCHK00000505 | $809.92 |
| * 13077 | Z_10210 | BEST WESTERN GREEN VALLEY INN | 1/21/2017 | OPERATING | PMCHK00000513 | $911.16 |
| 13147 | Z_10210 | BEST WESTERN GREEN VALLEY INN | 1/21/2017 | OPERATING | PMCHK00000513 | $911.16 |
| 13242 | Z_10210 | BEST WESTERN GREEN VALLEY INN | 1/27/2017 | OPERATING | PMCHK00000519 | $404.96 |
| 13436 | Z_10210 | BEST WESTERN GREEN VALLEY INN | 2/10/2017 | OPERATING | PMCHK00000533 | $911.16 |
| 13507 | Z_10210 | BEST WESTERN GREEN VALLEY INN | 2/24/2017 | OPERATING | PMCHK00000545 | $835.40 |
| 13769 | Z_10210 | BEST WESTERN GREEN VALLEY INN | 3/31/2017 | OPERATING | PMCHK00000579 | $2,480.56 |
| * 12998 | Z_10213 | COOPER SURGICAL INC | 1/6/2017 | OPERATING | PMCHK00000497 | $2,476.73 |
| 13004 | Z_10213 | COOPER SURGICAL INC | 1/6/2017 | OPERATING | PMCHK00000497 | $2,476.73 |
| 13231 | Z_10213 | COOPER SURGICAL INC | 1/26/2017 | OPERATING | PMCHK00000518 | $286.89 |
| 13244 | Z_10213 | COOPER SURGICAL INC | 1/27/2017 | OPERATING | PMCHK00000519 | $3,542.57 |
| 13320 | Z_10213 | COOPER SURGICAL INC | 2/6/2017 | OPERATING | PMCHK00000526 | $3,174.68 |
| 13478 | Z_10213 | COOPER SURGICAL INC | 2/17/2017 | OPERATING | PMCHK00000539 | $1,000.00 |
| 13573 | Z_10213 | COOPER SURGICAL INC | 2/28/2017 | OPERATING | PMCHK00000549 | $1,941.97 |
| 13708 | Z_10213 | COOPER SURGICAL INC | 3/17/2017 | OPERATING | PMCHK00000567 | $1,000.00 |
| 13390 | Z_10222 | SHARN ANESTHESIA INC | 2/10/2017 | OPERATING | PMCHK00000533 | $373.64 |
| 13548 | Z_10222 | SHARN ANESTHESIA INC | 2/24/2017 | OPERATING | PMCHK00000545 | $18.54 |
| 13024 | Z_10229 | COLLEGE OF AMERICAN PATHOLOGIS | 1/13/2017 | OPERATING | PMCHK00000505 | $11,126.48 |
| 13352 | Z_10229 | COLLEGE OF AMERICAN PATHOLOGIS | 2/10/2017 | OPERATING | PMCHK00000533 | $5,577.00 |
| M00171296 ACH | Z_10230 | MED ONE CAPITAL FUNDING LLC | 1/18/2017 | OPERATING | PMPAY00000201 | $12,052.96 |
| M00173002 ACH | Z_10230 | MED ONE CAPITAL FUNDING LLC | 1/25/2017 | OPERATING | PMPAY00000202 | $12,052.96 |
| M00174475 ACH | Z_10230 | MED ONE CAPITAL FUNDING LLC | 2/27/2017 | OPERATING | PMPAY00000221 | $12,052.96 |
| M00176137 ACH | Z_10230 | MED ONE CAPITAL FUNDING LLC | 3/27/2017 | OPERATING | PMPAY00000244 | $12,052.96 |
| 13263 | Z_10235 | NAUGHTON'S CORP | 1/27/2017 | OPERATING | PMCHK00000519 | $447.92 |
| 13385 | Z_10235 | NAUGHTON'S CORP | 2/10/2017 | OPERATING | PMCHK00000533 | $99.46 |
| 13778 | Z_10235 | NAUGHTON'S CORP | 3/31/2017 | OPERATING | PMCHK00000579 | $245.08 |
| * 13088 | Z_10242 | CYRACOM LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $56.31 |
| 13158 | Z_10242 | CYRACOM LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $56.31 |
| 13520 | Z_10242 | CYRACOM LLC | 2/24/2017 | OPERATING | PMCHK00000545 | $56.31 |
| 13360 | Z_10243 | DISCOVER AND RECOVER INC | 2/10/2017 | OPERATING | PMCHK00000533 | $7,462.97 |
| 13291 | Z_10248 | PIMA HEART PHYSICIANS PC | 1/27/2017 | OPERATING | PMCHK00000519 | $28,675.00 |
| 13387 | Z_10248 | PIMA HEART PHYSICIANS PC | 2/10/2017 | OPERATING | PMCHK00000533 | $25,900.00 |
| 13617 | Z_10248 | PIMA HEART PHYSICIANS PC | 3/3/2017 | OPERATING | PMCHK00000552 | $28,675.00 |
| * 13136 | Z_10251 | UNITED BEVERAGE GAS | 1/21/2017 | OPERATING | PMCHK00000513 | $40.54 |
| 13206 | Z_10251 | UNITED BEVERAGE GAS | 1/21/2017 | OPERATING | PMCHK00000513 | $40.54 |
| 13402 | Z_10251 | UNITED BEVERAGE GAS | 2/10/2017 | OPERATING | PMCHK00000533 | $31.33 |
| 13561 | Z_10251 | UNITED BEVERAGE GAS | 2/24/2017 | OPERATING | PMCHK00000545 | $8.11 |
| 13781 | Z_10251 | UNITED BEVERAGE GAS | 3/31/2017 | OPERATING | PMCHK00000579 | $32.43 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13258 | Z_10255 | LEXMARK ENTERPRISE SOFTWARE | 1/27/2017 | OPERATING | PMCHK00000519 | $2,000.00 |
| * 13120 | Z_10256 | SALT WORKS | 1/21/2017 | OPERATING | PMCHK00000513 | $138.03 |
| 13190 | Z_10256 | SALT WORKS | 1/21/2017 | OPERATING | PMCHK00000513 | $138.03 |
| 13470 | Z_10256 | SALT WORKS | 2/17/2017 | OPERATING | PMCHK00000539 | $155.28 |
| 13779 | Z_10256 | SALT WORKS | 3/31/2017 | OPERATING | PMCHK00000579 | $181.16 |
| 13519 | Z_10257 | CYGNUS MEDICAL LLC | 2/24/2017 | OPERATING | PMCHK00000545 | $393.00 |
| 13666 | Z_10261 | SOLAR TECHNICAL SOLUTIONS | 3/10/2017 | OPERATING | PMCHK00000560 | $264.74 |
| 13375 | Z_10263 | KCI USA INC | 2/10/2017 | OPERATING | PMCHK00000533 | $1,225.06 |
| 13535 | Z_10263 | KCI USA INC | 2/24/2017 | OPERATING | PMCHK00000545 | $581.90 |
| 13738 | Z_10264 | DE PUY SYNTHES SALES INC | 3/27/2017 | OPERATING | PMCHK00000573 | $6,093.00 |
| 13235 | Z_10265 | ABILITY NETWORK INC | 1/27/2017 | OPERATING | PMCHK00000519 | $1,328.37 |
| 13587 | Z_10265 | ABILITY NETWORK INC | 3/3/2017 | OPERATING | PMCHK00000552 | $1,354.90 |
| 13405 | Z_10268 | VASCULAR SOLUTIONS INC | 2/10/2017 | OPERATING | PMCHK00000533 | $836.22 |
| * 13107 | Z_10270 | INTELLIQUICK DELIVERY INC | 1/21/2017 | OPERATING | PMCHK00000513 | $137.09 |
| 13177 | Z_10270 | INTELLIQUICK DELIVERY INC | 1/21/2017 | OPERATING | PMCHK00000513 | $137.09 |
| 13372 | Z_10270 | INTELLIQUICK DELIVERY INC | 2/10/2017 | OPERATING | PMCHK00000533 | $259.97 |
| 13226 | Z_10273 | TERUMO MEDICAL CORPORATION | 1/24/2017 | OPERATING | PMCHK00000516 | $2,865.81 |
| 13447 | Z_10273 | TERUMO MEDICAL CORPORATION | 2/15/2017 | OPERATING | PMCHK00000537 | $637.48 |
| 13450 | Z_10273 | TERUMO MEDICAL CORPORATION | 2/16/2017 | OPERATING | PMCHK00000538 | $2,226.30 |
| 13580 | Z_10273 | TERUMO MEDICAL CORPORATION | 3/2/2017 | OPERATING | PMCHK00000551 | $2,760.61 |
| 13647 | Z_10273 | TERUMO MEDICAL CORPORATION | 3/10/2017 | OPERATING | PMCHK00000559 | $2,371.14 |
| 13684 | Z_10273 | TERUMO MEDICAL CORPORATION | 3/16/2017 | OPERATING | PMCHK00000565 | $190.59 |
| 13729 | Z_10273 | TERUMO MEDICAL CORPORATION | 3/23/2017 | OPERATING | PMCHK00000571 | $385.53 |
| 13785 | Z_10273 | TERUMO MEDICAL CORPORATION | 3/31/2017 | OPERATING | PMCHK00000579 | $678.63 |
| * 13112 | Z_10280 | MERIT MEDICAL SYSTEMS INC | 1/21/2017 | OPERATING | PMCHK00000513 | $102.49 |
| 13182 | Z_10280 | MERIT MEDICAL SYSTEMS INC | 1/21/2017 | OPERATING | PMCHK00000513 | $102.49 |
| 13382 | Z_10280 | MERIT MEDICAL SYSTEMS INC | 2/10/2017 | OPERATING | PMCHK00000533 | $516.16 |
| 13541 | Z_10280 | MERIT MEDICAL SYSTEMS INC | 2/24/2017 | OPERATING | PMCHK00000545 | $188.99 |
| 13317 | Z_10282 | ARIZONA COMMUNITY SURGEONS PC | 2/3/2017 | OPERATING | PMCHK00000525 | $7,200.00 |
| 13592 | Z_10282 | ARIZONA COMMUNITY SURGEONS PC | 3/3/2017 | OPERATING | PMCHK00000552 | $24,400.00 |
| * 13087 | Z_10283 | CREEKRIDGE CAPITAL LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $3,715.93 |
| 13157 | Z_10283 | CREEKRIDGE CAPITAL LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $3,715.93 |
| 13516 | Z_10283 | CREEKRIDGE CAPITAL LLC | 2/24/2017 | OPERATING | PMCHK00000545 | $3,548.70 |
| 13241 | Z_10294 | BANNER HEALTH / ENTECH | 1/27/2017 | OPERATING | PMCHK00000519 | $3,842.49 |
| 13348 | Z_10294 | BANNER HEALTH / ENTECH | 2/10/2017 | OPERATING | PMCHK00000533 | $1,656.95 |
| 13504 | Z_10294 | BANNER HEALTH / ENTECH | 2/24/2017 | OPERATING | PMCHK00000545 | $3,570.83 |
| 13567 | Z_10296 | ST JUDE MEDICAL SC INC | 2/27/2017 | OPERATING | PMCHK00000547 | $8,470.00 |
| 2/15/17 ACH | Z_10296 | ST JUDE MEDICAL SC INC | 2/15/2017 | OPERATING | PMPAY00000214 | $17,748.74 |
| 3/17/17 WIRE | Z_10296 | ST JUDE MEDICAL SC INC | 3/17/2017 | OPERATING | PMPAY00000234 | $10,000.00 |
| 13326 | Z_10298 | SOUTHERN ARIZONA GASTROENTEROL | 2/6/2017 | OPERATING | PMCHK00000526 | $34,600.00 |
| 13620 | Z_10298 | SOUTHERN ARIZONA GASTROENTEROL | 3/3/2017 | OPERATING | PMCHK00000552 | $36,700.00 |
| 13286 | Z_10299 | TUCSON PRESSURE WASHING LLC | 1/27/2017 | OPERATING | PMCHK00000519 | $825.00 |
| 13275 | Z_10301 | STRYKER MEDICAL | 1/27/2017 | OPERATING | PMCHK00000519 | $857.91 |
| 031517-GVH2688 WIRE | Z_10303 | MEDTRONIC USA | 3/16/2017 | OPERATING | PMPAY00000231 | $6,450.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 032717-GVH2732 WIRE | Z_10303 | MEDTRONIC USA | 3/27/2017 | OPERATING | PMPAY00000241 | $6,450.00 |
| 13293 | Z_10303 | MEDTRONIC USA | 1/30/2017 | OPERATING | PMCHK00000521 | $1,145.00 |
| 13316 | Z_10303 | MEDTRONIC USA | 2/3/2017 | OPERATING | PMCHK00000525 | $137.28 |
| 13332 | Z_10303 | MEDTRONIC USA | 2/8/2017 | OPERATING | PMCHK00000529 | $5,591.52 |
| 13579 | Z_10303 | MEDTRONIC USA | 3/2/2017 | OPERATING | PMCHK00000551 | $5,591.52 |
| 13642 | Z_10303 | MEDTRONIC USA | 3/9/2017 | OPERATING | PMCHK00000557 | $4,291.96 |
| 13717 | Z_10303 | MEDTRONIC USA | 3/17/2017 | OPERATING | PMCHK00000566 | $306.24 |
| 13737 | Z_10303 | MEDTRONIC USA | 3/24/2017 | OPERATING | PMCHK00000572 | $5,591.52 |
| * 13748 | Z_10303 | MEDTRONIC USA | 3/30/2017 | OPERATING | PMCHK00000577 | $6,065.97 |
| 13752 | Z_10303 | MEDTRONIC USA | 3/30/2017 | OPERATING | PMCHK00000577 | $6,065.97 |
| 2/17/17 ACH | Z_10304 | KARL STORZ ENDOSCOPY - AMERICA | 2/17/2017 | OPERATING | PMPAY00000213 | $2,500.00 |
| 3/17/17 WIRE | Z_10304 | KARL STORZ ENDOSCOPY - AMERICA | 3/17/2017 | OPERATING | PMPAY00000235 | $4,749.66 |
| 13042 | Z_10305 | COMPASS BANK | 1/13/2017 | OPERATING | PMCHK00000505 | $45.51 |
| * 13135 | Z_10306 | UHS - UNIVERSAL HEALTH SERVICE | 1/21/2017 | OPERATING | PMCHK00000513 | $1,384.46 |
| 13205 | Z_10306 | UHS - UNIVERSAL HEALTH SERVICE | 1/21/2017 | OPERATING | PMCHK00000513 | $1,384.46 |
| 13287 | Z_10306 | UHS - UNIVERSAL HEALTH SERVICE | 1/27/2017 | OPERATING | PMCHK00000519 | $1,858.50 |
| 13560 | Z_10306 | UHS - UNIVERSAL HEALTH SERVICE | 2/24/2017 | OPERATING | PMCHK00000545 | $2,407.43 |
| * 13139 | Z_10307 | VERIZON WIRELESS | 1/21/2017 | OPERATING | PMCHK00000513 | $166.70 |
| 13209 | Z_10307 | VERIZON WIRELESS | 1/21/2017 | OPERATING | PMCHK00000513 | $166.70 |
| 13406 | Z_10307 | VERIZON WIRELESS | 2/10/2017 | OPERATING | PMCHK00000533 | $166.40 |
| 13672 | Z_10307 | VERIZON WIRELESS | 3/10/2017 | OPERATING | PMCHK00000560 | $59.60 |
| 13601 | Z_10312 | EMPIRE SOUTHWEST LLC | 3/3/2017 | OPERATING | PMCHK00000552 | $465.00 |
| * 13094 | Z_10313 | FP MAILING SOLUTIONS | 1/21/2017 | OPERATING | PMCHK00000513 | $288.64 |
| 13164 | Z_10313 | FP MAILING SOLUTIONS | 1/21/2017 | OPERATING | PMCHK00000513 | $288.64 |
| 13363 | Z_10313 | FP MAILING SOLUTIONS | 2/10/2017 | OPERATING | PMCHK00000533 | $1,036.65 |
| 13267 | Z_10315 | PROSCRIBE LLC | 1/27/2017 | OPERATING | PMCHK00000519 | $18,058.41 |
| 13389 | Z_10315 | PROSCRIBE LLC | 2/10/2017 | OPERATING | PMCHK00000533 | $23,526.56 |
| * 13093 | Z_10323 | FOOTHILLS PATHOLOGY PC | 1/21/2017 | OPERATING | PMCHK00000513 | $9,275.00 |
| 13163 | Z_10323 | FOOTHILLS PATHOLOGY PC | 1/21/2017 | OPERATING | PMCHK00000513 | $9,275.00 |
| 13523 | Z_10323 | FOOTHILLS PATHOLOGY PC | 2/24/2017 | OPERATING | PMCHK00000545 | $8,225.00 |
| * 13086 | Z_10333 | CITY OF TUCSON / WASTEWATER DE | 1/21/2017 | OPERATING | PMCHK00000513 | $1,466.17 |
| 13156 | Z_10333 | CITY OF TUCSON / WASTEWATER DE | 1/21/2017 | OPERATING | PMCHK00000513 | $1,466.17 |
| 13357 | Z_10333 | CITY OF TUCSON / WASTEWATER DE | 2/10/2017 | OPERATING | PMCHK00000533 | $1,466.17 |
| 13598 | Z_10333 | CITY OF TUCSON / WASTEWATER DE | 3/3/2017 | OPERATING | PMCHK00000552 | $1,466.17 |
| 13290 | Z_10334 | ZOLL MEDICAL CORPORATION | 1/27/2017 | OPERATING | PMCHK00000519 | $1,404.95 |
| 13632 | Z_10334 | ZOLL MEDICAL CORPORATION | 3/3/2017 | OPERATING | PMCHK00000552 | $4,754.76 |
| 13247 | Z_10338 | EDWARDS LIFESCIENCES LLC | 1/27/2017 | OPERATING | PMCHK00000519 | $500.65 |
| * 13130 | Z_10351 | THYSSENKRUPP ELEVATOR CORPORAT | 1/21/2017 | OPERATING | PMCHK00000513 | $824.00 |
| 13200 | Z_10351 | THYSSENKRUPP ELEVATOR CORPORAT | 1/21/2017 | OPERATING | PMCHK00000513 | $824.00 |
| 13279 | Z_10351 | THYSSENKRUPP ELEVATOR CORPORAT | 1/27/2017 | OPERATING | PMCHK00000519 | $849.00 |
| 13623 | Z_10351 | THYSSENKRUPP ELEVATOR CORPORAT | 3/3/2017 | OPERATING | PMCHK00000552 | $16,759.17 |
| * 13124 | Z_10372 | SOUTHWEST ORNAMENTS LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $95.00 |
| 13194 | Z_10372 | SOUTHWEST ORNAMENTS LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $95.00 |
| * 13111 | Z_10374 | LOOMIS ARMORED US LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $219.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13181 | Z_10374 | LOOMIS ARMORED US LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $219.60 |
| 13538 | Z_10374 | LOOMIS ARMORED US LLC | 2/24/2017 | OPERATING | PMCHK00000545 | $221.70 |
| 13704 | Z_10378 | TUCSON TALLOW CO INC | 3/17/2017 | OPERATING | PMCHK00000567 | $432.00 |
| 13058 | Z_10379 | UNITED STATES TREASURY / INTER | 1/19/2017 | OPERATING | PMCHK00000509 | $50,000.00 |
| 13468 | Z_10379 | UNITED STATES TREASURY / INTER | 2/17/2017 | OPERATING | PMCHK00000539 | $50,000.00 |
| 13711 | Z_10379 | UNITED STATES TREASURY / INTER | 3/17/2017 | OPERATING | PMCHK00000567 | $50,000.00 |
| 941 - TAXES 1QTR ACH | Z_10379 | UNITED STATES TREASURY / INTER | 3/22/2017 | OPERATING | PMPAY00000238 | $3,879.45 |
| 13272 | Z_10380 | SMITH & NEPHEW ORTHO | 1/27/2017 | OPERATING | PMCHK00000519 | $10,380.57 |
| 13550 | Z_10380 | SMITH & NEPHEW ORTHO | 2/24/2017 | OPERATING | PMCHK00000545 | $4,722.98 |
| 13619 | Z_10380 | SMITH & NEPHEW ORTHO | 3/3/2017 | OPERATING | PMCHK00000552 | $5,872.24 |
| 13761 | Z_10380 | SMITH & NEPHEW ORTHO | 3/30/2017 | OPERATING | PMCHK00000578 | $5,304.22 |
| * 13266 | Z_10382 | PHILIPS HEALTHCARE / PHILIPS M | 1/27/2017 | OPERATING | PMCHK00000519 | $500.00 |
| 13292 | Z_10382 | PHILIPS HEALTHCARE / PHILIPS M | 1/27/2017 | OPERATING | PMCHK00000520 | $500.00 |
| 13546 | Z_10382 | PHILIPS HEALTHCARE / PHILIPS M | 2/24/2017 | OPERATING | PMCHK00000545 | $500.00 |
| 13713 | Z_10382 | PHILIPS HEALTHCARE / PHILIPS M | 3/17/2017 | OPERATING | PMCHK00000567 | $500.00 |
| 13438 | Z_10384 | STATE OF ARIZONA DBA ARIZONA R | 2/13/2017 | OPERATING | PMCHK00000534 | $51.00 |
| 13020 | Z_10385 | AFLAC / AMERICAN FAMILY LIFE A | 1/13/2017 | OPERATING | PMCHK00000505 | $9,943.96 |
| 13344 | Z_10385 | AFLAC / AMERICAN FAMILY LIFE A | 2/10/2017 | OPERATING | PMCHK00000533 | $9,847.36 |
| 13500 | Z_10385 | AFLAC / AMERICAN FAMILY LIFE A | 2/24/2017 | OPERATING | PMCHK00000545 | $9,646.24 |
| * 13091 | Z_10386 | ELITE CARE LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $174.22 |
| 13161 | Z_10386 | ELITE CARE LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $174.22 |
| 13695 | Z_10386 | ELITE CARE LLC | 3/17/2017 | OPERATING | PMCHK00000567 | $130.88 |
| 13505 | Z_10388 | BARCODES INC | 2/24/2017 | OPERATING | PMCHK00000545 | $1,289.42 |
| 13031 | Z_10399 | GIBSON'S OFFICE SUPPLY | 1/13/2017 | OPERATING | PMCHK00000505 | $1,695.86 |
| * 13098 | Z_10399 | GIBSON'S OFFICE SUPPLY | 1/21/2017 | OPERATING | PMCHK00000513 | $229.32 |
| 13168 | Z_10399 | GIBSON'S OFFICE SUPPLY | 1/21/2017 | OPERATING | PMCHK00000513 | $229.32 |
| 13254 | Z_10399 | GIBSON'S OFFICE SUPPLY | 1/27/2017 | OPERATING | PMCHK00000519 | $1,732.91 |
| 13366 | Z_10399 | GIBSON'S OFFICE SUPPLY | 2/10/2017 | OPERATING | PMCHK00000533 | $3,858.12 |
| 13461 | Z_10399 | GIBSON'S OFFICE SUPPLY | 2/17/2017 | OPERATING | PMCHK00000539 | $1,659.01 |
| 13525 | Z_10399 | GIBSON'S OFFICE SUPPLY | 2/24/2017 | OPERATING | PMCHK00000545 | $1,826.79 |
| 13605 | Z_10399 | GIBSON'S OFFICE SUPPLY | 3/3/2017 | OPERATING | PMCHK00000552 | $2,042.33 |
| 13697 | Z_10399 | GIBSON'S OFFICE SUPPLY | 3/17/2017 | OPERATING | PMCHK00000567 | $1,908.01 |
| 13775 | Z_10399 | GIBSON'S OFFICE SUPPLY | 3/31/2017 | OPERATING | PMCHK00000579 | $1,383.16 |
| * 13128 | Z_10405 | SYSCO USA ll LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $256.65 |
| 13198 | Z_10405 | SYSCO USA ll LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $256.65 |
| 13466 | Z_10411 | INGRID H ORLOWSKI - DBA FLOWER | 2/17/2017 | OPERATING | PMCHK00000539 | $20.00 |
| 13645 | Z_10414 | MCKESSON MEDICAL - SURGICAL | 3/9/2017 | OPERATING | PMCHK00000558 | $21,776.74 |
| 13712 | Z_10414 | MCKESSON MEDICAL - SURGICAL | 3/17/2017 | OPERATING | PMCHK00000567 | $7,255.58 |
| 13730 | Z_10414 | MCKESSON MEDICAL - SURGICAL | 3/24/2017 | OPERATING | PMCHK00000572 | $7,255.58 |
| * 13106 | Z_10415 | INDEPENDENT SURGICAL ASSISTING | 1/21/2017 | OPERATING | PMCHK00000513 | $276.25 |
| 13176 | Z_10415 | INDEPENDENT SURGICAL ASSISTING | 1/21/2017 | OPERATING | PMCHK00000513 | $276.25 |
| 13015 | Z_10417 | BIOTRONIK INC | 1/10/2017 | OPERATING | PMCHK00000502 | $18,150.00 |
| 13060 | Z_10417 | BIOTRONIK INC | 1/20/2017 | OPERATING | PMCHK00000510 | $6,300.00 |
| 13323 | Z_10417 | BIOTRONIK INC | 2/6/2017 | OPERATING | PMCHK00000526 | $6,750.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 13495 | Z_10417 | BIOTRONIK INC | 2/24/2017 | OPERATING | PMCHK00000544 | $4,250.00 |
| | 13582 | Z_10417 | BIOTRONIK INC | 3/3/2017 | OPERATING | PMCHK00000553 | $11,200.00 |
| | 13635 | Z_10417 | BIOTRONIK INC | 3/7/2017 | OPERATING | PMCHK00000555 | $7,950.00 |
| | 13650 | Z_10417 | BIOTRONIK INC | 3/10/2017 | OPERATING | PMCHK00000560 | $238.00 |
| | 13678 | Z_10417 | BIOTRONIK INC | 3/14/2017 | OPERATING | PMCHK00000562 | $8,500.00 |
| | 13685 | Z_10417 | BIOTRONIK INC | 3/16/2017 | OPERATING | PMCHK00000565 | $14,800.00 |
| | 13725 | Z_10417 | BIOTRONIK INC | 3/21/2017 | OPERATING | PMCHK00000569 | $25,100.00 |
| | 13477 | Z_10418 | WESTERN STATES FIRE PROTECTION | 2/17/2017 | OPERATING | PMCHK00000539 | $1,110.00 |
| | 13397 | Z_10423 | TDINDUSTRIES INC | 2/10/2017 | OPERATING | PMCHK00000533 | $2,792.67 |
| | 13622 | Z_10423 | TDINDUSTRIES INC | 3/3/2017 | OPERATING | PMCHK00000552 | $1,852.00 |
| | 13022 | Z_10424 | ARIZONA DEPT OF REVENUE / WITH | 1/13/2017 | OPERATING | PMCHK00000505 | $16,925.07 |
| | 13217 | Z_10424 | ARIZONA DEPT OF REVENUE / WITH | 1/23/2017 | OPERATING | PMCHK00000515 | $17,494.39 |
| | 13444 | Z_10424 | ARIZONA DEPT OF REVENUE / WITH | 2/15/2017 | OPERATING | PMCHK00000537 | $16,183.55 |
| | 13454 | Z_10424 | ARIZONA DEPT OF REVENUE / WITH | 2/17/2017 | OPERATING | PMCHK00000539 | $12.00 |
| | 13483 | Z_10424 | ARIZONA DEPT OF REVENUE / WITH | 2/21/2017 | OPERATING | PMCHK00000540 | $17,205.19 |
| | 13584 | Z_10424 | ARIZONA DEPT OF REVENUE / WITH | 3/3/2017 | OPERATING | PMCHK00000553 | $16,346.60 |
| | 13687 | Z_10424 | ARIZONA DEPT OF REVENUE / WITH | 3/17/2017 | OPERATING | PMCHK00000567 | $16,272.27 |
| | 13734 | Z_10424 | ARIZONA DEPT OF REVENUE / WITH | 3/24/2017 | OPERATING | PMCHK00000572 | $10,000.00 |
| | 13459 | Z_10431 | EDWARDS, LARGAY, MIHAYLO & CO | 2/17/2017 | OPERATING | PMCHK00000539 | $5,877.45 |
| | 13506 | Z_10433 | BENEFIT ADMINISTRATIVE SERVICE | 2/24/2017 | OPERATING | PMCHK00000545 | $185.00 |
| * | 13096 | Z_10436 | GE HEALTHCARE IITS USA CORP | 1/21/2017 | OPERATING | PMCHK00000513 | $3,089.43 |
| | 13166 | Z_10436 | GE HEALTHCARE IITS USA CORP | 1/21/2017 | OPERATING | PMCHK00000513 | $3,089.43 |
| | 13365 | Z_10436 | GE HEALTHCARE IITS USA CORP | 2/10/2017 | OPERATING | PMCHK00000533 | $3,089.43 |
| | 13524 | Z_10436 | GE HEALTHCARE IITS USA CORP | 2/24/2017 | OPERATING | PMCHK00000545 | $3,089.43 |
| * | 13129 | Z_10446 | SYSMEX AMERICA INC | 1/21/2017 | OPERATING | PMCHK00000513 | $1,390.41 |
| | 13199 | Z_10446 | SYSMEX AMERICA INC | 1/21/2017 | OPERATING | PMCHK00000513 | $1,390.41 |
| | 13277 | Z_10446 | SYSMEX AMERICA INC | 1/27/2017 | OPERATING | PMCHK00000519 | $1,390.41 |
| | 13396 | Z_10446 | SYSMEX AMERICA INC | 2/10/2017 | OPERATING | PMCHK00000533 | $1,390.41 |
| | 13556 | Z_10446 | SYSMEX AMERICA INC | 2/24/2017 | OPERATING | PMCHK00000545 | $1,390.41 |
| * | 13131 | Z_10452 | TITAN HEALTH MANAGEMENT SOLUTI | 1/21/2017 | OPERATING | PMCHK00000513 | $9,765.34 |
| | 13201 | Z_10452 | TITAN HEALTH MANAGEMENT SOLUTI | 1/21/2017 | OPERATING | PMCHK00000513 | $9,765.34 |
| | 13280 | Z_10452 | TITAN HEALTH MANAGEMENT SOLUTI | 1/27/2017 | OPERATING | PMCHK00000519 | $6,406.93 |
| | 13557 | Z_10452 | TITAN HEALTH MANAGEMENT SOLUTI | 2/24/2017 | OPERATING | PMCHK00000545 | $2,306.35 |
| | 13669 | Z_10452 | TITAN HEALTH MANAGEMENT SOLUTI | 3/10/2017 | OPERATING | PMCHK00000560 | $1,032.90 |
| | 13346 | Z_10457 | APPLIED STATISTICS & MANAGEMEN | 2/10/2017 | OPERATING | PMCHK00000533 | $5,780.00 |
| | 9824203647 | Z_10458 | MICROSOFT CORPORATION | 2/16/2017 | OPERATING | PMPAY00000212 | $15,980.27 |
| | 9824203647 | Z_10458 | MICROSOFT CORPORATION | 2/16/2017 | OPERATING | PMPAY00000212 | $15,980.27 |
| | 9824203647 | Z_10458 | MICROSOFT CORPORATION | 3/16/2017 | OPERATING | PMPAY00000230 | $15,980.24 |
| * | 13000 | Z_10459 | VERATHON INC | 1/6/2017 | OPERATING | PMCHK00000497 | $1,631.10 |
| | 13006 | Z_10459 | VERATHON INC | 1/6/2017 | OPERATING | PMCHK00000497 | $1,631.10 |
| | 13219 | Z_10459 | VERATHON INC | 1/23/2017 | OPERATING | PMCHK00000515 | $10,572.00 |
| | 13633 | Z_10459 | VERATHON INC | 3/3/2017 | OPERATING | PMCHK00000552 | $6,262.43 |
| | 13722 | Z_10459 | VERATHON INC | 3/21/2017 | OPERATING | PMCHK00000569 | $1,327.32 |
| | 13594 | Z_10475 | BELIMED INC | 3/3/2017 | OPERATING | PMCHK00000552 | $8,494.79 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| * | 13114 | Z_10476 | NATIONAL RESEARCH CORPORATION | 1/21/2017 | OPERATING | PMCHK00000513 | $2,126.00 |
| | 13184 | Z_10476 | NATIONAL RESEARCH CORPORATION | 1/21/2017 | OPERATING | PMCHK00000513 | $2,126.00 |
| | 13384 | Z_10476 | NATIONAL RESEARCH CORPORATION | 2/10/2017 | OPERATING | PMCHK00000533 | $2,126.00 |
| | 13700 | Z_10476 | NATIONAL RESEARCH CORPORATION | 3/17/2017 | OPERATING | PMCHK00000567 | $2,126.00 |
| | 13403 | Z_10478 | MAD PHASE ll LLC DBA UNIVERSAL | 2/10/2017 | OPERATING | PMCHK00000533 | $225.00 |
| | 13039 | Z_10480 | TRISTAN T BERRY | 1/13/2017 | OPERATING | PMCHK00000505 | $4,800.00 |
| | 13071 | Z_10480 | TRISTAN T BERRY | 1/20/2017 | OPERATING | PMCHK00000511 | $9,600.00 |
| | 13474 | Z_10480 | TRISTAN T BERRY | 2/17/2017 | OPERATING | PMCHK00000539 | $3,600.00 |
| | 13764 | Z_10480 | TRISTAN T BERRY | 3/30/2017 | OPERATING | PMCHK00000578 | $4,800.00 |
| * | 13115 | Z_10488 | NORIDIAN HEALTHCARE SOLUTIONS | 1/21/2017 | OPERATING | PMCHK00000513 | $32,440.48 |
| | 13185 | Z_10488 | NORIDIAN HEALTHCARE SOLUTIONS | 1/21/2017 | OPERATING | PMCHK00000513 | $32,440.48 |
| | 13543 | Z_10488 | NORIDIAN HEALTHCARE SOLUTIONS | 2/24/2017 | OPERATING | PMCHK00000545 | $32,440.48 |
| * | 13090 | Z_10492 | EAST VALLEY SURGICAL SERVICES | 1/21/2017 | OPERATING | PMCHK00000513 | $3,200.00 |
| | 13160 | Z_10492 | EAST VALLEY SURGICAL SERVICES | 1/21/2017 | OPERATING | PMCHK00000513 | $3,200.00 |
| | 13465 | Z_10495 | HUMAN RESOURCE NETWORK INC | 2/17/2017 | OPERATING | PMCHK00000539 | $4,500.00 |
| * | 13140 | Z_10496 | WAINWRIGHT'S INC | 1/21/2017 | OPERATING | PMCHK00000513 | $37.84 |
| | 13210 | Z_10496 | WAINWRIGHT'S INC | 1/21/2017 | OPERATING | PMCHK00000513 | $37.84 |
| | 13563 | Z_10496 | WAINWRIGHT'S INC | 2/24/2017 | OPERATING | PMCHK00000545 | $37.84 |
| | 13264 | Z_10497 | OLYMPUS AMERICA INC / DBA OLYM | 1/27/2017 | OPERATING | PMCHK00000519 | $7,389.89 |
| | 13701 | Z_10497 | OLYMPUS AMERICA INC / DBA OLYM | 3/17/2017 | OPERATING | PMCHK00000567 | $7,389.89 |
| | 13246 | Z_10499 | CHRISTOPHER Q MAY | 1/27/2017 | OPERATING | PMCHK00000519 | $2,852.50 |
| * | 13097 | Z_10504 | ENCORE ONE LLC DBA GENERAL PAR | 1/21/2017 | OPERATING | PMCHK00000513 | $930.41 |
| | 13167 | Z_10504 | ENCORE ONE LLC DBA GENERAL PAR | 1/21/2017 | OPERATING | PMCHK00000513 | $930.41 |
| | 13253 | Z_10504 | ENCORE ONE LLC DBA GENERAL PAR | 1/27/2017 | OPERATING | PMCHK00000519 | $236.01 |
| | 13273 | Z_10505 | SSB SOLUTIONS INC | 1/27/2017 | OPERATING | PMCHK00000519 | $40,354.80 |
| | 13261 | Z_10506 | MCA FINANCIAL GROUP LTD | 1/27/2017 | OPERATING | PMCHK00000519 | $33,902.61 |
| * | 13116 | Z_10509 | nTHRIVE INC DBA nTHRIVE REVENU | 1/21/2017 | OPERATING | PMCHK00000513 | $7,751.66 |
| | 13186 | Z_10509 | nTHRIVE INC DBA nTHRIVE REVENU | 1/21/2017 | OPERATING | PMCHK00000513 | $7,751.66 |
| | 13544 | Z_10509 | nTHRIVE INC DBA nTHRIVE REVENU | 2/24/2017 | OPERATING | PMCHK00000545 | $10,570.16 |
| | 13615 | Z_10509 | nTHRIVE INC DBA nTHRIVE REVENU | 3/3/2017 | OPERATING | PMCHK00000552 | $5,454.76 |
| | 13041 | Z_10513 | XS SUPPLY LLC | 1/13/2017 | OPERATING | PMCHK00000505 | $4,069.96 |
| * | 13144 | Z_10513 | XS SUPPLY LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $1,050.00 |
| | 13214 | Z_10513 | XS SUPPLY LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $1,050.00 |
| | 13289 | Z_10513 | XS SUPPLY LLC | 1/27/2017 | OPERATING | PMCHK00000519 | $2,700.00 |
| | 13410 | Z_10513 | XS SUPPLY LLC | 2/10/2017 | OPERATING | PMCHK00000533 | $6,845.00 |
| | 13565 | Z_10513 | XS SUPPLY LLC | 2/24/2017 | OPERATING | PMCHK00000545 | $515.00 |
| | 13631 | Z_10513 | XS SUPPLY LLC | 3/3/2017 | OPERATING | PMCHK00000552 | $2,910.00 |
| | 13707 | Z_10513 | XS SUPPLY LLC | 3/17/2017 | OPERATING | PMCHK00000567 | $300.00 |
| | 13045 | Z_10515 | PATHLAB INC | 1/13/2017 | OPERATING | PMCHK00000505 | $5,620.04 |
| | 13386 | Z_10515 | PATHLAB INC | 2/10/2017 | OPERATING | PMCHK00000533 | $8,654.59 |
| | 13767 | Z_10515 | PATHLAB INC | 3/30/2017 | OPERATING | PMCHK00000578 | $6,847.90 |
| | 13268 | Z_10517 | QUARLES & BRADY LLP | 1/27/2017 | OPERATING | PMCHK00000519 | $34,754.66 |
| | 13393 | Z_10520 | STEVEN D WOLF | 2/10/2017 | OPERATING | PMCHK00000533 | $285.00 |
| | 13395 | Z_10523 | SURGICAL SYSTEMS INC | 2/10/2017 | OPERATING | PMCHK00000533 | $3,150.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| * | 13080 | Z_10524 | BRACCO DIAGNOSTICS INC | 1/21/2017 | OPERATING | PMCHK00000513 | $797.50 |
| | 13150 | Z_10524 | BRACCO DIAGNOSTICS INC | 1/21/2017 | OPERATING | PMCHK00000513 | $797.50 |
| * | 13108 | Z_10527 | IRON MOUNTAIN INC | 1/21/2017 | OPERATING | PMCHK00000513 | $429.00 |
| | 13178 | Z_10527 | IRON MOUNTAIN INC | 1/21/2017 | OPERATING | PMCHK00000513 | $429.00 |
| | 13469 | Z_10527 | IRON MOUNTAIN INC | 2/17/2017 | OPERATING | PMCHK00000539 | $643.50 |
| | 13252 | Z_10528 | GE HEALTHCARE | 1/27/2017 | OPERATING | PMCHK00000519 | $10,000.00 |
| | 13300 | Z_10528 | GE HEALTHCARE | 2/1/2017 | OPERATING | PMCHK00000523 | $2,500.00 |
| | 13308 | Z_10528 | GE HEALTHCARE | 2/3/2017 | OPERATING | PMCHK00000525 | $10,000.00 |
| | 13482 | Z_10528 | GE HEALTHCARE | 2/21/2017 | OPERATING | PMCHK00000540 | $12,571.79 |
| | 13604 | Z_10528 | GE HEALTHCARE | 3/3/2017 | OPERATING | PMCHK00000552 | $20,000.00 |
| | 13740 | Z_10528 | GE HEALTHCARE | 3/28/2017 | OPERATING | PMCHK00000575 | $3,339.00 |
| * | 13076 | Z_10533 | AIRGAS INC DBA AIRGAS USA LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $270.25 |
| | 13146 | Z_10533 | AIRGAS INC DBA AIRGAS USA LLC | 1/21/2017 | OPERATING | PMCHK00000513 | $270.25 |
| | 13238 | Z_10533 | AIRGAS INC DBA AIRGAS USA LLC | 1/27/2017 | OPERATING | PMCHK00000519 | $2,878.00 |
| | 13501 | Z_10533 | AIRGAS INC DBA AIRGAS USA LLC | 2/24/2017 | OPERATING | PMCHK00000545 | $155.53 |
| | 13589 | Z_10533 | AIRGAS INC DBA AIRGAS USA LLC | 3/3/2017 | OPERATING | PMCHK00000552 | $2,462.77 |
| | 13063 | Z_10538 | BRANDI BRIDE | 1/20/2017 | OPERATING | PMCHK00000511 | $2,750.00 |
| | 13351 | Z_10538 | BRANDI BRIDE | 2/10/2017 | OPERATING | PMCHK00000533 | $2,100.00 |
| | 13457 | Z_10538 | BRANDI BRIDE | 2/17/2017 | OPERATING | PMCHK00000539 | $950.00 |
| | 13509 | Z_10538 | BRANDI BRIDE | 2/24/2017 | OPERATING | PMCHK00000545 | $2,225.00 |
| | 13756 | Z_10538 | BRANDI BRIDE | 3/30/2017 | OPERATING | PMCHK00000578 | $1,400.00 |
| | 13773 | Z_10538 | BRANDI BRIDE | 3/31/2017 | OPERATING | PMCHK00000579 | $1,550.00 |
| | 13065 | Z_10540 | GREEN MOUNTAIN HOTEL GROUP LLC | 1/20/2017 | OPERATING | PMCHK00000511 | $2,500.00 |
| | 13467 | Z_10540 | GREEN MOUNTAIN HOTEL GROUP LLC | 2/17/2017 | OPERATING | PMCHK00000539 | $2,811.50 |
| | 13698 | Z_10540 | GREEN MOUNTAIN HOTEL GROUP LLC | 3/17/2017 | OPERATING | PMCHK00000567 | $2,500.00 |
| | 13371 | Z_10541 | INTELLICORP RECORDS INC | 2/10/2017 | OPERATING | PMCHK00000533 | $755.20 |
| | 13531 | Z_10541 | INTELLICORP RECORDS INC | 2/24/2017 | OPERATING | PMCHK00000545 | $1,086.70 |
| | 13035 | Z_10543 | LAURA ELIAS DE LA TORRE | 1/13/2017 | OPERATING | PMCHK00000505 | $12,776.25 |
| | 13379 | Z_10544 | MEDICAL ACCOUNTS SYSTEM LLC DB | 2/10/2017 | OPERATING | PMCHK00000533 | $49,233.21 |
| | 13612 | Z_10544 | MEDICAL ACCOUNTS SYSTEM LLC DB | 3/3/2017 | OPERATING | PMCHK00000552 | $76,382.84 |
| | 13736 | Z_10544 | MEDICAL ACCOUNTS SYSTEM LLC DB | 3/24/2017 | OPERATING | PMCHK00000572 | $125,490.93 |
| | 13043 | Z_10545 | FIRST INSURANCE FUNDING CORP | 1/13/2017 | OPERATING | PMCHK00000505 | $6,863.64 |
| | 13249 | Z_10545 | FIRST INSURANCE FUNDING CORP | 1/27/2017 | OPERATING | PMCHK00000519 | $6,863.64 |
| | 13522 | Z_10545 | FIRST INSURANCE FUNDING CORP | 2/24/2017 | OPERATING | PMCHK00000545 | $6,536.80 |
| | 13555 | Z_10546 | SUMMIT IMAGING INC | 2/24/2017 | OPERATING | PMCHK00000545 | $5,800.00 |
| | 13068 | Z_10547 | JOE VINCENT FOTE | 1/20/2017 | OPERATING | PMCHK00000511 | $7,283.84 |
| | 13256 | Z_10547 | JOE VINCENT FOTE | 1/27/2017 | OPERATING | PMCHK00000519 | $6,674.50 |
| | 13374 | Z_10547 | JOE VINCENT FOTE | 2/10/2017 | OPERATING | PMCHK00000533 | $8,118.49 |
| | 13534 | Z_10547 | JOE VINCENT FOTE | 2/24/2017 | OPERATING | PMCHK00000545 | $7,587.20 |
| | 13662 | Z_10547 | JOE VINCENT FOTE | 3/10/2017 | OPERATING | PMCHK00000560 | $7,043.38 |
| | 13744 | Z_10547 | JOE VINCENT FOTE | 3/28/2017 | OPERATING | PMCHK00000575 | $8,043.60 |
| | 13036 | Z_10548 | QUEST HEALTHCARE SOLUTIONS LLC | 1/13/2017 | OPERATING | PMCHK00000505 | $15,290.67 |
| | 12996 | Z_10549 | MATTHEW G HEINZ DBA MATTHEW G | 1/4/2017 | OPERATING | PMCHK00000496 | $4,960.00 |
| | 13069 | Z_10549 | MATTHEW G HEINZ DBA MATTHEW G | 1/20/2017 | OPERATING | PMCHK00000511 | $5,960.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13260 | Z_10549 | MATTHEW G HEINZ DBA MATTHEW G | 1/27/2017 | OPERATING | PMCHK00000519 | $10,440.00 |
| 13033 | Z_10550 | HD SUPPLY FACILITIES MAINTENAN | 1/13/2017 | OPERATING | PMCHK00000505 | $503.00 |
| 13104 | Z_10550 | HD SUPPLY FACILITIES MAINTENAN | 1/21/2017 | OPERATING | PMCHK00000513 | $746.63 |
| 13174 | Z_10550 | HD SUPPLY FACILITIES MAINTENAN | 1/21/2017 | OPERATING | PMCHK00000513 | $746.63 |
| 13547 | Z_10552 | PIMA COUNTY REVENUE MANAGEMENT | 2/24/2017 | OPERATING | PMCHK00000545 | $198.00 |
| 13062 | Z_10553 | BENIGNO CARTAGENA HERNANDEZ | 1/20/2017 | OPERATING | PMCHK00000511 | $10,700.00 |
| 13113 | Z_10555 | NANOSONICS INC | 1/21/2017 | OPERATING | PMCHK00000513 | $1,335.84 |
| 13183 | Z_10555 | NANOSONICS INC | 1/21/2017 | OPERATING | PMCHK00000513 | $1,335.84 |
| 13686 | Z_10558 | TODD ASSOCIATES INC | 3/16/2017 | OPERATING | PMCHK00000565 | $2,580.00 |
| ACH 16793204 -2/2/17 | Z_10558 | TODD ASSOCIATES INC | 2/10/2017 | OPERATING | PMPAY00000209 | $5,221.92 |
| 13067 | Z_10559 | JOHN E AND PAULETTE A MATUSKA | 1/20/2017 | OPERATING | PMCHK00000511 | $43,243.53 |
| 13315 | Z_10559 | JOHN E AND PAULETTE A MATUSKA | 2/3/2017 | OPERATING | PMCHK00000525 | $7,439.31 |
| 13533 | Z_10559 | JOHN E AND PAULETTE A MATUSKA | 2/24/2017 | OPERATING | PMCHK00000545 | $35,000.00 |
| 13585 | Z_10559 | JOHN E AND PAULETTE A MATUSKA | 3/3/2017 | OPERATING | PMCHK00000553 | $5,502.06 |
| 13661 | Z_10559 | JOHN E AND PAULETTE A MATUSKA | 3/10/2017 | OPERATING | PMCHK00000560 | $39,812.71 |
| 13044 | Z_10561 | JAMES L GROSS | 1/13/2017 | OPERATING | PMCHK00000505 | $1,980.00 |
| 13066 | Z_10561 | JAMES L GROSS | 1/20/2017 | OPERATING | PMCHK00000511 | $420.00 |
| 13518 | Z_10562 | CUSTOM X-RAY SERVICE INC | 2/24/2017 | OPERATING | PMCHK00000545 | $7,559.60 |
| 13285 | Z_10563 | TUCSON ORTHOPAEDIC INSTITUTE P | 1/27/2017 | OPERATING | PMCHK00000519 | $10,700.00 |
| 13313 | Z_10563 | TUCSON ORTHOPAEDIC INSTITUTE P | 2/3/2017 | OPERATING | PMCHK00000525 | $22,900.00 |
| 13489 | Z_10563 | TUCSON ORTHOPAEDIC INSTITUTE P | 2/21/2017 | OPERATING | PMCHK00000540 | $22,900.00 |
| 13765 | Z_10563 | TUCSON ORTHOPAEDIC INSTITUTE P | 3/30/2017 | OPERATING | PMCHK00000578 | $23,000.00 |
| 13368 | Z_10564 | PC HEALTHCARE ENTERPRISES INC | 2/10/2017 | OPERATING | PMCHK00000533 | $8,856.00 |
| 13464 | Z_10564 | PC HEALTHCARE ENTERPRISES INC | 2/17/2017 | OPERATING | PMCHK00000539 | $12,516.62 |
| 13529 | Z_10564 | PC HEALTHCARE ENTERPRISES INC | 2/24/2017 | OPERATING | PMCHK00000545 | $16,732.50 |
| 13758 | Z_10564 | PC HEALTHCARE ENTERPRISES INC | 3/30/2017 | OPERATING | PMCHK00000578 | $11,406.50 |
| 13771 | Z_10564 | PC HEALTHCARE ENTERPRISES INC | 3/31/2017 | OPERATING | PMCHK00000579 | $7,786.00 |
| 13409 | Z_10565 | WESTERN WATER TECHNOLOGIES INC | 2/10/2017 | OPERATING | PMCHK00000533 | $605.31 |
| 13398 | Z_10566 | THE SOCO GROUP INC | 2/10/2017 | OPERATING | PMCHK00000533 | $1,457.93 |
| 13306 | Z_10567 | CLAUDIA COELLO-RASOUMOFF SA-C | 2/3/2017 | OPERATING | PMCHK00000525 | $260.00 |
| 13373 | Z_10568 | JAMES M DARRAGH lll | 2/10/2017 | OPERATING | PMCHK00000533 | $2,132.44 |
| 13532 | Z_10568 | JAMES M DARRAGH lll | 2/24/2017 | OPERATING | PMCHK00000545 | $607.38 |
| 13606 | Z_10568 | JAMES M DARRAGH lll | 3/3/2017 | OPERATING | PMCHK00000552 | $50.00 |
| 13760 | Z_10569 | NIMS INC | 3/30/2017 | OPERATING | PMCHK00000578 | $6,980.00 |
| 13596 | Z_10570 | CACTUS BAY APPAREL | 3/3/2017 | OPERATING | PMCHK00000552 | $393.27 |
| 13354 | Z_10571 | CAROL B ROSKEY | 2/10/2017 | OPERATING | PMCHK00000533 | $225.50 |
| 13512 | Z_10571 | CAROL B ROSKEY | 2/24/2017 | OPERATING | PMCHK00000545 | $74.48 |
| 13471 | Z_10572 | SMART CHARMS LLC | 2/17/2017 | OPERATING | PMCHK00000539 | $68.00 |
| 13319 | Z_10573 | ALEX R VERHOOGEN MD dba ADVANC | 2/6/2017 | OPERATING | PMCHK00000526 | $19,200.00 |
| 13327 | Z_10574 | LUCIA ANAYA | 2/6/2017 | OPERATING | PMCHK00000527 | $600.00 |
| 13328 | Z_10575 | TAYLOR BARTER | 2/6/2017 | OPERATING | PMCHK00000527 | $250.00 |
| 13335 | Z_10576 | PERSHING YOAKLEY & ASSOCIATES | 2/8/2017 | OPERATING | PMCHK00000529 | $1,500.00 |
| 13732 | Z_10576 | PERSHING YOAKLEY & ASSOCIATES | 3/24/2017 | OPERATING | PMCHK00000572 | $9,765.80 |
| 13334 | Z_10577 | INTOUCH TECHNOLOGIES INC dba I | 2/8/2017 | OPERATING | PMCHK00000529 | $32,551.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01-4381553 ACH | Z_10578 | HOWROYD-WRIGHT EMPLOYMENT AGEN | 2/14/2017 | OPERATING | PMPAY00000211 | $852.48 |
| 01-4406124 ACH | Z_10578 | HOWROYD-WRIGHT EMPLOYMENT AGEN | 3/7/2017 | OPERATING | PMPAY00000228 | $921.60 |
| 01-4413639 ACH | Z_10578 | HOWROYD-WRIGHT EMPLOYMENT AGEN | 3/14/2017 | OPERATING | PMPAY00000228 | $874.37 |
| 01-4422132 ACH | Z_10578 | HOWROYD-WRIGHT EMPLOYMENT AGEN | 3/21/2017 | OPERATING | PMPAY00000239 | $875.52 |
| 01-4429221 ACH | Z_10578 | HOWROYD-WRIGHT EMPLOYMENT AGEN | 3/28/2017 | OPERATING | PMPAY00000243 | $910.08 |
| 2/7/17 & 2/9/17 ACH | Z_10578 | HOWROYD-WRIGHT EMPLOYMENT AGEN | 2/7/2017 | OPERATING | PMPAY00000210 | $921.60 |
| 13338 | Z_10579 | VERTICAL COMMUNICATIONS INC db | 2/9/2017 | OPERATING | PMCHK00000530 | $3,192.00 |
| 13441 | Z_10579 | VERTICAL COMMUNICATIONS INC db | 2/13/2017 | OPERATING | PMCHK00000534 | $258.55 |
| 13440 | Z_10581 | KENNY PRODUCTS INC | 2/13/2017 | OPERATING | PMCHK00000534 | $370.00 |
| 13434 | Z_10582 | AKASH TAGGARSE dba ORO VALLEY | 2/10/2017 | OPERATING | PMCHK00000533 | $25,740.00 |
| 13453 | Z_10582 | AKASH TAGGARSE dba ORO VALLEY | 2/17/2017 | OPERATING | PMCHK00000539 | $34,380.00 |
| 13690 | Z_10582 | AKASH TAGGARSE dba ORO VALLEY | 3/17/2017 | OPERATING | PMCHK00000567 | $23,300.00 |
| 13755 | Z_10582 | AKASH TAGGARSE dba ORO VALLEY | 3/30/2017 | OPERATING | PMCHK00000578 | $65,900.00 |
| 13435 | Z_10583 | HEALTH CARE INDEMNITY INC | 2/10/2017 | OPERATING | PMCHK00000533 | $30.00 |
| 13540 | Z_10584 | MATTHEW G HEINZ dba MATTHEW G | 2/24/2017 | OPERATING | PMCHK00000545 | $3,000.00 |
| 13613 | Z_10585 | MEDICAL DIAGNOSTIC IMAGING GRO | 3/3/2017 | OPERATING | PMCHK00000552 | $163.00 |
| 13618 | Z_10586 | RAAKHA | 3/3/2017 | OPERATING | PMCHK00000552 | $83.30 |
| 13628 | Z_10587 | SANTA CRUZ LLC dba VAGABOND IN | 3/3/2017 | OPERATING | PMCHK00000552 | $633.76 |
| 13671 | Z_10587 | SANTA CRUZ LLC dba VAGABOND IN | 3/10/2017 | OPERATING | PMCHK00000560 | $316.88 |
| 13705 | Z_10587 | SANTA CRUZ LLC dba VAGABOND IN | 3/17/2017 | OPERATING | PMCHK00000567 | $316.88 |
| 13782 | Z_10587 | SANTA CRUZ LLC dba VAGABOND IN | 3/31/2017 | OPERATING | PMCHK00000579 | $554.54 |
| 13593 | Z_10589 | BEARING BELT & CHAIN | 3/3/2017 | OPERATING | PMCHK00000552 | $192.04 |
| 13607 | Z_10590 | JDW FIRST ASSISTING SERVICES L | 3/3/2017 | OPERATING | PMCHK00000552 | $315.00 |
| 13644 | Z_10592 | FIRST DATA MERCHANT SERVICES | 3/9/2017 | OPERATING | PMCHK00000557 | $110,179.52 |
| 13681 | Z_10593 | CHASE INK / CARDMEMBER SERVICE | 3/16/2017 | OPERATING | PMCHK00000564 | $1,350.61 |
| 13733 | Z_10597 | THE NELSON LAW GROUP LLC | 3/24/2017 | OPERATING | PMCHK00000572 | $10,000.00 |
| 13745 | Z_10601 | BERKSHIRE HATHAWAY HOMESTATE C | 3/28/2017 | OPERATING | PMCHK00000575 | $25,228.65 |
| 13731 | Z_10602 | IMPLEMENTATION MANAGEMENT ASSI | 3/24/2017 | OPERATING | PMCHK00000572 | $15,750.00 |
| 13757 | Z_10603 | FAVORITE HEALTHCARE STAFFING I | 3/30/2017 | OPERATING | PMCHK00000578 | $843.60 |
| 13759 | Z_10606 | KIRBY FARNSWORTH dba SIMPLY DI | 3/30/2017 | OPERATING | PMCHK00000578 | $10,800.00 |
| 13770 | Z_10607 | JARRARD PHILLIPS CATE & HANCOC | 3/31/2017 | OPERATING | PMCHK00000579 | $17,035.78 |

--------------------

Total Checks:    861    Total Amount of Checks:    $5,335,877.61

====================